FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2014 NOV -4  PM 12: 04

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | |
|---|---|
| E-VENTURES WORLDWIDE, LLC,<br>9045 Strada Stell Court, Suite 103,<br>Naples, FL 34109,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043,<br><br>Defendant. | Civil Action No. _____<br><br><br><br><br><br><br>2:14-cv-646FtM-29CM |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, e-ventures Worldwide, LLC, pursuant to Federal Rule of Civil Procedure 7.1, discloses that it has no parent corporation and any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted November 3, 2014

ZUNG CLOUGH, PLLC

*/s/John C. Clough*
John C. Clough
Florida Bar No.: 0184391
David S. Schnitzer
Florida Bar No.: 54084
8985 Fontana Del Sol Way
Naples, Florida 34109
Telephone: 239.325.1895
Facsimile: 239.325.1896
E-mail: jclough@zungclough.com
E-mail: dschnitzer@zungclough.com
E-mail: jrupert@zungclough.com
*Attorneys for e-ventures Worldwide, LLC*

OF COUNSEL:

Alexis Arena, Esquire
alexis.arena@flastergreenberg.com
**FLASTER/GREENBERG P.C.**
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103
(215) 279-9908 (phone)
*Attorneys for Plaintiff*
(*Pro hac vice* admission to be sought)