14UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,
9045 Strada Stell Court, Suite 103,
Naples, FL 34109

      Plaintiff,

v.                                                  Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,

      Defendant.

## ORDER

Before the Court is a Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("Motion") (Doc. 2), filed on November 4, 2014, requesting that attorney Alexis Arena be admitted *pro hac vice* on behalf of Plaintiff E-ventures Worldwide, LLC. Upon consideration of the Motion, the Court finds that Ms. Arena has not demonstrated that she meets the requirements of Middle District of Florida Local Rule 2.02(a) for special admission.

Local Rule 2.02(a) states that an attorney who is not a resident of Florida but who is a "member in good standing of a bar of any District Court of the United States; outside Florida; may appear specially as counsel of record . . . ." M.D. Fla. R. 2.02(a). The Motion does not state whether Ms. Arena is a member of any U.S. District Court outside of Florida.[1] The Motion therefore will be denied without prejudice to be refiled in accordance with the Local Rules.

---

[1] The Motion states that Ms. Arena is "an active member in good standing and

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 2) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of November, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

currently eligible to practice law in the Commonwealth of Pennsylvania Bar."   Doc. 2 at 1.