**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| e-ventures Worldwide, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GOOGLE, INC., : <br> : <br> Defendant. : <br> : | Civil Action No.  2:14-cv-00646-JES-CM |

## CERTIFICATE OF SERVICE

I, Alexis Arena, certify that on this date, I sent a copy of the forgoing motion for preliminary injunction, verifications and exhibits to a process server for service on Google's registered agent, Corporation Trust Company, at 1201 Hayes Street, Tallahassee, Florida.  The papers are scheduled to be served on Corporation Trust Company tomorrow.

I also emailed these papers to Google's legal department, at legal@google.com.  I also emailed outside counsel for Google requesting that they accept service of the complaint in this matter, but they have declined to accept service, stating that they will not be representing Google in this matter.

November 11, 2014
  /s/ Alexis Arena
Alexis Arena
Flaster/Greenberg PC
1600 JFK Blvd., Suite 200
Philadelphia, PA  19103
215.279.9908
alexis.arena@flastergreenberg.com
*Attorney for Plaintiff*

1947650 v1