# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**E-VENTURES WORLDWIDE, LLC,**
9045 Strada Stell Court, Suite 103,
Naples, FL  34109,

    **Plaintiff,**

v.

**GOOGLE, INC.,**
1600 Amphitheatre Parkway
Mountain View, CA  94043,

    **Defendant.**

Case No.: 2:14-CV-646-FtM-29CM

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, e-ventures Worldwide, LLC, hereby files its Return of Service for Service of Summons, Verified Complaint, Standing Order, Amended Motion to Appear *Pro Hac Vice*, Notice of Pendency of Other Actions, Related Case Order and Track Two Notice, Interested Persons Order, Corporate Disclosure Statement, Motion for Preliminary Injunction and Memorandum of Law, Arena Verification, Trika Verification, Certificate of Service and Proposed Order upon Google, Inc. on this 17TH day of November, 2014.

    Respectfully submitted,

    **ZUNG CLOUGH, PLLC**

    ***/s/John C. Clough***
    John C. Clough
    Florida Bar No.: 0184391
    David S. Schnitzer
    Florida Bar No.: 54084
    8985 Fontana Del Sol Way
    Naples, Florida 34109
    Telephone: 239.325.1895
    Facsimile:  239.325.1896

        E-mail: jclough@zungclough.com
        E-mail: dschnitzer@zungclough.com
        E-mail: jrupert@zungclough.com
        *Attorneys for e-ventures Worldwide, LLC*

OF COUNSEL:

Alexis Arena, Esquire
alexis.arena@flastergreenberg.com
**FLASTER/GREENBERG P.C.**
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103
(215) 279-9908 (phone)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 17, 2014, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

        **ZUNG CLOUGH, PLLC**

        */s/John C. Clough*
        John C. Clough
        Florida Bar No.: 0184391

## SERVICE LIST

**VIA REGULAR U.S. MAIL TO:**
Google, Inc.
In care of Corporation Service Company
Its Registered Agent
1201 Hays Street
Tallahassee, Florida 32301

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 2:14-CV-646-FLM-29-CM

Plaintiff:
**E-VENTURES WORLDWIDE, LLC,**

vs.

Defendant:
**GOOGLE, INC.,**

For:
John C. Clough, Esquire
ZUNG CLOUGH, PLLC
8985 Fontana Del Sol Way
Naples, FL 34109

Received by MATHERS PROCESS SERVICE on the 12th day of November, 2014 at 1:50 pm to be served on GOOGLE, INC. C/O CORPORATION SERVICE COMPANY, R/A, 1201 HAYS ST., TALLAHASSEE, FL 32301.

I, Herman Mathers, do hereby affirm that on the 12th day of November, 2014 at 2:11 pm, I:

Served the within named CORPORATION by delivering a true copy of the **VERIFIED COMPLAINT; SUMMONS; STANDING ORDER; AMENDED MOTION TO APPEAR PRO HAC VICE; NOTICE OF PENDENCY OF OTHER ACTIONS; RELATED CASE ORDER AND TRACK TWO NOTICE; INTERESTED PERSONS ORDER; CORPORATE DISCLOSURE STATEMENT; MOTION FOR PRELIMINARY INJUNCTION AND MEMO OF LAW; ARENA VERIFICATION; TRIKA VERIFICATION; CERTIFICATE OF SERVICE; AND PROPOSED ORDER** with the date and hour of service endorsed thereon by me to CORPORATION SERVICE COMPANY as REGISTERED AGENT, by serving NATHAN HUTH as PROCESS CLERK authorized to accept service for registered agent.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

**Herman Mathers**
Special Process Server #2

**MATHERS PROCESS SERVICE**
**400 Capital Circle, S.E.**
**#18241**
**Tallahassee, FL  32301**
**(850) 545-7844**
Our Job Serial Number: 2014001198

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| E-VENTURES WORLDWIDE, LLC<br>9045 Strada Stell Court, Suite 103<br>Naples, Florida 34109,<br><br>*Plaintiff(s)*<br>v.<br>GOOGLE, INC.<br>9045 Amphitheatre Parkway<br>Mountain View, California 94043<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  2:14-cv-646-FtM-29CM<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        GOOGLE, INC.
        In care of Corporation Service Company
        Its Registered Agent
        1201 Hays Street
        Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John C. Clough, Esquire
        Zung Clough, PLLC
        8985 Fontana del Sol Way
        Naples, Florida 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11-4-14

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Fort Myers Division
U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, Florida 33901

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: