UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

        Plaintiff,

v.

GOOGLE INC.

        Defendant.

Case No.: 2:14-cv-646-FtM-29CM

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Google Inc.

    b. Zuckerman Spaeder, LLP.

    c. Nathan M. Berman

    d. Wilson Sonsini Goodrich & Rosati

    e. David Kramer

    f. Brian M. Willen

    g. Colleen Bal

      h. E-Ventures Worldwide, LLC

      i. Flaster/Greenberg, PC

      j. Alexis K. Arena

      k. Salvatori, Wood & Buckel, PL

      l. David S. Schnitzer

      m. Zung Clough, PLLC

      n. John C. Clough

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      a. None to Defendant's knowledge at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a. None to Defendant's knowledge at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a. Plaintiff E-Ventures Worldwide, LLC. alleges it is entitled to an award of damages.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

November 19, 2014                                         Respectfully submitted,

**ZUCKERMAN SPAEDER LLP**

By:     s/*NATHAN M. BERMAN*
Nathan M. Berman
Fla. Bar No. 0329230
ZUCKERMAN SPAEDER LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, Florida 33602
Tel: 813.221.1010
Fax: 813.223.7961
nberman@zuckerman.com

Attorneys for Google Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

/s/ Nathan M. Berman
Nathan M. Berman