**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| e-ventures Worldwide, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  2:14-cv-00646-JES-CM |
| | : | |
| GOOGLE, INC., | : | |
| | : | |
| Defendant. | : | |

**AMENDED CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF**

I hereby disclose the following pursuant to this Court's interested persons order:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

None to Plaintiff's knowledge at this time, *other than the parties and their attorneys already of record,* including*:*

Arena, Alexis
Berman, Nathan
Clough, John C.
e-ventures Worldwide, LLC
Flaster/Greenberg PC
Google, Inc.
Salvatori Wood & Buckel PL
Schnitzer, David S.
Zuckerman Spaeder, LLP

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None to Plaintiff's knowledge at this time.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest

unsecured creditors) in bankruptcy cases:

>   None to Plaintiff's knowledge at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>   None to Plaintiff's knowledge, *other than Plaintiff.*

>   */s/Alexis Arena*
>   Alexis Arena, Esquire
>     alexis.arena@flastergreenberg.com
>   **FLASTER/GREENBERG P.C.**
>   1600 JFK Blvd., 2nd Floor
>   Philadelphia, PA  19103
>   (215) 279-9908 (phone)
>   *Attorneys for Plaintiff*

November 20, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing with

the Clerk of the Court using the Court's CM/ECF system.

>   */s/Alexis Arena*
>   Alexis Arena, Esquire
>     alexis.arena@flastergreenberg.com
>   **FLASTER/GREENBERG P.C.**
>   1600 JFK Blvd., 2nd Floor
>   Philadelphia, PA  19103
>   (215) 279-9908 (phone)
>   *Attorneys for Plaintiff*