**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| E-VENTURES WORLDWIDE, LLC, | ) | |
| | ) | Case No.: 2:14-cv-00646-JES-CM |
| Plaintiff, | ) | |
| v. | ) | |
| GOOGLE INC., | ) | |
| Defendant. | ) | |

**DECLARATION OF BRANDON FALLS IN SUPPORT OF DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Brandon Falls, hereby declare as follows:

1.     I am a Search Quality Analyst on the Search Quality Team at defendant Google Inc. ("Google") and a member of a specialty subgroup within that Team that investigates "webspam," *i.e.,* efforts to manipulate search engines undertaken by unscrupulous websites so that they appear higher in search results than they would otherwise merit.  I make this Declaration in support of Google's Opposition to Plaintiffs' Motion for a Preliminary Injunction.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

**Google's Search Engine Reflects its Opinion of the Websites Helpful to Users**

2.     Anyone with an Internet connection has free access to Google's search engine. Users enter search queries, and the search engine responds with a ranked list of websites or other responsive data relevant to that query. Given the enormity of the World Wide Web, Google relies heavily on automated processes to generate its database (or "index") of websites, and to select from that index those sites that it believes are most relevant for a given search query.

3.     These results and the particular order in which they appear are largely determined by algorithms that are proprietary to Google.  Those algorithms are designed by Google to reflect what, in Google's judgment, are most the relevant search results for a given query.

4.     Ensuring the quality of its search results is of paramount importance to Google. When it returns useful results, Google helps its users by allowing them to readily find the information that they are seeking on the Internet and it helps high-quality websites find an audience for their content. Google's search engine is widely used because it consistently generates search results that meet users' expectations. But there are plenty of alternatives, and users can readily switch between search engines.

**Google's Policies Directed to Eliminating Search Engine Manipulation**

5.     An important part of providing valuable search results to users is Google's protection of the integrity of its search results from those who seek to manipulate them for their own gain.  As noted, efforts to subvert or game the process by which search engines rank the

relevance of websites are called "webspam" in the search industry. Such search engine manipulation harms what is most valuable to users about search: the quality (*i.e*. relevance) of our search results for users. Accordingly, Google considers search engine manipulation to be extremely serious and expends substantial resources to try to identify and eliminate it. These actions are critical to retain users' trust in Google's search results.

6. As noted, I am a member of the subteam of Google's Search Quality Team that works to investigate and eliminate search engine manipulation. While Google has sophisticated algorithms that help us detect violations of our published guidelines, we also may manually adjust or edit our search results (*i.e.* take "manual action") when we believe it appropriate to deter bad behavior and to correct distortion in Google's search results caused by undue manipulation. These corrective actions vary depending on the egregiousness of the violation.

7. When Google believes a site is engaged in or is supporting search engine manipulation, Google may lower that site in its search results, or prevent it from appearing in the results at all. In that way, Google not only protects its users, and the quality of the results it presents to them, but it also protects high-quality websites against behaviors that could compromise the ranking that they might otherwise receive.

8. Google clearly explains on its website the steps that it takes to combat search engine manipulation, including that it uses manual action to remove websites from its search results. For instance, Google provides advice and instructions to webmasters in Webmaster Guidelines that it posts on the Internet, which state the following about search engine manipulation:

> *Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for legitimate website owners because their sites become harder to find. For these reasons, we've been working since the earliest days of Google to fight spammers, helping people find the answers they're looking for, and helping legitimate websites get traffic from search. Our algorithms are extremely good at detecting spam, and in most cases we automatically discover it and remove it from our*

> *search results. However, to protect the quality of our index, we're also willing to take manual action to remove spam from our search results.*

Relevant excerpts from Google's Webmaster Guidelines are attached as Exhibit A to this Declaration.

9. Google's online Webmaster Guidelines include a discussion of "Quality Guidelines." The Quality Guidelines enumerate numerous manipulation techniques that violate Google's Webmaster Guidelines. Google advises websites to "*pay very close attention to the 'Quality Guidelines,' which outline some of the illicit practices that may lead to a site being removed entirely from the Google index or otherwise impacted by an algorithmic or manual spam action. If a site has been affected by a spam action, it may no longer show up in results on Google.com or on any of Google's partner sites*." Exhibit A at 1.

10. The Webmaster Guidelines also include videos that further explain the conduct that violates Google's guidelines and Google's response to such conduct. The videos emphasize that "*a violation of our Webmaster Guidelines can negatively impact your performance in our search results, and in some cases, can even result in removal from our search results*." *Id*. (video); *see also id.* at 10 (video) ("*Google is willing to take manual action to remove spam*.").

11. Techniques prohibited under Google's Quality Guidelines include link schemes, duplicate domains, and scraped content.

12. Link schemes violate Google's guidelines because they trick search engines into ranking sites more highly than they should be, to the detriment of users and search engines alike. Generally speaking, links to a site reflect an endorsement by the linking site of the linked site. Google takes into account the quality and quantity of other sites linking to (and thus seemingly recommending) a site as part of its highly-complex search result determinations. Unfortunately, because search engines use links to help assess reputation, unscrupulous site operators often engage in web or link spamming, attempting to gather unnatural endorsements or illegitimate links from all over the web.

13. Google's Quality Guidelines expressly warn websites not to engage in link schemes: "*Any links intended to manipulate PageRank or a site's ranking in Google search results may be considered part of a link scheme and a violation of Google's Webmaster*

*Guidelines. This includes any behavior that manipulates links to your site or outgoing links from your site*." *Id*. at 6.

14. "Scraped content" refers to content pulled from other sites without original content or commentary. Google's guidelines discourage scraped content because it is unhelpful to users. Further, scraped content can boost the ranking of the site taking the content relative to the site actually creating and posting it in the first place, thereby disincentivizing those sites from posting original content. Users seek the authoritative source of original content, and do not want to visit site after site providing the same content.

15. The video on Google's Webmaster Guidelines makes clear that scraped content is prohibited because it creates a poor user experience: "Scraped content alone, even high-quality content, does not provide any added value to your users . . . Make sure your site adds value and give the user a reason to visit your site." *Id*. at 1 (video).

16. "Doorway domains" or "doorway pages" are webpages that are set up to rank highly in search engine results for a particular word or phrase, capturing a percentage of users' visits not justified by the quality of their sites. Instead of offering users helpful original content, they contain largely duplicated content designed to mislead users, sometimes with minor variations designed to rank for a variety of keywords. Like scraped content, doorway domain content is pulled from another source on the Internet—but unlike scraped content, the duplicate content comes from another website operated by the same webmaster as the duplicate site.

17. Doorway pages crowd search results by causing multiple entries to the duplicate pages to appear at the top of results. This deliberate "crowding" of search results harms legitimate website operators who get crowded out of search results by the duplicate pages, and it prevents search engines from serving distinct, relevant results to users' queries.

18. The video provided in Google's Webmaster Guidelines explains the prohibition against doorway domains in user-friendly terms: "*Doorway sites are created purely to drive users to another website and often try to crowd the search results for a particular term or phrase. This provides the user with a poor experience, as more than one search result will ultimately lead them to the same site*." *Id*.

19. Google's Quality Guidelines likewise discourage the use of duplicate or doorway pages. "*Doorway pages are typically large sets of poor-quality pages where each*

*page is optimized for a specific keyword or phrase . . . Google may take action on doorway sites and other sites making use of these deceptive practices, including removing these sites from Google's [search] index*." *Id*. at 9.

20. Google's Webmaster Guidelines explain that the violations they enumerate, such as link schemes, scraped content and doorway domains, are not exhaustive. "*These quality guidelines cover the most common forms of deceptive or manipulative behavior, but Google may respond negatively to other misleading practices not listed here. It's not safe to assume that just because a specific deceptive technique isn't included on this page, Google approves of it*." *Id.* at 3.

21. Google undertakes a careful process before taking action on websites for engaging in search engine manipulation. It gathers evidence of violations and often requires various levels of review and approval.

22. Once a suspicion is raised as to one website, Google may investigate related websites. Google has the ability to identify a "network" of related websites so that it can respond in situations where a manipulation scheme involves an entire network (often acting in a coordinated way), rather than just a few sites. This helps to ensure that all violators are identified, and prevents bad actors from migrating offending material from one website to another (a practice referred to as "domain hopping").

**Google Communicates with Webmasters Through a Webmaster Dashboard**

23. Google operates a webmaster dashboard on the Internet to provide information to webmasters who have registered their sites with Google. e-ventures registered many of its sites and communicated with Google through the webmaster dashboard.

24. When Google takes manual action against a website registered through Google, it notifies the offending website through the webmaster dashboard, and it provides the reason(s) for its action. It also allows the websites to seek reconsideration and reinstatement by submitting written statements to Google that demonstrate they have addressed the violations Google identified. In certain instances, Google will even provide detailed custom messages designed to assist webmasters to improve the quality of their websites.

25. Google does not publish specific removals for search engine manipulation violations. Among other reasons, providing detailed reports of removals for search engine manipulation violations would reflect the proprietary signals that Google employs to identify

and combat it. The open channels of communication available through the webmaster dashboard allow Google to share details of removals and other actions with affected webmasters so that they can correct the violations relevant to them, without making our procedures public in a way that might allow others to game the system, or allow competing search engines to piggyback off of our efforts to combat search engine manipulation.

**Google's Removal of Web Pages Containing Sensitive or Copyright-infringing Content**

26. In addition to its published guidelines addressing search engine manipulation, Google has policies directed to the removal of other types of content from its search results. For instance, Google has policies addressing content that is sensitive or otherwise inappropriate for everyone to see, such as offensive images. We also have policies dealing with the removal of content that allegedly infringes others' copyrights. In some instances, we publicize removals undertaken under these policies through ChillingEffects.org.

27. These separate policies serve goals that are different from Google's guidelines directed to search engine manipulation. While Google's statements in these policies are accurate, Google's discussion of these policies should not be confused with and do not relate to search engine manipulation guidelines.

**Google's Interactions with e-ventures**

28. Google's Search Quality Evaluation Team first noticed e-ventures in 2005. Over the years since then, the e-ventures site, and the network of sites associated with e-ventures, have repeatedly been subject to actions for violating Google's guidelines. In the past two years alone, Google has taken action relating to sixteen different incidents. For example, in one incident last March, Google demoted the following e-ventures websites in Google's ranked search results because they contain violations of Google's guidelines regarding improper linking: <bestgamedevelopmentagencies.com/>, <bestiphonedevelopers.in/>, <bestlinkbuildingcompanies.in/>, <bestlinkbuildingfirms.com/>, <bestmedicalmalpracticelawfirms.com/>, <bestppccompaniesaustralia.com/>, <bestppccompaniesindia.in/>, <besttaxlegalservices.com/>, <bestwebdesigncompaniesaustralia.com/>, <bestwebdevelopmentcompaniescanada.com/>. In each instance, Google sent a notification to e-ventures about the website manipulation violations.

29. On August 25, 2014, I noticed that e-ventures' website topseos.com had a list of what it claimed to be the top 10 search engine optimization companies or "SEOs." SEOs provide client websites with suggested techniques that the SEOs believe will help those sites improve their search rankings, among other things. I noted that the number one SEO on the list was a spam network that I was investigating. This — and my knowledge of e-ventures' past policy violations — prompted me to look further into e-ventures' network of sites.

30. My investigation of e-ventures' sites revealed widespread violations of Google's published guidelines. Of e-ventures' various violations of Google's guidelines, three types were particularly egregious: the use of link schemes, scraped content and doorway domains.

31. I found that certain of the e-ventures sites were engaging in unnatural linking. Many of e-ventures' sites received numerous links through what is known as a "forum profile link scheme." For instance, several separate pages across the web that purported to be a profile of web user "joanna69mariz" were actually just collections of links to e-ventures' sites. On one such profile, a true and correct copy of which is attached as Exhibit B to this Declaration, the user's "contact information" is a link to the e-ventures website <www.seoconsultants.com> , and her "signature" includes links to five additional e-ventures websites. Likewise on another profile for the same web user, a true and correct copy of which is attached as Exhibit C , her "signature" comprises the following text: "topseos and topseos and topseos and topseos," linking to four separate e-ventures sites.

32. Many more of e-ventures' sites were engaged in "expired domain link schemes," where e-ventures either directly or through a third party acquired the domain names of expired websites and created low-quality content with text containing numerous links to other e-ventures sites. For example, it adopted the expired former domain name of "The 10 Million-year Foundation" and replaced the content with dozens of posts linking to e-ventures' websites. A pdf printout of the first ten pages of this website as it appeared on November 19 is attached as Exhibit D.

33. My investigation also revealed that e-ventures' sites violated Google's guidelines concerning the use of scraped content. For instance, Exhibit E contains the first two pages of an article titled "6 Tips to Protect a Large and Complex Website from Google Panda [Case Study]," which originally appeared on a website titled Search Engine Watch. Exhibit F shows the same content scraped onto an e-ventures site. I confirmed that e-ventures had

scraped this content from the Search Engine Watch website by reviewing the html code of the e-ventures site.

34.     e-ventures engaged in massive use of scraped content.  For instance, it ultimately admitted that a single e-ventures website contained over 18,000 scraped articles, 46,000 scraped press releases, and 28,126 scraped job listings.  Attached hereto as Exhibit G is a screenshot containing the reconsideration request Google received from e-ventures on October 29, 2014 in which e-ventures admitted to scraping this content.  The screenshot is from Google's Search Quality Analyst Tool, which Google uses to communicate both internally about its efforts to eliminate search engine manipulation, as well as externally with webmasters who use the webmaster dashboard.  Exhibit G shows e-ventures' request on the left side, and Google's response to the request in the shaded box on the right.

35.     My investigation revealed that e-ventures was also making extensive use of duplicate domains as doorway pages that merely duplicated or linked to the content available on one of its main websites, providing no additional value to users and merely crowding Google's search results with replicated content.  As an example, e-ventures maintained the following six webpages: <topseosagencies.com>, <topseosguide.com>, <topseosfirms.com>, <topseosresearch.com>, <topseosreviews.com>, and <topseosservices.com>.  In fact, e-ventures' use of doorway domains was so extensive that when Google did take action in September, e-ventures admitted that over 200 of its sites could be consolidated into 60.

36.     In response to these violations of Google's guidelines, and conscious of the lengthy history of e-ventures' misconduct, I entered e-ventures' network of sites into our manual action tool in late August 2014 for later action.

37.     Google's years-long history with e-ventures' network of sites, as well as my more recent observations and concerns, were corroborated by an external "tip" that Google received in mid-September concerning techniques e-ventures was using to try to manipulate Google's search engine rankings.

38.     On or about September 18, I raised my concerns about e-ventures with my manager, Brian White, and his manager, Cody Kwok, who heads the webspam team.  I recommended taking manual action concerning e-ventures' network of sites.  Brian and Cody agreed that taking manual action on the network of sites was appropriate.

39. Thereafter, I manually removed 366 of e-ventures' sites from Google's search results. Given the breadth and scope of violations (and Plaintiff's long history of search engine manipulation), we acted upon the entire network of websites to efficiently use Google's resources to protect users and to prevent e-ventures from migrating its content to other sites (a tactic for trying to evade manual removal actions known as "domain hopping"). Attached to this Declaration as Exhibit H is a list of the 366 e-ventures sites I removed from Google's index on September 18, 2014. The webmasters of each of the affected, registered e-ventures sites were automatically sent the following notification immediately following their removal from the search index:

> *Google has detected that some of your pages may be using techniques that are outside our Webmaster Guidelines.*
>
> *As a result of your site having "pure spam," Google has applied a manual spam action to [affected site]. There may be other actions on your site or parts of your site.*
>
> *Recommended action:*
>
> *Update your site so that it meets Google's Webmaster Guidelines.*
>
> *Once you've made these changes, submit a reconsideration request.*
>
> *For an updated list of manual actions currently applied to your site, visit the Manual Actions page. If no manual actions are listed, there is no longer a need to file a reconsideration request.*
>
> *If we determine your site is no longer in violation of our guidelines, we'll revoke the manual action.*
>
> *If you have any questions about how to resolve this issue, please visit the Webmaster Help Forum.*

These notifications included links to Google's Webmaster Guidelines, including the discussions of "pure spam," manual actions, and the process of seeking reconsideration of Google's decisions.

40. In removing e-ventures' network of sites, Google sought to protect the quality of its search results and present the best possible product to its users. We were not motivated by concerns about any alleged competition from e-ventures.

41. On or about September 19, 2014, e-ventures requested reconsideration of the removal of 224 of its websites from Google's search results. e-ventures used Google's

standard appeals process, which involves submitting written requests for reinstatement of the sites using the tools Google makes available on the webmaster dashboard. But e-ventures' reconsideration requests did not address all of the violation that Google had identified. The reconsideration requests addressed some of e-ventures' doorway domain violations, but not the remaining violations regarding scraped content and link schemes. Because e-ventures failed to address the link scheme and scraped content violations, we rejected the reconsideration requests.

42. From about October 8 through 10, 2014, I discovered that e-ventures had created new sites that continued to violate Google's guidelines, in an apparent effort to evade Google's manual actions. I took manual action against the new sites by removing them from Google's search results.

43. From about October 16 through October 18, 2014, e-ventures submitted four new reconsideration requests, providing more detail about four of its sites and the actions it had taken to correct violations. Once again, although these requests indicated that e-ventures had worked to correct duplicate domain violations, they did not address our concerns regarding scraped content or link schemes. In response, I reinstated one of e-ventures' sites (visibilitymagazine.com) to Google's results, and sent e-ventures a custom message with detailed information about its violations on the other sites and how e-ventures could correct them. Exhibit I contains a true and correct copy of the custom message I sent to e-ventures on or about October 24, 2014 identifying the violations still in need of correction (in the shaded box on the right-hand side of the document).

44. e-ventures filed for reconsideration of 43 of its sites between November 3 and 13, 2014. In these requests, e-ventures admitted it had not followed Google's guidelines against scraped content and link schemes, and indicated that it had taken action to correct these issues. Exhibit J contains a true and correct copy of one such reconsideration request from e-ventures stating that e-ventures had corrected certain scraping issues ("Per your request, we have removed the descriptions of 2198 colleges on our website and on all rankings pages to avoid any content duplication issues. Furthermore, we have now used Copyscape and Siteline on each page of our website to ensure no content on the website exists which does not belong to us."). Exhibit K contains a true and correct example of a communication from e-ventures stating that it had corrected certain duplicate domain issues ("Per your recommended actions,

we have consolidated our website structure to incorporate our topseos websites into one domain"). As a result of these corrective actions, Google reinstated all 43 of these sites into the Google search results.

45. On or about November 18, 2014, e-ventures submitted reconsideration requests for approximately 200 of the websites that Google had removed from its search results. In accordance with its standard procedures, Google reviewed each of these requests to determine whether the issues had been corrected and whether the new versions of the websites warranted being returned to search results. From this review, it became apparent that these websites contain either (1) one-page splash pages, many of which receive links from link schemes, that e-ventures advised us it intends to redirect to its main websites, or (2) doorway domains that are designed merely to relay traffic generated from spam links to e-ventures' main websites. These are not high-quality websites of value to users, and they repeat a number of the basic problems that led Google to remove e-ventures' network of sites in the first place (such as violations of our link-scheme guidelines and an absence of original content). It is true that in considering early reconsideration requests from e-ventures, we elected to reinstate a limited number of websites (approximately two dozen pages) that e-ventures had turned into splash pages. But given the greater volume of low-quality splash pages that e-ventures submitted to us in bulk in this latest round of reconsideration requests, we concluded that it was not engaged in a good-faith effort to remedy the problems with its websites and to cease its efforts to manipulate Google's search results. For these reasons we denied e-ventures' requests for reconsideration of these websites. For each of the requests that we denied, we sent e-ventures a custom message explaining the rejection. Exhibit L to this Declaration is a true and correct copy of one such message. Although they have not been reinstated to Google's search index, these sites remain available on the Internet, and can be accessed through direct links or the results provided by other search engines.

46. Google's assessment of e-ventures' sites is ongoing as part of our routine review process.

**Redactions in Exhibits**

46. Google has redacted confidential information on Exhibits G, I, J, K, and L to this Declaration because disclosure of the information would cause competitive harm to Google. In particular, all of the redacted Exhibits constitute pages from Google's internal

Search Quality Analyst Tool. We redacted each of these Exhibits to remove Google's internal communications within the Search Quality Team, as well as my personal information (namely, my email address and photograph). These redacted internal communications contain signals that are proprietary to Google and reflect the confidential, internal processes of the Search Quality Team. Public disclosure of this information could undermine Google's efforts to detect and combat search engine manipulation.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America. Executed this 25th day of November, 2014 in Mountain View, California.

By: ______________________

Brandon Falls