UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,
9045 Strada Stell Court, Suite 103,
Naples, FL 34109

    Plaintiff,

v.                                       Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,

    Defendant.

## ORDER

Before the Court is Plaintiff e-Ventures Worldwide, LLC's Opposed Motion to File a Reply ("Motion") (Doc. 33), filed on December 1, 2014. Plaintiff seeks leave of Court to file a reply of no more than seven (7) pages to Defendant Google, Inc.'s opposition (Doc. 30) to Plaintiff's motion for preliminary injunction (Doc. 11), and that Plaintiff be permitted ten (10) days during which to file its reply. Doc. 33. Defendant does not oppose Plaintiff's request to file a reply, but opposes the length of time requested by Plaintiff for filing the reply. *See* Docs. 33, 33-1.

Upon review of the Motion for Preliminary Injunction (Doc. 11), Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 30) and the Motion (Doc. 33), the Court finds good cause to permit Plaintiff to file a reply brief. Plaintiff states that the purpose of its reply is to inform the Court of factual developments since the filing of Plaintiff's motion for preliminary injunction and to address portions of Defendant's opposition. Doc. 33 at 2-3. The Court also

believes that a reply brief will aid its resolution of the underlying motion for preliminary injunction. *See Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, *4 n.3 (M.D. Fla. Mar. 25, 2014) (denying leave to file a reply brief where such brief would not aid the Court's resolution of the underlying motion). Thus, the Court will permit Plaintiff to file a reply, but will reduce the time during which it may be filed.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff e-Ventures Worldwide, LLC's Opposed Motion to File a Reply (Doc. 33) is **GRANTED in part**. On or before **December 15, 2014**, Plaintiff may file a reply, not to exceed seven (7) pages in length, to Defendant's opposition to the motion for preliminary injunction.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of December, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record