IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| e-ventures Worldwide, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:14-cv-00646-JES-CM |
| GOOGLE, INC., | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF PRELIMINARY INJUNCTION MOTION

Plaintiff e-ventures Worldwide, LLC, hereby withdraws its pending preliminary injunction motion ("Motion") because the relief requested in Plaintiff's Motion has been voluntarily provided by Defendant Google, Inc. ("Google"). Google relisted additional websites of Plaintiff's as recently as yesterday, December 11, 2014. As Plaintiff is no longer suffering irreparable harm as a result of Google's actions, Plaintiff withdraws its Motion. Plaintiff's complaint also seeks monetary damages, and its withdrawal of its motion for preliminary injunction is without prejudice to its right to continue to pursue its claims for monetary damages caused by Google's conduct. Plaintiff strongly disputes the statements made in Google's Opposition to Plaintiff's Motion, including but not limited to Google's claim that ensuring the relevancy and quality of its search results is of paramount importance to Google, but will raise those disputes at a later juncture.

Plaintiff further advises the Court that the withdrawal of its Motion presents an opportune time to try to settle the remainder of this case. Accordingly, Plaintiff believes that an early settlement conference with the Court might assist the parties in resolving the remainder of the case and respectfully requests that the Court schedule a settlement conference as soon as the

4521609 v2

Court's schedule allows.  Google has indicated that it intends to file a motion to dismiss the complaint in the near future.  Although Plaintiff is confident that its complaint will withstand Google's motion, the time and expense involved in resolving that motion might possibly be avoided if the parties are brought together now to talk about settlement.

**Certification Pursuant to Local Rule 3.01(g)**

The undersigned counsel certifies that she conferred with opposing counsel on this issue on December 12, 2014.  Google did not object to the Motion being withdrawn.

Respectfully submitted,

Dated:  December 12, 2014

*/s/Alexis Arena*

Alexis Arena, Esquire
   alexis.arena@flastergreenberg.com
**FLASTER/GREENBERG P.C.**
1600 JFK Blvd., 2nd Floor
Philadelphia, PA  19103
(215) 279-9908 (phone)
*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of December, 2014, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Alexis Arena*
Alexis Arena