UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

Plaintiff,

v. Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,

Defendant.

---

**ORDER**

This matter comes before the Court on plaintiff's Notice of Withdrawal of Preliminary Injunction Motion (Doc. #35) filed on December 12, 2014. Plaintiff seeks to withdraw its Motion for Preliminary Injunction (Doc. #11) and indicates that the motion is not opposed. The motion will be terminated.

In the Notice, plaintiff indicates that it would like a settlement conference scheduled as soon as possible. If the parties desire a settlement conference before a United States Magistrate Judge, they may file a motion making such a request. Otherwise, the parties have not yet filed a Case Management Report, and therefore no deadlines have been established for mediation or otherwise.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Notice of Withdrawal of Preliminary Injunction Motion (Doc. #35) is **GRANTED** and the Motion for Preliminary Injunction (Doc. #11) is deemed withdrawn.

**DONE and ORDERED** at Fort Myers, Florida, this 17th day of December, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record