# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| e-ventures Worldwide, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:14-cv-00646-JES-CM |
| GOOGLE, INC., | : |
| Defendant. | : |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.09(a), Plaintiff e-ventures Worldwide, LLC ("e-ventures"), hereby respectfully moves for an extension of time to respond to Defendant Google, Inc.'s ("Google") Motion to Dismiss. Plaintiff's response is currently due the day after Christmas, or Friday, December 26, 2014. This is the first extension of time sought by Plaintiff. Google previously requested and received an unopposed extension of time due to the Thanksgiving holiday. Defendant Google does not object to an extension of time until Monday, January 12, 2015.

## Memorandum of Legal Authority in Support of Request

Federal Rule of Civil Procedure 6(b) provides that the Court may, for good cause shown, extend the time for filing papers "with or without motion or notice, if the Court acts, or if a request is made, before the original time or its extension expires." F.R.C.P. 6(b)(1)(A). This Motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion. The requested extension will not delay any other case deadlines, as the parties have agreed to hold their case management conference on January 9, 2015. The requested extension of time until

January 12, 2015 will accommodate the holiday season and the parties' case management discussions.[1]

WHEREFORE, Plaintiff requests that that Court grant Plaintiff an extension of time until January 12, 2015, for Plaintiff to file a response to Defendant's Motion to Dismiss.

**Certification Pursuant to Local Rule 3.01(g)**

The undersigned counsel certifies that she conferred with opposing counsel on this issue and Defendant does not object to the requested extension until January 12, 2015.

Respectfully submitted,

Dated: December 18, 2014

Alexis Arena, Esquire
  alexis.arena@flastergreenberg.com
**FLASTER/GREENBERG P.C.**
1600 JFK Blvd., 2nd Floor
Philadelphia, PA  19103
(215) 279-9908 (phone)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of December, 2014, I electronically filed the foregoing Motion for Continuance with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Alexis Arena
Alexis Arena

---

[1] The parties also discussed Google's possible filing of a reply brief and agreed that if Google believes that it is necessary to file a reply brief after reviewing Plaintiff's opposition papers, then Plaintiff will not object to Google filing a reply brief by January 26, 2015, with the agreed-upon page limit to be determined, and with leave to be granted by the Court.