UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

      Plaintiff,

v.

Case No.: 2:14-cv-646-FtM-29CM

GOOGLE INC.

      Defendant.

_____/

### GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT CASE MANAGEMENT CONFERENCE TELEPHONICALLY

Defendant Google Inc., by and through the undersigned counsel and pursuant to Local Rule 3.01(i), respectfully moves the Court to permit the parties to conduct a telephonic, as opposed to an in-person, case management conference. In support of this unopposed motion, Google states:

1. The case management order (Dkt. 6) entered in this matter requires counsel for the parties to meet in person by January 12, 2015, in order to prepare and file a Case Management Report.

2. Local Rule 3.01(i) encourages the use of telephonic conferences, whenever possible, particularly when counsel are located in different cities.

3. Counsel for the parties in this matter are located in five separate cities in four different states, including California, New York and Pennsylvania.

4. A telephonic case management conference would dramatically reduce the cost and expense of conducting the conference for both parties.

5. Furthermore, a telephonic will not impair the parties' ability to complete the Case Management Report.

6. Accordingly, Google moves the Court for leave to conduct a telephonic case management conference.

**RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion. On behalf of Plaintiff, Alexis Arena of Flaster/Greenberg PC, consented to the relief requested in the motion.

Dated: December 18, 2014

Respectfully submitted,

s/ *Nathan M. Berman*
NATHAN M. BERMAN
Fla. Bar No. 0329230
Zuckerman Spaeder LLP
101 East Kennedy Blvd.
Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
nberman@zuckerman.com

*COUNSEL FOR GOOGLE INC.*

DAVID H. KRAMER (admitted *pro hac vice*)
COLLEEN BAL (admitted *pro hac vice* )
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
dkramer@wsgr.com
cbal@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
bwillen@wsgr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

/s/ Nathan M. Berman
Nathan M. Berman