## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

      Plaintiff,

v.                                Case No:  2:14-cv-646-FtM-29CM

GOOGLE, INC.,

      Defendant.

---

## ORDER

Before the Court is Plaintiff's Opposed Motion for Leave to File Additional Submission Responding to New Issues Raised in Google's Reply Brief ("Motion") (Doc. 47), filed on January 29, 2015.   Plaintiff seeks leave of Court to file a surreply of no more than five (5) pages to Defendant Google's Reply Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint (Doc. 46) to address "only the new arguments" raised in Defendant's Reply.   Doc. 47 at 1.   Defendant opposes the filing of a surreply.   Doc. 48.

Upon review of the relevant documents,[1] the Court believes that a reply brief will aid its resolution of the underlying motion to dismiss.   *See Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, *4 n.3 (M.D. Fla. Mar. 25, 2014) (denying leave to file a reply brief where such brief would not aid the

---

[1] Google's Motion to Dismiss Plaintiff's Complaint (Doc. 36), Plaintiff's Opposition to Defendant Google's Motion to Dismiss (Doc. 42), Google's Reply Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint (Doc. 46), Plaintiff's Motion (Doc. 47) and Defendant's Opposition (Doc. 48).

Court's resolution of the underlying motion).   Thus, the Court will permit Plaintiff to file a reply, not to exceed five (5) pages in length, within five days[2] as requested by Plaintiff's Motion.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Opposed Motion for Leave to File Additional Submission Responding to New Issues Raised in Google's Reply Brief (Doc. 47) is **GRANTED**.   On or before **February 17, 2014**, Plaintiff may file a surreply, not to exceed five (5) pages in length, to Defendant Google's Reply Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint (Doc. 46).

**DONE** and **ORDERED** in Fort Myers, Florida on this 10th day of February, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

[2] Five days from the date of this Order falls on Sunday, February 15, 2015. Ordinarily, Plaintiff's surreply thus would be due the following Monday, February 16, 2015; the Court is closed that day, however, in observance of President's Day.   Plaintiff's surreply therefore will be due on or before February 17, 2015.