UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

      Plaintiff,

v.

GOOGLE INC.

      Defendant.

_____/

Case No.: 2:14-cv-646-FtM-29CM

## GOOGLE INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant Google Inc. respectfully moves for an unopposed extension of time until June 5, 2015, to file a response to Plaintiff's First Amended Complaint. In support of this unopposed motion, Google Inc. states:

1. On April 17, 2015, the Court dismissed without prejudice Plaintiff's original Complaint. The Court provided the Plaintiff with fourteen (14) days to file an amended complaint.

2. Plaintiff filed its First Amended Complaint on May 1, 2015. Absent an extension of time, Google Inc.'s response to the First Amended Complaint is due May 18, 2015.

3. Google Inc. requests an extension up to, and including, Friday, June 5, 2015, to file its response to the First Amended Complaint. This extension will allow Google Inc. time to provide a comprehensive response to the Court addressing the issues raised in the First Amended Complaint, and the arguments in support thereof.

4. This request is made in good faith and not for purposes of delay. Plaintiff's counsel does not oppose the relief requested in this motion.

4906319.1

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion. On behalf of Plaintiff, Alexis Arena of Flaster/Greenberg PC, consented to the relief requested in the motion.

Dated: May 12, 2015                                                          Respectfully submitted,

|  |  |
|---|---|
|  | s/ *Nathan M. Berman* |
| DAVID H. KRAMER (admitted *pro hac vice*) | NATHAN M. BERMAN |
| COLLEEN BAL (admitted *pro hac vice* ) | Fla. Bar No. 0329230 |
| Wilson Sonsini Goodrich & Rosati | Zuckerman Spaeder LLP |
| 650 Page Mill Road | 101 East Kennedy Blvd. |
| Palo Alto, CA 94304 | Suite 1200 |
| dkramer@wsgr.com | Tampa, FL 33602 |
| cbal@wsgr.com | Tel: (813) 221-1010 |
|  | Fax: (813) 223-7961 |
| BRIAN M. WILLEN (admitted *pro hac vice*) | nberman@zuckerman.com |
| Wilson Sonsini Goodrich & Rosati |  |
| 1301 Avenue of the Americas, 40th Floor | *COUNSEL FOR GOOGLE INC.* |
| New York, NY 10019 |  |
| bwillen@wsgr.com |  |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

/s/ Nathan M. Berman
Nathan M. Berman

4906319.1