# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| e-ventures Worldwide, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Google Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00646-JES-CM |

**DECLARATION OF BRIAN M. WILLEN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Brian M. Willen, hereby declare as follows under penalty of perjury:

      1.     I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, counsel for Defendant Google Inc. ("Google") and admitted to this Court *pro hac vice* in the above-captioned case. I make this Declaration in support of Google's Motion to Dismiss Plaintiff's First Amended Complaint. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently as to them.

      2.     Attached to Google's Motion to Dismiss as Exhibit A are true and correct copies (made on December 11, 2014) of Google's Webmaster Guidelines and Removal Policies, which are available to the public on Google's website at <https://support.google.com>. Portions of these public statements are quoted or referenced by Plaintiff in paragraphs 22-23, 37-44, and 47 of the First Amended Complaint.

      This declaration is executed on June 5, 2015, in Ann Arbor, Michigan.

      By: *s/ Brian M. Willen*
            Brian M. Willen