car insurance

- Widely distributed links in the footers or templates of various sites

- Forum comments with optimized links in the post or signature, for example:
  
  *Thanks, that's great info!*
  
  *- Paul*
  
  *paul's pizza san diego pizza best pizza san diego*

Note that PPC (pay-per-click) advertising links that don't pass PageRank to the buyer of the ad do not violate our guidelines. You can prevent PageRank from passing in several ways, such as:

- Adding a `rel="nofollow"` attribute to the `<a>` tag
- Redirecting the links to an intermediate page that is blocked from search engines with a robots.txt file

The best way to get other sites to create high-quality, relevant links to yours is to create unique, relevant content that can naturally gain popularity in the Internet community. Creating good content pays off: Links are usually editorial votes given by choice, and the more useful content you have, the greater the chances someone else will find that content valuable to their readers and link to it.

If you see a site that is participating in link schemes intended to manipulate PageRank, let us know. We'll use your information to improve our algorithmic detection of such links.

---

How helpful is this article:   [g+1] [1.3k]

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

©2014 Google  -  Privacy Policy  -  Terms of Service            English ⇕

7

Tools > Help > Follow our guidelines > Quality guidelines

# Scraped content

Some webmasters use content taken ("scraped") from other, more reputable sites on the assumption that increasing the volume of pages on their site is a good long-term strategy regardless of the relevance or uniqueness of that content. Purely scraped content, even from high-quality sources, may not provide any added value to your users without additional useful services or content provided by your site; it may also constitute copyright infringement in some cases. It's worthwhile to take the time to create original content that sets your site apart. This will keep your visitors coming back and will provide more useful results for users searching on Google.

Some examples of scraping include:

- Sites that copy and republish content from other sites without adding any original content or value
- Sites that copy content from other sites, modify it slightly (for example, by substituting synonyms or using automated techniques), and republish it
- Sites that reproduce content feeds from other sites without providing some type of unique organization or benefit to the user
- Sites dedicated to embedding content such as video, images, or other media from other sites without substantial added value to the user

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

How helpful is this article:

Not at all    Not very    Somewhat    Very    Extremely

8

# Doorway pages

Doorway pages are typically large sets of poor-quality pages where each page is optimized for a specific keyword or phrase. In many cases, doorway pages are written to rank for a particular phrase and then funnel users to a single destination. Whether deployed across many domains or established within one domain, doorway pages tend to frustrate users.

Therefore, Google frowns on practices that are designed to manipulate search engines and deceive users by directing them to sites other than the one they selected, and that provide content solely for the benefit of search engines. Google may take action on doorway sites and other sites making use of these deceptive practices, including removing these sites from Google's index.

Some examples of doorways include:

- Having multiple domain names targeted at specific regions or cities that funnel users to one page
- Templated pages made solely for affiliate linking
- Multiple pages on your site with similar content designed to rank for specific queries like city or state names

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

**How helpful is this article:**

Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful

9

# Manual Actions



Matt Cutts talks about manual action on webspam

While Google relies on algorithms to evaluate and constantly improve search quality, we're also willing to take manual action on sites that use spammy techniques, such as demoting them or even removing them from our search results altogether. The Manual Actions page lists these actions (and potentially others) and links to steps you can take to address the problem. (If your site's ranking is impacted by a manual spam action, we'll also notify you in the Message Center in Webmaster Tools.)

If your site isn't appearing in search results, or isn't performing as well as it once did, we recommend checking the Manual Action page and taking steps to address the problem. Once you're satisfied that your site follows the Webmaster Guidelines, you can request a review of your site directly from the Manual Actions page. The web is an ever-changing ecosystem, and your site's performance in search almost certainly fluctuates over time. As a result, even if your reconsideration request is successful, your site may rank lower (or higher) than it used to.

### ✓ View the Manual Action page:

1. On the Webmaster Tools Dashboard, click **Search Traffic**.
2. Click **Manual Actions**.

**Manual Actions**

Manual Actions

Spam

Hacked site

Hidden text and/or keyword stuffing

Thin content with little or no added value

Image Mismatch

Unnatural links

10

3. Review any manual actions that are listed. Once you've addressed these problems, and are sure that your site follows the Webmaster Guidelines, click **Request a review** to ask Google to reconsider your site.

Two types of actions are displayed on the Manual Actions page.

- The **Site-wide matches** section lists actions that impact an entire site.
- The **Partial matches** section lists actions that impact individual URLs or sections of a site. It's not uncommon for pages on a popular site to have manual actions, particularly if that site serves as a platform for other users or businesses to create and share content. If the issues appear to be isolated, only individual pages, sections, or incoming links will be impacted, not the entire site.

Each section includes the following information:

- **Reason**: The reasons for each action Google has applied.
- **Affects**: The parts of the site affected by each manual action. If a manual action affects more than 1,000 URLs or sections, only the first 1,000 matches will be displayed.

Manual actions that may be listed include:

| Unnatural links to your site—impacts links | Unnatural links to your site | Unnatural links from your site |
|---|---|---|
| Hacked site | Thin content with little or no added value | Pure spam |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for

11

| | | |
|---|---|---|
| | value | |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for legitimate website owners because their sites become harder to find. For these reasons, we've been working since the earliest days of Google to fight spammers, helping people find the answers they're looking for, and helping legitimate websites get traffic from search.

Our algorithms are extremely good at detecting spam, and in most cases we automatically discover it and remove it from our search results. However, to protect the quality of our index, we're also willing to take manual action to remove spam from our search results.



How helpful is this article:   g+1 762

Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful

©2014 Google - Privacy Policy - Terms of Service        English

12



# Pure spam



**Spam**

**Spammy Structured Markup**

Pure spam

**Spammy freehosts**

**User-generated spam**

**Cloaking and/or sneaky redirects**

If you see this message on the Manual Actions page, it means that Google has detected that some of your pages may be using techniques that are outside our Webmaster Guidelines. The site appears to use aggressive spam techniques such as automatically generated gibberish, cloaking, scraping content from other websites, and/or other repeated or egregious violations of Google's quality guidelines.

As a result, Google has applied a manual spam action to the affected portions of your site. Actions that affect your whole site are listed under **Site-wide matches**. Actions that affect only part of your site and/or some incoming links to your site are listed under **Partial matches**.

 **Recommended action**

- Update your site so that it meets Google's Webmaster Guidelines.
- Once you've made these changes, submit a reconsideration request.

If we determine your site is no longer in violation of our guidelines, we'll revoke the manual action.

14

Help                                                                                                              Contact Us

# Removal Policies

We want to organize the world's information, but some content on the web is sensitive or not appropriate for everyone to see. This page explains our policies for different types of content that Google will remove from web, image or video results.

## Financial and Government-Issued Identification Numbers

We recognize that there are certain pieces of sensitive personal information can, if made public, put you at greater risk for identity theft, financial fraud, and other harm.

When it will help keep you safe and avoid harm, we may remove personal information from Google Search results.

**Information we may remove**

- National identification numbers like U.S. Social Security Number, Argentina Single Tax Identification Number, Brazil Cadastro de pessoas Físicas, Korea Resident Registration Number, China Resident Identity Card, etc.
- Bank account numbers
- Credit card numbers
- Images of signatures

**Information we usually don't remove**

- Date of birth
- Addresses
- Telephone numbers

[+]  How we decide if personal information should be removed

[+]  Request to have personal information removed

## Offensive images

Some images and videos can be offensive, especially if you haven't specifically asked for them in your search results. We

**More settings and preferences**

Search results from your Google products

Save your search settings

"Looking for results in English?" notification

See instant results as you type



**Holiday tips**

Learn how to make the holidays merrier with Google tips from Googlers & friends.

15

**Information we usually don't remove**

- Date of birth
- Addresses
- Telephone numbers

+ How we decide if personal information should be removed

+ Request to have personal information removed

## Offensive images

Some images and videos can be offensive, especially if you haven't specifically asked for them in your search results. We do our best to remove offensive images and videos or hide them in search results. Depending on the situation, we may take one of the three actions below to remove offensive content from your results.

+ Remove images or videos from the results page

+ Remove image and video thumbnails from search results

+ Filter offensive content with the SafeSearch filter

Learn how to make the holidays merrier with Google tips from Googlers & friends.

**How helpful is this article:**

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

g+1 147

©2014 Google - Privacy Policy - Terms of Service

English

16