UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

          Plaintiff,

   v.

                             Case No.:  2:14-cv-646-FtM-29CM

GOOGLE INC.

          Defendant.

_____ /

## GOOGLE INC.'S
## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEFS

Defendant Google Inc., by and through the undersigned counsel and pursuant to Local Rule 3.01, respectfully moves the Court for leave to file replies to Plaintiff e-Ventures' Opposition to Google's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 63) and Plaintiff's Opposition to Defendant Google's Motion to Transfer Venue (Dkt. 62). Google's proposed replies will not exceed 10 pages each and would be filed on or before July 27, 2015. This request is made in good faith and not for purposes of delay. Plaintiff does not oppose this motion. In support of this unopposed motion, Google states:

## MEMORANDUM OF LAW

Google requests leave to reply to address new facts and legal theories raised by e-ventures in its oppositions to the motion to dismiss and motion to transfer.  The proposed replies would also clarify numerous mischaracterizations of the record, Google's arguments, the Amended Complaint, and the law that Plaintiff advances in its oppositions.  For example, after specifically amending its complaint to add new allegations (not present in its original complaint) arising out of Google's alleged removal of Plaintiff's advertisements, Plaintiff—faced with the express forum-selection clause in its agreement with Google—now seeks to do an about-face and claim that this case is about the removal of its websites from Google's search results and not

about advertisements.  Similarly, Plaintiff's opposition tries to advance a breach of contract claim nowhere to be found in the amended complaint, and it seeks to totally re-characterize Plaintiff's Lanham Act claim as one for false advertising, rather than false association.

Allowing Google to reply will provide the Court with a full analysis of these issues, as well as permit Google to address the continuously moving factual and legal allegations contained in Plaintiff's pleadings.  Accordingly, Google requests leave to file replies in support of its Motion to Dismiss Plaintiff's First Amended Complaint and Motion to Transfer Venue of ten pages or less each on or before July 27, 2015.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion. On behalf of Plaintiff, Alexis Arena of Flaster/Greenberg PC, consented to the relief requested in the motion.

Dated:  July 10, 2015

Respectfully submitted,

s/ *Nathan M. Berman*
NATHAN M. BERMAN
Fla. Bar No. 0329230
Zuckerman Spaeder LLP
101 East Kennedy Blvd.
Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
nberman@zuckerman.com

BRIAN M. WILLEN (ADMITTED *PRO HAC VICE*)
WILSON SONSINI GOODRICH & ROSATI
1301 AVENUE OF THE AMERICAS, 40TH FLOOR
NEW YORK, NY 10019
BWILLEN@WSGR.COM

*COUNSEL FOR GOOGLE INC.*

4987891.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

<u>/s/ Nathan M. Berman</u>
Nathan M. Berman