UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.                                Case No.:  2:14-cv-646-FtM-29CM

GOOGLE INC.

    Defendant.

_____/

# JOINT MOTION TO EXTEND
# CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES

Plaintiff e-ventures Worldwide, LLC ("e-ventures) and Defendant Google Inc. ("Google") hereby jointly move for an order extending all deadlines included in the Case Management and Scheduling Order (Dkt. 51).

The parties have good cause to seek the requested extension. Despite the parties' diligence in the case, expert and fact discovery cannot be completed within the time frame outlined in the Case Management and Scheduling Order. Rather, additional time is necessary to allow both sides to fairly develop and discover each other's respective cases. Moreover, the proposed extension will allow the parties to continue discussing a potential resolution of the matter. Accordingly, the parties agree to, and jointly propose, the following revisions to the current deadlines:

| *DEADLINE OR EVENT* | | *DEADLINE* |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff: | March 4, 2016 (currently September 4, 2015 |
| | Defendant: | March 18, 2016 (currently September 18, 2015) |

5023114.1

| | |
|---|---|
| Rebuttal: | April 8, 2016 (currently October 9, 2015) |
| Discovery Deadline | May 2, 2016 (currently November 2, 2015) |
| Mediation Deadline: | May 20, 2016 (currently November 20, 2015) |
| Mediator: Address: Telephone: | James L. Nulman 15880 Summerlin Rd, Fort Myers, FL 33908 (239) 433-3539 |
| Dispositive Motions, *Daubert,* and *Markman* Motions | June 1, 2016 (currently December 1, 2015) |
| Meeting In Person to Prepare Joint Final Pretrial Statement | June 22, 2016 (currently January 22, 2016) |
| Joint Final Pretrial Statement (Including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form (with diskette), Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | July 1, 2016 (currently February 1, 2016) |
| All Other Motions Including Motions In Limine, Trial Briefs | August 12, 2016 (currently February 12, 2016) |
| Final Pretrial Conference | September 21, 2016 (currently March 21, 2016) |
| Trial Term Begins | October 3, 2016 (currently April 4, 2016) |
| Estimated Length of Trial | 5 days |
| Jury / NonJury | Jury |

## **CONCLUSION**

Under the circumstances of this case, the parties respectfully request that the Court enter an order extending all deadlines included in the Case Management and Scheduling Order as set forth above.

5023114.1

August 31, 2015                                      Respectfully submitted,


s/ Alexis Arena (admitted *pro hac vice*)            s/ *Nathan M. Berman*
FLASTER/GREENBERG P.C.                               NATHAN M. BERMAN
1600 JFK Blvd., Suite 200                            Fla. Bar No. 0329230
Philadelphia, PA  19103                              Zuckerman Spaeder LLP
215-279-9908                                         101 East Kennedy Blvd.
alexis.arena@flastergreenberg.com                    Suite 1200
                                                     Tampa, FL 33602
John Christian Clough, Esq.                          Tel: (813) 221-1010
Florida Bar No. 0184391                              Fax: (813) 223-7961
Zung Clough, PLLC                                    nberman@zuckerman.com
8985 Fontana del Sol Way
Naples, FL 34109                                     BRIAN M. WILLEN (admitted *pro hac vice*)
239-449-5561                                         Wilson Sonsini Goodrich & Rosati
jclough@zungclough.com                               1301 Avenue of the Americas, 40th Floor
                                                     New York, NY  10019
*Counsel for Plaintiff e-ventures Worldwide, LLC*    bwillen@wsgr.com

                                                     *Counsel for Google inc.*