UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

      Plaintiff,

v.                                      Case No:   2:14-cv-646-FtM-29CM

GOOGLE, INC.,

      Defendant.

_____

## ORDER

Before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Order Deadlines (Doc. 70), filed on August 31, 2015, seeking an extension of approximately six months of all remaining case management deadlines. In support of the motion, the parties state that despite their diligence they cannot complete fact and expert discovery within the current deadlines, and the extension also will allow them to continue to explore settlement. The parties included proposed dates for all remaining case management deadlines. *See* Doc. 70 at 1-2. Upon review of the motion, the Court finds good cause and will extend the case management deadlines.

An amended case management and scheduling order memorializing the parties' proposed deadlines, with the sole exception of the date for the final pretrial conference, which must be changed to bring the date in conformity with Judge Steele's 2016 trial schedule, will be entered under separate cover.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion to Extend Case Management and Scheduling Order Deadlines (Doc. 70) is **GRANTED in part**.   An amended case management and scheduling order will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record