UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.	Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,

    Defendant.

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Order (Doc. 71), the case management deadlines are extended as follows:

| | |
|---|---|
| Disclosure of Expert Reports<br>Plaintiff:<br>Defendant:<br>Rebuttal: | March 4, 2016<br>March 18, 2016<br>April 8, 2016 |
| Discovery Deadline | May 2, 2016 |
| Mediation Deadline:<br><br>Mediator:<br>Address:<br><br>Telephone: | May 20, 2016<br><br>James L. Nulman<br>15880 Summerlin Rd.<br>Fort Myers, FL 33908<br>(239) 433-3539 |
| Dispositive Motions, *Daubert* and *Markman* Motions | June 1, 2016 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | June 22, 2016 |

| | |
|---|---|
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word or WordPerfect version should also be e-mailed to the Chambers e-mail address), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form) | July 1, 2016 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | August 12, 2016 |
| Final Pretrial Conference   Date:   Time:   Judge: | September 26, 2016   9:00 AM   Honorable John E. Steele |
| Trial Term Begins | October 3, 2016 |
| Estimated Length of Trial | 5 days |
| Jury/Non Jury | Jury |

All directives set forth in the Case Management and Scheduling Order (Doc. 51) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of September, 2015.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

- 2 -