UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.                                       Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,

    Defendant.

## ORDER

Before the Court is the parties' Joint Motion for Entry of Agreed Protective Order for the Treatment of Confidential Information (Doc. 74) filed on October 30, 2015. On January 23, 2015, the parties filed an agreed Case Management Report ("CMR"). Doc. 45. On March 6, 2015, the Court entered a Case Management and Scheduling Order ("CMSO"). Doc. 51. The CMR and CMSO specifically state

> "[t]he parties may reach their own agreements regarding the designation of materials as 'confidential.' There is no need for the Court to endorse the confidentiality agreement. The Court discourages unnecessary stipulated motions for a protective order. The Court will enforce stipulated and signed confidentiality agreements. *See* M.D. Fla. R. 4.15."

Doc. 45 at 6, Doc. 51 at 3. Therefore, the parties may reach their own agreement regarding the designation of material as confidential; however, it is not necessary for the Court to endorse the agreement for the agreement to become enforceable. Here, the parties have presented a stipulated and signed agreement, which has been attached to their Motion in the form of a proposed agreed protective order. Because

it is unnecessary for the Court to endorse this agreement, the Court will deny the motion as moot.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion for Entry of Agreed Protective Order for the Treatment of Confidential Information (Doc. 74) is **DENIED as MOOT.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record