# Webmaster Guidelines

**Best practices to help Google find, crawl, and index your site**



Following these guidelines will help Google find, index, and rank your site. Even if you choose not to implement any of these suggestions, we strongly encourage you to pay very close attention to the "Quality Guidelines," which outline some of the illicit practices that may lead to a site being removed entirely from the Google index or otherwise impacted by an algorithmic or manual spam action. If a site has been affected by a spam action, it may no longer show up in results on Google.com or on any of Google's partner sites.

- Design and content guidelines
- Technical guidelines
- Quality guidelines

**When your site is ready:**

- Submit it to Google at http://www.google.com/submityourcontent/.
- Submit a Sitemap using Google Webmaster Tools. Google uses your Sitemap to learn about the structure of your site and to increase our coverage of your webpages.
- Make sure all the sites that should know about your pages are aware your site is online.

**Design and content guidelines**

Review our webmaster guidelines

Webmaster Guidelines

1

+ | https | support.google.com/webmasters/answer/35769?hl=en&ref_topic=6002025 — Webmaster Guidelines – Webmaster Tools Help

Case 2:14-cv-00646-JES-CM   Document 78-1   Filed 11/16/15   Page 2 of 16 PageID 641

## Design and content guidelines

- Make a site with a clear hierarchy and text links. Every page should be reachable from at least one static text link.
- Offer a site map to your users with links that point to the important parts of your site. If the site map has an extremely large number of links, you may want to break the site map into multiple pages.
- Keep the links on a given page to a reasonable number.
- Create a useful, information-rich site, and write pages that clearly and accurately describe your content.
- Think about the words users would type to find your pages, and make sure that your site actually includes those words within it.
- Try to use text instead of images to display important names, content, or links. The Google crawler doesn't recognize text contained in images. If you must use images for textual content, consider using the `ALT` attribute to include a few words of descriptive text.
- Make sure that your <title> elements and ALT attributes are descriptive and accurate.
- Check for broken links and correct HTML.
- If you decide to use dynamic pages (i.e., the URL contains a "?" character), be aware that not every search engine spider crawls dynamic pages as well as static pages. It helps to keep the parameters short and the number of them few.
- Review our recommended best practices for images, video and rich snippets.

## Technical guidelines

- To help Google fully understand your site's contents, allow all of your site's assets, such as CSS and JavaScript files, to be crawled. The Google indexing system renders webpages using the HTML of a page as well as its assets such as images, CSS, and Javascript files. To see the page assets that Googlebot cannot crawl and to debug directives in your robots.txt file, use the Fetch as Google and the robots.txt Tester tools in Webmaster Tools
- Allow search bots to crawl your sites without session IDs or arguments that track their path through the site. These techniques are useful for tracking individual user behavior, but the access pattern of bots is entirely different. Using these techniques may result in incomplete indexing of your site, as bots may not be able to eliminate URLs that look different but actually point to the same page.
- Make sure your web server supports the If-Modified-Since HTTP header. This feature allows your web server to tell Google whether your content has changed since we last crawled your site. Supporting this feature saves you bandwidth and overhead.
- Make use of the robots.txt file on your web server. This file tells crawlers which directories can or cannot be crawled. Make sure it's current for your site so that you don't accidentally block the Googlebot crawler. Visit http://code.google.com/web/controlcrawlindex/docs/faq.html to learn how to instruct robots when they visit your site.

2

- You can test your robots.txt file to make sure you're using it correctly with the robots.txt analysis tool available in Google Webmaster Tools.
- Make reasonable efforts to ensure that advertisements do not affect search engine rankings. For example, Google's AdSense ads and DoubleClick links are blocked from being crawled by a robots.txt file.
- If your company buys a content management system, make sure that the system creates pages and links that search engines can crawl.
- Use robots.txt to prevent crawling of search results pages or other auto-generated pages that don't add much value for users coming from search engines.
- Test your site to make sure that it appears correctly in different browsers.
- Monitor your site's performance and optimize load times. Google's goal is to provide users with the most relevant results and a great user experience. Fast sites increase user satisfaction and improve the overall quality of the web (especially for those users with slow Internet connections), and we hope that as webmasters improve their sites, the overall speed of the web will improve.
- Google strongly recommends that all webmasters regularly monitor site performance using Page Speed, YSlow, WebPagetest, or other tools. For more information, tools, and resources, see Let's Make The Web Faster.

## Quality guidelines

These quality guidelines cover the most common forms of deceptive or manipulative behavior, but Google may respond negatively to other misleading practices not listed here. It's not safe to assume that just because a specific deceptive technique isn't included on this page, Google approves of it. Webmasters who spend their energies upholding the spirit of the basic principles will provide a much better user experience and subsequently enjoy better ranking than those who spend their time looking for loopholes they can exploit.

If you believe that another site is abusing Google's quality guidelines, please let us know by filing a spam report. Google prefers developing scalable and automated solutions to problems, so we attempt to minimize hand-to-hand spam fighting. While we may not take manual action in response to every report, spam reports are prioritized based on user impact, and in some cases may lead to complete removal of a spammy site from Google's search results. Not all manual actions result in removal, however. Even in cases where we take action on a reported site, the effects of these actions may not be obvious.

**Quality guidelines - basic principles**

- Make pages primarily for users, not for search engines.
- Don't deceive your users.
- Avoid tricks intended to improve search engine rankings. A good rule of thumb is whether you'd feel comfortable explaining what you've done to a website that competes with you, or to a Google employee. Another useful test is to

3

ask, "Does this help my users? Would I do this if search engines didn't exist?"

- Think about what makes your website unique, valuable, or engaging. Make your website stand out from others in your field.

**Quality guidelines - specific guidelines**

Avoid the following techniques:

- Automatically generated content
- Participating in link schemes
- Creating pages with little or no original content
- Cloaking
- Sneaky redirects
- Hidden text or links
- Doorway pages
- Scraped content
- Participating in affiliate programs without adding sufficient value
- Loading pages with irrelevant keywords
- Creating pages with malicious behavior, such as phishing or installing viruses, trojans, or other badware
- Abusing rich snippets markup
- Sending automated queries to Google

Engage in good practices like the following:

- Monitoring your site for hacking and removing hacked content as soon as it appears
- Preventing and removing user-generated spam on your site

If your site violates one or more of these guidelines, then Google may take manual action against it. Once you have remedied the problem, you can submit your site for reconsideration.

**How helpful is this article:**

g+1  935

Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful

4

Tools > Help > Follow our guidelines

# Quality guidelines

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

©2014 Google - Privacy Policy - Terms of Service

English

5

# Link schemes

Any links intended to manipulate PageRank or a site's ranking in Google search results may be considered part of a link scheme and a violation of Google's Webmaster Guidelines. This includes any behavior that manipulates links to your site or outgoing links from your site.

The following are examples of link schemes which can negatively impact a site's ranking in search results:

- Buying or selling links that pass PageRank. This includes exchanging money for links, or posts that contain links; exchanging goods or services for links; or sending someone a "free" product in exchange for them writing about it and including a link
- Excessive link exchanges ("Link to me and I'll link to you") or partner pages exclusively for the sake of cross-linking
- Large-scale article marketing or guest posting campaigns with keyword-rich anchor text links
- Using automated programs or services to create links to your site

Additionally, creating links that weren't editorially placed or vouched for by the site's owner on a page, otherwise known as unnatural links, can be considered a violation of our guidelines. Here are a few common examples of unnatural links that may violate our guidelines:

- Text advertisements that pass PageRank

- Advertorials or native advertising where payment is received for articles that include links that pass PageRank

- Links with optimized anchor text in articles or press releases distributed on other sites. For example:
  There are many wedding rings on the market. If you want to have a wedding, you will have to pick the best ring. You will also need to buy flowers and a wedding dress.

- Low-quality directory or bookmark site links

- Keyword-rich, hidden or low-quality links embedded in widgets that are distributed across various sites, for example:
  **Visitors to this page: 1,472**
  car insurance

**Sidebar:**
- Quality guidelines
- Automatically generated content
- Sneaky redirects
- Link schemes
- Cloaking
- Hidden text and links
- Doorway pages
- Scraped content
- Affiliate programs
- Irrelevant keywords
- Creating pages with malicious behavior
- User-generated spam
- Comment spam
- Report spam, paid links, malware, and other problems

6

*car insurance*

- Widely distributed links in the footers or templates of various sites

- Forum comments with optimized links in the post or signature, for example:
  *Thanks, that's great info!*
  *- Paul*
  *paul's pizza san diego pizza best pizza san diego*

Note that PPC (pay-per-click) advertising links that don't pass PageRank to the buyer of the ad do not violate our guidelines. You can prevent PageRank from passing in several ways, such as:

- Adding a `rel="nofollow"` attribute to the `<a>` tag
- Redirecting the links to an intermediate page that is blocked from search engines with a robots.txt file

The best way to get other sites to create high-quality, relevant links to yours is to create unique, relevant content that can naturally gain popularity in the Internet community. Creating good content pays off: Links are usually editorial votes given by choice, and the more useful content you have, the greater the chances someone else will find that content valuable to their readers and link to it.

If you see a site that is participating in link schemes intended to manipulate PageRank, let us know. We'll use your information to improve our algorithmic detection of such links.

**How helpful is this article:**

g+1  1.3k

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

©2014 Google - Privacy Policy - Terms of Service

English

https support.google.com /webmasters/answer/2721312 — Scraped content – Webmaster Tools Help

Tools > Help > Follow our guidelines > Quality guidelines

# Scraped content

Some webmasters use content taken ("scraped") from other, more reputable sites on the assumption that increasing the volume of pages on their site is a good long-term strategy regardless of the relevance or uniqueness of that content. Purely scraped content, even from high-quality sources, may not provide any added value to your users without additional useful services or content provided by your site; it may also constitute copyright infringement in some cases. It's worthwhile to take the time to create original content that sets your site apart. This will keep your visitors coming back and will provide more useful results for users searching on Google.

Some examples of scraping include:

- Sites that copy and republish content from other sites without adding any original content or value
- Sites that copy content from other sites, modify it slightly (for example, by substituting synonyms or using *automated techniques*), and republish it
- Sites that reproduce content feeds from other sites without providing some type of unique organization or benefit to the user
- Sites dedicated to embedding content such as video, images, or other media from other sites without substantial added value to the user

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

g+1 44

How helpful is this article:

Not at all    Not very    Somewhat    Very    Extremely

8

# Doorway pages

Doorway pages are typically large sets of poor-quality pages where each page is optimized for a specific keyword or phrase. In many cases, doorway pages are written to rank for a particular phrase and then funnel users to a single destination. Whether deployed across many domains or established within one domain, doorway pages tend to frustrate users.

Therefore, Google frowns on practices that are designed to manipulate search engines and deceive users by directing them to sites other than the one they selected, and that provide content solely for the benefit of search engines. Google may take action on doorway sites and other sites making use of these deceptive practices, including removing these sites from Google's index.

Some examples of doorways include:

- Having multiple domain names targeted at specific regions or cities that funnel users to one page
- Templated pages made solely for affiliate linking
- Multiple pages on your site with similar content designed to rank for specific queries like city or state names

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

How helpful is this article?

Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful

9

# Manual Actions



**Manual Actions**

Manual Actions

Spam

Hacked site

Hidden text and/or keyword stuffing

Thin content with little or no added value

Image Mismatch

Unnatural links

Matt Cutts talks about manual action on webspam

While Google relies on algorithms to evaluate and constantly improve search quality, we're also willing to take manual action on sites that use spammy techniques, such as demoting them or even removing them from our search results altogether. The Manual Actions page lists these actions (and potentially others) and links to steps you can take to address the problem. (If your site's ranking is impacted by a manual spam action, we'll also notify you in the Message Center in Webmaster Tools.)

If your site isn't appearing in search results, or isn't performing as well as it once did, we recommend checking the Manual Action page and taking steps to address the problem. Once you're satisfied that your site follows the Webmaster Guidelines, you can request a review of your site directly from the Manual Actions page. The web is an ever-changing ecosystem, and your site's performance in search almost certainly fluctuates over time. As a result, even if your reconsideration request is successful, your site may rank lower (or higher) than it used to.

✓ **View the Manual Action page:**

1. On the Webmaster Tools Dashboard, click **Search Traffic**.
2. Click **Manual Actions**.

10

3. Review any manual actions that are listed. Once you've addressed these problems, and are sure that your site follows the Webmaster Guidelines, click **Request a review** to ask Google to reconsider your site.

Two types of actions are displayed on the Manual Actions page.

- The **Site-wide matches** section lists actions that impact an entire site.
- The **Partial matches** section lists actions that impact individual URLs or sections of a site. It's not uncommon for pages on a popular site to have manual actions, particularly if that site serves as a platform for other users or businesses to create and share content. If the issues appear to be isolated, only individual pages, sections, or incoming links will be impacted, not the entire site.

Each section includes the following information:

- **Reason**: The reasons for each action Google has applied.
- **Affects**: The parts of the site affected by each manual action. If a manual action affects more than 1,000 URLs or sections, only the first 1,000 matches will be displayed.

Manual actions that may be listed include:

| Unnatural links to your site—impacts links | Unnatural links to your site | Unnatural links from your site |
|---|---|---|
| Hacked site | Thin content with little or no added value | Pure spam |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for

11

| | | |
|---|---|---|
| | value | |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for legitimate website owners because their sites become harder to find. For these reasons, we've been working since the earliest days of Google to fight spammers, helping people find the answers they're looking for, and helping legitimate websites get traffic from search.

Our algorithms are extremely good at detecting spam, and in most cases we automatically discover it and remove it from our search results. However, to protect the quality of our index, we're also willing to take manual action to remove spam from our search results.



How helpful is this article:

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

g+1  762

©2014 Google · Privacy Policy · Terms of Service          English

12



Tools > Help > Search Traffic > Manual Actions > Spam

# Pure spam



**Spam**

Spammy Structured Markup

Pure spam

Spammy freehosts

User-generated spam

Cloaking and/or sneaky redirects

If you see this message on the Manual Actions page, it means that Google has detected that some of your pages may be using techniques that are outside our Webmaster Guidelines. The site appears to use aggressive spam techniques such as automatically generated gibberish, cloaking, scraping content from other websites, and/or other repeated or egregious violations of Google's quality guidelines.

As a result, Google has applied a manual spam action to the affected portions of your site. Actions that affect your whole site are listed under **Site-wide matches**. Actions that affect only part of your site and/or some incoming links to your site are listed under **Partial matches**.

 **Recommended action**

- Update your site so that it meets Google's Webmaster Guidelines.
- Once you've made these changes, submit a reconsideration request.

If we determine your site is no longer in violation of our guidelines, we'll revoke the manual action.

14

# Removal Policies

We want to organize the world's information, but some content on the web is sensitive or not appropriate for everyone to see. This page explains our policies for different types of content that Google will remove from web, image or video results.

## Financial and Government-Issued Identification Numbers

We recognize that there are certain pieces of sensitive personal information can, if made public, put you at greater risk for identity theft, financial fraud, and other harm.

When it will help keep you safe and avoid harm, we may remove personal information from Google Search results.

**Information we may remove**

- National identification numbers like U.S. Social Security Number, Argentina Single Tax Identification Number, Brazil Cadastro de pessoas Físicas, Korea Resident Registration Number, China Resident Identity Card, etc.
- Bank account numbers
- Credit card numbers
- Images of signatures

**Information we usually don't remove**

- Date of birth
- Addresses
- Telephone numbers

[+] How we decide if personal information should be removed

[+] Request to have personal information removed

## Offensive images

Some images and videos can be offensive, especially if you haven't specifically asked for them in your search results. We

**More settings and preferences**

Search results from your Google products

Save your search settings

"Looking for results in English?" notification

See instant results as you type



**Holiday tips**

Learn how to make the holidays merrier with Google tips from Googlers & friends.

15

**Information we usually don't remove**

- Date of birth
- Addresses
- Telephone numbers

+ How we decide if personal information should be removed

+ Request to have personal information removed

## Offensive images

Some images and videos can be offensive, especially if you haven't specifically asked for them in your search results. We do our best to remove offensive images and videos or hide them in search results. Depending on the situation, we may take one of the three actions below to remove offensive content from your results.

+ Remove images or videos from the results page

+ Remove image and video thumbnails from search results

+ Filter offensive content with the SafeSearch filter

Learn how to make the holidays merrier with Google tips from Googlers & friends.

**How helpful is this article:**

g+1 147

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

©2014 Google - Privacy Policy - Terms of Service

English