UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.

GOOGLE INC.

    Defendant.

_____/

Case No.: 2:14-cv-646-FtM-29CM

## JOINT MOTION TO STAY CASE

Plaintiff e-ventures Worldwide, LLC ("e-ventures") and Defendant Google Inc. ("Google") hereby jointly move for an order staying this proceeding, including discovery and all deadlines, pending the resolution of Google's Motion for Certification of Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b) (Dkt. 92) and, if the Motion is granted, any subsequent appeal before the Eleventh Circuit. Google moved for certification of the Court's Order on Google's Motion to Dismiss the Second Amended Complaint and e-ventures did not oppose certification, as set forth in e-ventures' response to Google's Motion. The parties assert that a stay is appropriate in order to preserve the parties' and the Court's resources until the issues raised in the Motion for Certification can be resolved, and if the Motion is granted, the resolution of any appeal before the Eleventh Circuit.

## MEMORANDUM OF LAW

1. On May 12, 2016, the Court issued its Order granting in part and denying in part Google's Motion to Dismiss the Second Amended Complaint (Dkt. 86).

2. Google subsequently filed a Motion for Certification of Interlocutory Appeal

5468515.1

requesting that the Court certify the May 12 Order for an appeal pursuant to 28 U.S.C. § 1292(b) (Dkt. 92). Google sought certification of the Order in order and argued that this was necessary to preserve Google's First Amendment rights and to resolve a controlling question of law that may ultimately result in the termination of the litigation.

3. e-ventures filed its response to the Motion for Certification on June 9, 2016 (Dkt. 95). As addressed in the response, e-ventures' does not oppose the Motion for Certification as long as this matter is stayed pending resolution of the motion and during the pendency of the appeal, and the Court and Eleventh Circuit agree that an appeal is appropriate. (Dkt. 95 at p.1).

4. The parties are in agreement that (1) Google's First Amendment defense raises a dispositive legal question; (2) it presents a novel legal issue; and (3) the appeal may advance the ultimate resolution of the litigation. Staying this matter pending resolution of the Motion for Certification and appeal will preserve the parties' and the Court's limited resources.

5. The parties believe that it would be inefficient to conduct discovery, prepare motions for summary judgment and potentially proceed to trial while the Motion for Certification and appeal remain unresolved.

6. The District Court has the discretion to stay proceedings incident to its power to control its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Additionally, § 1292(b) provides the Court may stay the proceeding in District Court pending the outcome of the appeal. *See* 28 U.S.C. § 1292(b) ("application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.").

## **CONCLUSION**

Under the circumstances of this case, the Court should stay this matter, including all discovery and deadlines, pending the Court's resolution of Google's Motion for Certification and any eventual appeal before the Eleventh Circuit.

Date: June 10, 2016            Respectfully submitted,

s/ *Alexis Arena* (admitted *pro hac vice*)
ALEXIS ARENA
FLASTER/GREENBERG P.C.
1600 JFK Blvd., Suite 200
Philadelphia, PA  19103
215-279-9908
alexis.arena@flastergreenberg.com

John Christian Clough, Esq.
Florida Bar No. 0184391
Zung Clough, PLLC
8985 Fontana del Sol Way
Naples, FL 34109
239-449-5561
jclough@zungclough.com

*Counsel for Plaintiff e-ventures Worldwide, LLC*

s/ *Nathan M. Berman*
NATHAN M. BERMAN
Fla. Bar No. 0329230
Zuckerman Spaeder LLP
101 East Kennedy Blvd.
Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
nberman@zuckerman.com

BRIAN M. WILLEN (admitted *pro hac vice*)
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
bwillen@wsgr.com

*Counsel for Google Inc.*