## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

      Plaintiff,

v.                                    Case No:   2:14-cv-646-FtM-29CM

GOOGLE, INC.,

      Defendant.

_____

### THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Order (Doc. 108), the Court enters this Third Amended Case Management and Scheduling order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant:<br>Rebuttal: | October 11, 2016<br>October 24, 2016<br>October 31, 2016 |
| Mediation | Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | November 1, 2016<br>James L. Nulman<br>15880 Summerlin Road<br>Fort Myers, FL 33908<br><br>(239)433-3539 |
| Discovery Deadline | | November 14, 2016 |
| Dispositive Motions, *Daubert*, and Markman Motions | | December 1, 2016 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | | December 14, 2016 |

| | |
|---|---|
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word or WordPerfect version should also be e-mailed to the Chambers e-mail address), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form) | December 23, 2016 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | January 4, 2017 |
| Final Pretrial Conference                    Date:                    Time:                    Judge: | February 21, 2017<br>9:00 AM<br>Honorable John E. Steele |
| Trial Term Begins | March 6, 2016 |
| Estimated Length of Trial | 5 days |
| Jury/Non Jury | Jury |

All directives set forth in the Case Management and Scheduling Order (Doc. 51) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of October, 2016.


CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record