UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,
9045 Strada Stell Court,
Suite 103, Naples, FL 34109,

    Plaintiff,

v.                          Case No: 2:14-cv-646-FtM-29CM

GOOGLE, INC.,
1600 Amphitheatre Parkway,
Mountain View, CA 94043,

    Defendant.

## ORDER

This matter comes before the Court on review of the file. The case is currently set for trial during the March 2017[1] trial term. (Doc. #109.) The Court anticipates that the currently pending motions, and any additional motions to be filed, and ultimately trial in this case, will be handled by a visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge in and for the District of Minnesota. Therefore, this case will be reset to the visiting judge calendar, but remain scheduled for March 2017.

Judge Magnuson requests that parties send <u>two</u> courtesy copies of dispositive motions and memoranda of law, and <u>one</u> copy of any

---

[1] The Third Amended Case Management and Scheduling Order contains a typographical error, and references the year 2016, however it is clear that it should be 2017.

affidavits, exhibits, and other supporting documents directly to his Chambers.[2] Judge Magnuson also requests that moving parties file a reply to all pending motions, due 7 days after the filing of any opposition memorandum. The Middle District of Florida Local Rules regarding page limitations shall apply to such reply memoranda, so that moving parties have a <u>total</u> of 25 pages for the motion, memorandum in support, and reply, collectively. <u>See</u> M.D. Fla. R. 3.01(a). As to those motions already filed and ripe for review, no replies should be filed at this time unless specifically prompted by Judge Magnuson.

A Motion Hearing and/or a Final Pretrial Conference will be scheduled for early 2017, before Judge Magnuson. Questions regarding scheduling or Judge Magnuson's preferences should be directed to his Courtroom Deputy Jackie Phipps at 651-848-1156. Accordingly, it is hereby

**ORDERED:**

1. The deadline to meet in person to prepare the Joint Final Pretrial Statement is extended through and including **January 20, 2017;** the deadline to file all other motions, including motions *in limine* and trial briefs is extended through and including **January 30, 2017;** and the Joint Final

---

[2] The mailing address is: Warren E. Burger Federal Building & U.S. Courthouse, 316 N. Robert St., Rm. 734, St. Paul, MN 55101.

Pretrial Statement deadline is extended through and including **February 3, 2017**.

2. The Clerk is directed to **cancel** the Final Pretrial Conference and trial term before the undersigned, and continue the case to the March 2017 trial calendar. A separate notice and/or trial calendar will issue resetting the deadlines before the Honorable Paul A. Magnuson at a later date.

3. The Clerk shall reassign this case to the Honorable Paul A. Magnuson as the presiding judge for all further proceedings.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of November, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Paul A. Magnuson
Counsel of Record