**EXHIBIT 3**

**SUBJECT TO E-VENTURES' MOTION TO SEAL INFORMATION DESIGNATED BY GOOGLE AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL, DATED NOVEMBER 14, 2016**