IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| E-VENTURES WORLDWIDE, LLC, | : | |
| Plaintiff, | : | Civil Action No. 2:14-cv-646-FtM-PAM-CM |
| v. | : | |
| GOOGLE, INC., | : | |
| Defendant. | : | |

**E-VENTURES' MOTION TO SEAL INFORMATION DESIGNATED BY GOOGLE AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL**

Pursuant to the Local Rule 1.09 for the United States District Court for the Middle District of Florida, Plaintiff E-ventures Worldwide, LLC ("e-ventures"), by its attorneys, Gora LLC, hereby moves for permission to file under seal unredacted versions of the following documents:

1. E-Ventures' Motion To Compel Disclosure And Modify The Protective Order With Supporting Memorandum Of Law, dated November 14, 2016 (the "Motion"); and

2. Exhibits 2, 3, 4, 5, 6, 7, and 9 to the Motion (the "Google Confidential Information").

The parties entered into a [Proposed] Agreed Protective Order For The Treatment of Confidential Information on October 27, 2015 (ECF 74-1) (the "Protective Order"). Section V.B. of the Protective Order requires that all pleadings, briefs and other documents submitted to the Court that have been designated as "Protected Information," or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings unless the Court orders otherwise. Section IV.B. further states that the burden of demonstrating the

confidential nature of Protected Information shall at all times be and remain on the designating party. Google has designated as confidential or highly confidential certain information contained in Google Confidential Information.

e-ventures takes no position on whether the information designated confidential or highly confidential by Google should be sealed.

**WHEREFORE**, e-ventures hereby moves the Court seal its Motion To Compel Disclosure And Modify The Protective Order With Supporting Memorandum Of Law, along with Exhibits 2, 3, 4, 5, 6, 7, and 9 thereto.

Respectfully submitted,

Dated:  November 14, 2016

By: /s/ Sinead Rafferty
Richard S. Gora (admitted *pro hac vice*)
Sinead A. Rafferty (*admitted pro hac vice*)
Gora LLC
9 W. Broad St., Suite 550
Stamford, CT 06902
Tel.: (203) 424-8021
rich@goralaw.com
sinead@goralaw.com

Matthew Wagoner (admitted *pro hac vice)*
The Wagoner Firm, PLLC
8 Thurlow Terr.
Albany, NY 12203
Tel.: (518) 400-0955
matt@thewagonerfirm.com

Ian T. Holmes
Florida Bar No.: 44193
David P. Fraser
Florida Bar No.: 91085
Holmes Kurnik, PA
711 5th Ave S Ste 200
Naples, FL 34102-6628
Tel.: (239) 228-7280
iholmes@holmeskurnik.com
dfraser@holmeskurnik.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

                                                  /s/ Sinead A. Rafferty
                                                Sinead Rafferty