UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| E-VENTURES WORLDWIDE, LLC, | ) <br> ) <br> ) Case No.: 2:14-cv-00646-PAM-CM |
| Plaintiff, | ) |
| v. | ) <br> ) |
| GOOGLE INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**GOOGLE INC.'S MOTION TO SEAL INFORMATION DESIGNATED BY
E-VENTURES AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL**

Pursuant to the Local Rule 1.09 for the United States District Court for the Middle District of Florida, Defendant Google Inc. ("Google"), hereby moves for permission to file under seal unredacted versions of the following documents:

1. Google's Motion for Summary Judgment (the "Motion"), to be filed December 1, 2016; and

2. Exhibits 9 (a document produced by e-ventures), 6 (the transcript of the Rule 30(b)(6) deposition of e-ventures), and 5 (the transcript of the deposition of e-ventures CEO Jeev Trika) to the Declaration of Brian Willen In Support Of the Motion (the "e-ventures Confidential Information").

The parties entered into a [Proposed] Agreed Protective Order For The Treatment of Confidential Information on October 27, 2015 (Dkt. 74-1) (the "Protective Order"). Section V.B. of the Protective Order requires that all pleadings, briefs and other documents submitted to the Court that have been designated as "Protected Information," or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings unless the Court orders

otherwise.  Section IV.B. further states that the burden of demonstrating the confidential nature of Protected Information shall at all times be and remain on the designating party. e-ventures has designated as confidential or highly confidential certain information contained in the e-ventures Confidential Information.

Google lacks information or knowledge as to the basis for the designations, and it takes no position on whether the information designated confidential or highly confidential by e-ventures should be sealed. Accordingly, Google is unable to provide the reasons why the information should be sealed pursuant to Local Rule 1.09(a).

In the Court's Order of November 17, 2016 (Dkt. 133) it indicated that where the non-moving party had designated information confidential, it would "temporarily grant the motion[] to seal" and the non-moving party would have to "file a motion in compliance with M.D. Fla. Rule 1.09(a) within five business days of their filing, after which the Court will determine whether the motions will remain under seal." Google asks that the Court adopt this same procedure for the instant motion.

Accordingly, Google hereby moves the Court to seal its Motion for Summary Judgment, along with Exhibits 5, 6, and 9 to the Declaration of Brian Willen In Support Of the Motion for Summary Judgment.

Dated:  November 30, 2016                                  Respectfully submitted,

/s/ Nathan M. Berman
Nathan M. Berman
Fla. Bar No. 0329230
Zuckerman Spaeder LLP
101 East Kennedy Blvd.
Suite 1200
Tampa, FL 33602
(813) 221-1010
nberman@zuckerman.com

-2-

> Brian M. Willen (admitted *pro hac vice*)
> Wilson Sonsini Goodrich & Rosati
> 1301 Avenue of the Americas, 40th Floor
> New York, NY 10019
> (212) 497-7700
> bwillen@wsgr.com
>
> *Counsel for Google Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

> /S/NATHAN M. BERMAN
> NATHAN M. BERMAN