UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC

    Plaintiff,

v.                                           Case No:2:14-cv-646-FtM-PAM-CM

GOOGLE, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Google's Motion to Seal Information Designated by E-Ventures as Confidential or Highly Confidential (Doc. 134) filed on November 30, 2016. Defendant seeks permission to seal its Motion for Summary Judgment, along with Exhibits 5, 6, and 9 to the Declaration of Brian Willen In Support Of the Motion for Summary Judgment. Doc. 134 at 1.

Defendant seeks to seal these pleadings so as to comply with an "Agreed Protective Order For The Treatment of Confidential Information"[1] dated October 27, 2015. Doc. 134 at 1. Defendant states that Plaintiff has designated as confidential certain information contained in these pleadings; however, Defendant takes no

---

[1] On October 30, 2015, the parties filed a Joint Motion for Entry of Agreed Protective Order for the Treatment of Confidential Information, which the Court denied as moot on the basis that the parties previously were informed "[t]here is no need for the Court to endorse the confidentiality agreement." Docs. 74, 75. The Court's scheduling order states, "[w]hether documents filed in a case may be filed under seal is a separate issue from whether the parties may agree that produced documents are confidential . . ." Doc. 51 at 4.

position on whether the information designated confidential or highly confidential should be sealed.

> Pursuant to Local Rule 1.09(a),
>
> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a). Upon review, the Court finds that Defendant has not complied with Local Rule 1.09(a). This may be so because Defendant takes no position on whether the information designated by Defendant as confidential should be sealed. Defendant seeks the Court to allow it to temporarily file its Motion for Summary Judgment and the accompanying exhibits under seal, and require Plaintiff to file a motion in compliance with Rule 1.09(a) should it wish to keep these pleadings under seal. Doc. 134 at 2. Because the deadline for the parties' dispositive motions is today, December 1, 2016, the Court will grant the relief requested.

In the future, the parties shall not file motions to seal that are not in compliance with Local Rule 1.09. The parties are directed to confer with each other well in advance regarding any pleadings they intend to file with the Court that may contain information designated as "confidential" by the opposing party. If the opposing party insists that any information contained is "confidential," it shall be the

burden of *that party* to move for an order to allow the opposing party to file its pleading under seal.  Such motions should not be filed on the eve of an upcoming deadline as they are not an "emergency" in the Court's view and the Court cannot be expected to divert its attention from other pressing matters to accommodate the parties' last minute requests just to ensure that this case moves to an orderly and timely conclusion.

ACCORDINGLY, it is hereby

**ORDERED:**

Google's Motion to Seal Information Designated By E-Ventures As Confidential or Highly Confidential (Doc. 134) is **GRANTED**.  Defendant may temporarily file under seal its Motion for Summary Judgment along with Exhibits 5, 6, and 9 to the Declaration of Brian Willen In Support Of the Motion for Summary Judgment.  **Plaintiff shall, within five business days of Defendant's filing, file a motion in compliance with M.D. Fla. Rule 1.09 if it requests that these pleadings remain under seal.  Plaintiff's failure to comply with this Order will result in the Court unsealing Defendant's motion and exhibits.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of December, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record