**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| e-ventures Worldwide, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.  2:14-cv-646-FtM-PAM-CM |
| | : |
| GOOGLE, INC., | : |
| | : |
| Defendant. | : |
| | : |

**DECLARATION OF SINEAD RAFFERTY IN SUPPORT OF E-VENTURES'**
**OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Sinead Rafferty, hereby declare as follows:

1.      I am an attorney with the law firm Gora, LLC, attorneys for Plaintiff e-ventures Worldwide, LLC ("e-ventures"). I submit this Declaration in support of e-venture's Objection to Google, Inc.'s ("Google") Motion for Summary Judgment. The following facts are true to my personal knowledge and if called and sworn as a witness I could competently testify to them.

2.      On October 27, 2016, e-ventures took a Rule 30(b)(6) deposition of Google. A true and correct copy of the deposition transcript is attached hereto as Exhibit 1.

3.      On October 28, 2016, e-ventures took the deposition of Brandon Falls, a Search Quality Analyst at Google. A true and correct copy of the deposition transcript is attached hereto as Exhibit 2.

4.      On November 2, 2016, e-ventures took the deposition of Brian White, a Search Quality Program Manager.  A true and correct copy of the deposition transcript is attached hereto as Exhibit 3.

5.      On November 3, 2016, e-ventures took the deposition of Cody Kwok, an Engineer at Google. A true and correct copy of the deposition transcript is attached hereto as Exhibit 4.

6.      On November 8, 2016, Google took the deposition of Jeev Trika, the President of e-ventures. A true and correct copy of the deposition transcript is attached hereto as Exhibit 5.

7.      On November 9, 2016, Google took the Rule 30(b)(6) deposition of e-ventures. A true and correct copy of the deposition transcript is attached hereto as Exhibit 6.

8.      On November 10, 2016, Google took the deposition of e-ventures' expert, Jeremy Paton. A true and correct copy of the deposition transcript is attached hereto as Exhibit 7.

9.      Attached hereto as Exhibit 8 is a true and accurate copy of e-ventures' expert, Jeremy Paton's Report dated October 11, 2016.

10.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the manual action incident report/log, which was produced by Google and bears the Bates numbers GOOG_EVTS_00001997.R - GOOG_EVTS_00002009.R; GOOG_EVTS_00002013.R - GOOG_EVTS_00002034.R.

11.      Attached hereto as Exhibit 10 is a true and correct copy of the anonymous "tip" email, which was produced by Google and bears the Bates numbers GOOG_EVTS_00000750 - GOOG_EVTS_00000750 - GOOG_EVTS_00000752.

12.      Attached hereto as Exhibit 11 is a true and correct copy of emails from and to Brandon Falls on September 15 and 18, 2014, which was produced by Google and bears the Bates numbers GOOG_EVTS_00000762 - GOOG_EVTS_00000768.R and GOOG_EVTS_00000769 - GOOG_EVTS_00000770.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an email from Matt Cutts, dated October 10, 2014, which was produced by Google and bears the Bates number GOOG_EVTS_00000796 - GOOG_EVTS_00000797.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an email from Jeev Trika, which was produced by Google and bears the Bates number GOOG EVTS 00000782 - GOOG EVTS 00000783.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Google's SEO Starter Guide, which was produced by Google and bears the Bates number GOOG EVTS 00000001 - GOOG EVTS 00000032.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a letter from Brian Willen to counsel for e-ventures, Richard Gora, dated November 23, 2016.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a client spreadsheet, which was produced by e-ventures and bears the Bates numbers P003182.

18.     Attached hereto as Exhibit 17 are true and correct copies of e-mails from clients, which were produced by e-ventures and bears the Bates numbers P000342, 343, 380, 381, 382, 384, 385, 385, 789, 792 and 793.

19.     Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Matt Cutts, dated February 16, 2006, filed in *Alberto R. Gonzalez, in his Official Capacity as Attorney General of the United States v. Google Inc.*, 5:06-mc-80006-JW, United States District Court for the Northern District of California, San Jose Division.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Google's internal guidelines, which was produced by Google and bears Bates number GOOG_EVTS_00000840.R - GOOG_EVTS_00001087.R.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Trika Verification, dated November 11, 2014, filed in this case at Docket No. 13.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiffs' [sic] Motion for Preliminary Injunction, dated November 25, 2014, filed in this case at Docket No. 31.

23.     Attached hereto as Exhibit 22 is a true and correct copy of Google Inc.'s Responses and Objections to Plaintiff's First Set Of Requests For Admission, dated November 14, 2016.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories, dated June 10, 2016.

25.     Attached hereto as Exhibit 24 is a true and correct copy of an excerpt from a website.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a Google FAQ: Crawling, indexing and ranking pulled from Google's website.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a Google "Ten things we know to be true" article pulled from Google's website.

28.     Pursuant to the Third Amended Case Management and Scheduling Order, the deadline for Google to disclose an expert to testify that e-ventures' websites violated Google's Guidelines was October 24, 2016. However, to date, Google has not disclosed such an expert, indicating that Google does not have an expert who will testify that e-ventures' websites violated Google's Guidelines.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 15th day of December 2016 in Stamford, Connecticut.

By:   ____/s/ *Sinead Rafferty*__
Sinead Rafferty