# RAFFERTY EXHIBIT 19

# (filed under seal)