# RAFFERTY EXHIBIT 21

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | | |
|---|---|---|
| —————————————— | ) | |
| E-VENTURES WORLDWIDE, LLC, | ) | |
| | ) | Case No.: 2:14-cv-00646-JES-CM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————— | ) | |

## DECLARATION OF BRANDON FALLS IN SUPPORT OF
## DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'
## MOTION FOR PRELIMINARY INJUNCTION

I, Brandon Falls, hereby declare as follows:

1.     I am a Search Quality Analyst on the Search Quality Team at defendant Google Inc. ("Google") and a member of a specialty subgroup within that Team that investigates "webspam," *i.e.,* efforts to manipulate search engines undertaken by unscrupulous websites so that they appear higher in search results than they would otherwise merit.  I make this Declaration in support of Google's Opposition to Plaintiffs' Motion for a Preliminary Injunction.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

### Google's Search Engine Reflects its Opinion of the Websites Helpful to Users

2.     Anyone with an Internet connection has free access to Google's search engine. Users enter search queries, and the search engine responds with a ranked list of websites or other responsive data relevant to that query. Given the enormity of the World Wide Web, Google relies heavily on automated processes to generate its database (or "index") of websites, and to select from that index those sites that it believes are most relevant for a given search query.

3.     These results and the particular order in which they appear are largely determined by algorithms that are proprietary to Google.  Those algorithms are designed by Google to reflect what, in Google's judgment, are most the relevant search results for a given query.

4.     Ensuring the quality of its search results is of paramount importance to Google. When it returns useful results, Google helps its users by allowing them to readily find the information that they are seeking on the Internet and it helps high-quality websites find an audience for their content. Google's search engine is widely used because it consistently generates search results that meet users' expectations. But there are plenty of alternatives, and users can readily switch between search engines.

### Google's Policies Directed to Eliminating Search Engine Manipulation

5.     An important part of providing valuable search results to users is Google's protection of the integrity of its search results from those who seek to manipulate them for their own gain.  As noted, efforts to subvert or game the process by which search engines rank the

relevance of websites are called "webspam" in the search industry.  Such search engine manipulation harms what is most valuable to users about search: the quality (*i.e.* relevance) of our search results for users.  Accordingly, Google considers search engine manipulation to be extremely serious and expends substantial resources to try to identify and eliminate it.  These actions are critical to retain users' trust in Google's search results.

6.       As noted, I am a member of the subteam of Google's Search Quality Team that works to investigate and eliminate search engine manipulation.  While Google has sophisticated algorithms that help us detect violations of our published guidelines, we also may manually adjust or edit our search results (*i.e.* take "manual action") when we believe it appropriate to deter bad behavior and to correct distortion in Google's search results caused by undue manipulation.  These corrective actions vary depending on the egregiousness of the violation.

7.       When Google believes a site is engaged in or is supporting search engine manipulation, Google may lower that site in its search results, or prevent it from appearing in the results at all.  In that way, Google not only protects its users, and the quality of the results it presents to them, but it also protects high-quality websites against behaviors that could compromise the ranking that they might otherwise receive.

8.       Google clearly explains on its website the steps that it takes to combat search engine manipulation, including that it uses manual action to remove websites from its search results.  For instance, Google provides advice and instructions to webmasters in Webmaster Guidelines that it posts on the Internet, which state the following about search engine manipulation:

> *Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for legitimate website owners because their sites become harder to find. For these reasons, we've been working since the earliest days of Google to fight spammers, helping people find the answers they're looking for, and helping legitimate websites get traffic from search. Our algorithms are extremely good at detecting spam, and in most cases we automatically discover it and remove it from our*

> search results. However, to protect the quality of our index, we're also willing to
> take manual action to remove spam from our search results.

Relevant excerpts from Google's Webmaster Guidelines are attached as Exhibit A to this Declaration.

9.     Google's online Webmaster Guidelines include a discussion of "Quality Guidelines." The Quality Guidelines enumerate numerous manipulation techniques that violate Google's Webmaster Guidelines. Google advises websites to "*pay very close attention to the 'Quality Guidelines,' which outline some of the illicit practices that may lead to a site being removed entirely from the Google index or otherwise impacted by an algorithmic or manual spam action. If a site has been affected by a spam action, it may no longer show up in results on Google.com or on any of Google's partner sites*." Exhibit A at 1.

10.     The Webmaster Guidelines also include videos that further explain the conduct that violates Google's guidelines and Google's response to such conduct. The videos emphasize that "*a violation of our Webmaster Guidelines can negatively impact your performance in our search results, and in some cases, can even result in removal from our search results.*" *Id.* (video); *see also id.* at 10 (video) ("*Google is willing to take manual action to remove spam.*").

11.     Techniques prohibited under Google's Quality Guidelines include link schemes, duplicate domains, and scraped content.

12.     Link schemes violate Google's guidelines because they trick search engines into ranking sites more highly than they should be, to the detriment of users and search engines alike. Generally speaking, links to a site reflect an endorsement by the linking site of the linked site. Google takes into account the quality and quantity of other sites linking to (and thus seemingly recommending) a site as part of its highly-complex search result determinations. Unfortunately, because search engines use links to help assess reputation, unscrupulous site operators often engage in web or link spamming, attempting to gather unnatural endorsements or illegitimate links from all over the web.

13.     Google's Quality Guidelines expressly warn websites not to engage in link schemes: "*Any links intended to manipulate PageRank or a site's ranking in Google search results may be considered part of a link scheme and a violation of Google's Webmaster*

*Guidelines. This includes any behavior that manipulates links to your site or outgoing links from your site.*" *Id*. at 6.

14.     "<u>Scraped content</u>" refers to content pulled from other sites without original content or commentary.  Google's guidelines discourage scraped content because it is unhelpful to users.  Further, scraped content can boost the ranking of the site taking the content relative to the site actually creating and posting it in the first place, thereby disincentivizing those sites from posting original content.  Users seek the authoritative source of original content, and do not want to visit site after site providing the same content.

15.     The video on Google's Webmaster Guidelines makes clear that scraped content is prohibited because it creates a poor user experience: "Scraped content alone, even high-quality content, does not provide any added value to your users . . . Make sure your site adds value and give the user a reason to visit your site." *Id*. at 1 (video).

16.     "<u>Doorway domains</u>" or "<u>doorway pages</u>" are webpages that are set up to rank highly in search engine results for a particular word or phrase, capturing a percentage of users' visits not justified by the quality of their sites.  Instead of offering users helpful original content, they contain largely duplicated content designed to mislead users, sometimes with minor variations designed to rank for a variety of keywords.  Like scraped content, doorway domain content is pulled from another source on the Internet—but unlike scraped content, the duplicate content comes from another website operated by the same webmaster as the duplicate site.

17.     Doorway pages crowd search results by causing multiple entries to the duplicate pages to appear at the top of results.  This deliberate "crowding" of search results harms legitimate website operators who get crowded out of search results by the duplicate pages, and it prevents search engines from serving distinct, relevant results to users' queries.

18.     The video provided in Google's Webmaster Guidelines explains the prohibition against doorway domains in user-friendly terms:  "*Doorway sites are created purely to drive users to another website and often try to crowd the search results for a particular term or phrase.  This provides the user with a poor experience, as more than one search result will ultimately lead them to the same site*." *Id*.

19.     Google's Quality Guidelines likewise discourage the use of duplicate or doorway pages.  "*Doorway pages are typically large sets of poor-quality pages where each*

page is optimized for a specific keyword or phrase . . . Google may take action on doorway sites and other sites making use of these deceptive practices, including removing these sites from Google's [search] index." *Id.* at 9.

20.     Google's Webmaster Guidelines explain that the violations they enumerate, such as link schemes, scraped content and doorway domains, are not exhaustive. "*These quality guidelines cover the most common forms of deceptive or manipulative behavior, but Google may respond negatively to other misleading practices not listed here. It's not safe to assume that just because a specific deceptive technique isn't included on this page, Google approves of it.*" *Id.* at 3.

21.     Google undertakes a careful process before taking action on websites for engaging in search engine manipulation. It gathers evidence of violations and often requires various levels of review and approval.

22.     Once a suspicion is raised as to one website, Google may investigate related websites. Google has the ability to identify a "network" of related websites so that it can respond in situations where a manipulation scheme involves an entire network (often acting in a coordinated way), rather than just a few sites. This helps to ensure that all violators are identified, and prevents bad actors from migrating offending material from one website to another (a practice referred to as "domain hopping").

**Google Communicates with Webmasters Through a Webmaster Dashboard**

23.     Google operates a webmaster dashboard on the Internet to provide information to webmasters who have registered their sites with Google. e-ventures registered many of its sites and communicated with Google through the webmaster dashboard.

24.     When Google takes manual action against a website registered through Google, it notifies the offending website through the webmaster dashboard, and it provides the reason(s) for its action. It also allows the websites to seek reconsideration and reinstatement by submitting written statements to Google that demonstrate they have addressed the violations Google identified. In certain instances, Google will even provide detailed custom messages designed to assist webmasters to improve the quality of their websites.

25.     Google does not publish specific removals for search engine manipulation violations. Among other reasons, providing detailed reports of removals for search engine manipulation violations would reflect the proprietary signals that Google employs to identify

and combat it. The open channels of communication available through the webmaster dashboard allow Google to share details of removals and other actions with affected webmasters so that they can correct the violations relevant to them, without making our procedures public in a way that might allow others to game the system, or allow competing search engines to piggyback off of our efforts to combat search engine manipulation.

**Google's Removal of Web Pages Containing Sensitive or Copyright-infringing Content**

26.     In addition to its published guidelines addressing search engine manipulation, Google has policies directed to the removal of other types of content from its search results. For instance, Google has policies addressing content that is sensitive or otherwise inappropriate for everyone to see, such as offensive images. We also have policies dealing with the removal of content that allegedly infringes others' copyrights. In some instances, we publicize removals undertaken under these policies through ChillingEffects.org.

27.     These separate policies serve goals that are different from Google's guidelines directed to search engine manipulation. While Google's statements in these policies are accurate, Google's discussion of these policies should not be confused with and do not relate to search engine manipulation guidelines.

**Google's Interactions with e-ventures**

28.     Google's Search Quality Evaluation Team first noticed e-ventures in 2005. Over the years since then, the e-ventures site, and the network of sites associated with e-ventures, have repeatedly been subject to actions for violating Google's guidelines. In the past two years alone, Google has taken action relating to sixteen different incidents. For example, in one incident last March, Google demoted the following e-ventures websites in Google's ranked search results because they contain violations of Google's guidelines regarding improper linking: <bestgamedevelopmentagencies.com/>, <bestiphonedevelopers.in/>, <bestlinkbuildingcompanies.in/>, <bestlinkbuildingfirms.com/>, <bestmedicalmalpracticelawfirms.com/>, <bestppccompaniesaustralia.com/>, <bestppccompaniesindia.in/>, <besttaxlegalservices.com/>, <bestwebdesigncompaniesaustralia.com/>, <bestwebdevelopmentcompaniescanada.com/>. In each instance, Google sent a notification to e-ventures about the website manipulation violations.

29.     On August 25, 2014, I noticed that e-ventures' website topseos.com had a list of what it claimed to be the top 10 search engine optimization companies or "SEOs."  SEOs provide client websites with suggested techniques that the SEOs believe will help those sites improve their search rankings, among other things.  I noted that the number one SEO on the list was a spam network that I was investigating.  This — and my knowledge of e-ventures' past policy violations — prompted me to look further into e-ventures' network of sites.

30.     My investigation of e-ventures' sites revealed widespread violations of Google's published guidelines.  Of e-ventures' various violations of Google's guidelines, three types were particularly egregious: the use of link schemes, scraped content and doorway domains.

31.     I found that certain of the e-ventures sites were engaging in unnatural linking. Many of e-ventures' sites received numerous links through what is known as a "forum profile link scheme."  For instance, several separate pages across the web that purported to be a profile of web user "joanna69mariz" were actually just collections of links to e-ventures' sites.  On one such profile, a true and correct copy of which is attached as Exhibit B to this Declaration, the user's "contact information" is a link to the e-ventures website <www.seoconsultants.com> , and her "signature" includes links to five additional e-ventures websites.  Likewise on another profile for the same web user, a true and correct copy of which is attached as Exhibit C , her "signature" comprises the following text: "topseos and topseos and topseos and topseos," linking to four separate e-ventures sites.

32.     Many more of e-ventures' sites were engaged in "expired domain link schemes," where e-ventures either directly or through a third party acquired the domain names of expired websites and created low-quality content with text containing numerous links to other e-ventures sites.  For example, it adopted the expired former domain name of "The 10 Million-year Foundation" and replaced the content with dozens of posts linking to e-ventures' websites. A pdf printout of the first ten pages of this website as it appeared on November 19 is attached as Exhibit D.

33.     My investigation also revealed that e-ventures' sites violated Google's guidelines concerning the use of scraped content.  For instance, Exhibit E contains the first two pages of an article titled "6 Tips to Protect a Large and Complex Website from Google Panda [Case Study]," which originally appeared on a website titled Search Engine Watch.  Exhibit F shows the same content scraped onto an e-ventures site.  I confirmed that e-ventures had

-8-

scraped this content from the Search Engine Watch website by reviewing the html code of the e-ventures site.

34.      e-ventures engaged in massive use of scraped content.  For instance, it ultimately admitted that a single e-ventures website contained over 18,000 scraped articles, 46,000 scraped press releases, and 28,126 scraped job listings.  Attached hereto as Exhibit G is a screenshot containing the reconsideration request Google received from e-ventures on October 29, 2014 in which e-ventures admitted to scraping this content.  The screenshot is from Google's Search Quality Analyst Tool, which Google uses to communicate both internally about its efforts to eliminate search engine manipulation, as well as externally with webmasters who use the webmaster dashboard.  Exhibit G shows e-ventures' request on the left side, and Google's response to the request in the shaded box on the right.

35.      My investigation revealed that e-ventures was also making extensive use of duplicate domains as doorway pages that merely duplicated or linked to the content available on one of its main websites, providing no additional value to users and merely crowding Google's search results with replicated content.  As an example, e-ventures maintained the following six webpages: <topseosagencies.com>, <topseosguide.com>, <topseosfirms.com>, <topseosresearch.com>, <topseosreviews.com>, and <topseosservices.com>.  In fact, e-ventures' use of doorway domains was so extensive that when Google did take action in September, e-ventures admitted that over 200 of its sites could be consolidated into 60.

36.      In response to these violations of Google's guidelines, and conscious of the lengthy history of e-ventures' misconduct, I entered e-ventures' network of sites into our manual action tool in late August 2014 for later action.

37.      Google's years-long history with e-ventures' network of sites, as well as my more recent observations and concerns, were corroborated by an external "tip" that Google received in mid-September concerning techniques e-ventures was using to try to manipulate Google's search engine rankings.

38.      On or about September 18, I raised my concerns about e-ventures with my manager, Brian White, and his manager, Cody Kwok, who heads the webspam team.  I recommended taking manual action concerning e-ventures' network of sites.  Brian and Cody agreed that taking manual action on the network of sites was appropriate.

39.     Thereafter, I manually removed 366 of e-ventures' sites from Google's search results.  Given the breadth and scope of violations (and Plaintiff's long history of search engine manipulation), we acted upon the entire network of websites to efficiently use Google's resources to protect users and to prevent e-ventures from migrating its content to other sites (a tactic for trying to evade manual removal actions known as "domain hopping").  Attached to this Declaration as Exhibit H is a list of the 366 e-ventures sites I removed from Google's index on September 18, 2014.  The webmasters of each of the affected, registered e-ventures sites were automatically sent the following notification immediately following their removal from the search index:

> *Google has detected that some of your pages may be using techniques that are outside our Webmaster Guidelines.*
>
> *As a result of your site having "pure spam," Google has applied a manual spam action to [affected site].  There may be other actions on your site or parts of your site.*
>
> *Recommended action:*
>
> *Update your site so that it meets Google's Webmaster Guidelines.*
>
> *Once you've made these changes, submit a reconsideration request.*
>
> *For an updated list of manual actions currently applied to your site, visit the Manual Actions page.  If no manual actions are listed, there is no longer a need to file a reconsideration request.*
>
> *If we determine your site is no longer in violation of our guidelines, we'll revoke the manual action.*
>
> *If you have any questions about how to resolve this issue, please visit the Webmaster Help Forum.*

These notifications included links to Google's Webmaster Guidelines, including the discussions of "pure spam," manual actions, and the process of seeking reconsideration of Google's decisions.

40.     In removing e-ventures' network of sites, Google sought to protect the quality of its search results and present the best possible product to its users.  We were not motivated by concerns about any alleged competition from e-ventures.

41.     On or about September 19, 2014, e-ventures requested reconsideration of the removal of 224 of its websites from Google's search results.  e-ventures used Google's

standard appeals process, which involves submitting written requests for reinstatement of the sites using the tools Google makes available on the webmaster dashboard. But e-ventures' reconsideration requests did not address all of the violation that Google had identified. The reconsideration requests addressed some of e-ventures' doorway domain violations, but not the remaining violations regarding scraped content and link schemes. Because e-ventures failed to address the link scheme and scraped content violations, we rejected the reconsideration requests.

42.     From about October 8 through 10, 2014, I discovered that e-ventures had created new sites that continued to violate Google's guidelines, in an apparent effort to evade Google's manual actions. I took manual action against the new sites by removing them from Google's search results.

43.     From about October 16 through October 18, 2014, e-ventures submitted four new reconsideration requests, providing more detail about four of its sites and the actions it had taken to correct violations. Once again, although these requests indicated that e-ventures had worked to correct duplicate domain violations, they did not address our concerns regarding scraped content or link schemes. In response, I reinstated one of e-ventures' sites (visibilitymagazine.com) to Google's results, and sent e-ventures a custom message with detailed information about its violations on the other sites and how e-ventures could correct them. Exhibit I contains a true and correct copy of the custom message I sent to e-ventures on or about October 24, 2014 identifying the violations still in need of correction (in the shaded box on the right-hand side of the document).

44.     e-ventures filed for reconsideration of 43 of its sites between November 3 and 13, 2014. In these requests, e-ventures admitted it had not followed Google's guidelines against scraped content and link schemes, and indicated that it had taken action to correct these issues. Exhibit J contains a true and correct copy of one such reconsideration request from e-ventures stating that e-ventures had corrected certain scraping issues ("Per your request, we have removed the descriptions of 2198 colleges on our website and on all rankings pages to avoid any content duplication issues. Furthermore, we have now used Copyscape and Siteline on each page of our website to ensure no content on the website exists which does not belong to us."). Exhibit K contains a true and correct example of a communication from e-ventures stating that it had corrected certain duplicate domain issues ("Per your recommended actions,

we have consolidated our website structure to incorporate our topseos websites into one domain"). As a result of these corrective actions, Google reinstated all 43 of these sites into the Google search results.

45. On or about November 18, 2014, e-ventures submitted reconsideration requests for approximately 200 of the websites that Google had removed from its search results. In accordance with its standard procedures, Google reviewed each of these requests to determine whether the issues had been corrected and whether the new versions of the websites warranted being returned to search results. From this review, it became apparent that these websites contain either (1) one-page splash pages, many of which receive links from link schemes, that e-ventures advised us it intends to redirect to its main websites, or (2) doorway domains that are designed merely to relay traffic generated from spam links to e-ventures' main websites. These are not high-quality websites of value to users, and they repeat a number of the basic problems that led Google to remove e-ventures' network of sites in the first place (such as violations of our link-scheme guidelines and an absence of original content). It is true that in considering early reconsideration requests from e-ventures, we elected to reinstate a limited number of websites (approximately two dozen pages) that e-ventures had turned into splash pages. But given the greater volume of low-quality splash pages that e-ventures submitted to us in bulk in this latest round of reconsideration requests, we concluded that it was not engaged in a good-faith effort to remedy the problems with its websites and to cease its efforts to manipulate Google's search results. For these reasons we denied e-ventures' requests for reconsideration of these websites. For each of the requests that we denied, we sent e-ventures a custom message explaining the rejection. Exhibit L to this Declaration is a true and correct copy of one such message. Although they have not been reinstated to Google's search index, these sites remain available on the Internet, and can be accessed through direct links or the results provided by other search engines.

46. Google's assessment of e-ventures' sites is ongoing as part of our routine review process.

**Redactions in Exhibits**

46. Google has redacted confidential information on Exhibits G, I, J, K, and L to this Declaration because disclosure of the information would cause competitive harm to Google. In particular, all of the redacted Exhibits constitute pages from Google's internal

Search Quality Analyst Tool.  We redacted each of these Exhibits to remove Google's internal communications within the Search Quality Team, as well as my personal information (namely, my email address and photograph).  These redacted internal communications contain signals that are proprietary to Google and reflect the confidential, internal processes of the Search Quality Team.  Public disclosure of this information could undermine Google's efforts to detect and combat search engine manipulation.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.  Executed this 25th day of November, 2014 in Mountain View, California.

By: _____
Brandon Falls

Tools   Help   Follow our guidelines   Review our webmaster guidelines

# Webmaster Guidelines

### Best practices to help Google find, crawl, and index your site


Webspam Content Violations

Following these guidelines will help Google find, index, and rank your site. Even if you choose not to implement any of these suggestions, we strongly encourage you to pay very close attention to the "Quality Guidelines," which outline some of the illicit practices that may lead to a site being removed entirely from the Google index or otherwise impacted by an algorithmic or manual spam action. If a site has been affected by a spam action, it may no longer show up in results on Google.com or on any of Google's partner sites.

- Design and content guidelines
- Technical guidelines
- Quality guidelines

**When your site is ready:**

- Submit it to Google at http://www.google.com/submityourcontent/.
- Submit a Sitemap using Google Webmaster Tools. Google uses your Sitemap to learn about the structure of your site and to increase our coverage of your webpages.
- Make sure all the sites that should know about your pages are aware your site is online.

## Design and content guidelines

**Review our webmaster guidelines**

Webmaster Guidelines

Falls Decl. Ex. A

1

## Design and content guidelines

- Make a site with a clear hierarchy and text links. Every page should be reachable from at least one static text link.
- Offer a site map to your users with links that point to the important parts of your site. If the site map has an extremely large number of links, you may want to break the site map into multiple pages.
- Keep the links on a given page to a reasonable number.
- Create a useful, information-rich site, and write pages that clearly and accurately describe your content.
- Think about the words users would type to find your pages, and make sure that your site actually includes those words within it.
- Try to use text instead of images to display important names, content, or links. The Google crawler doesn't recognize text contained in images. If you must use images for textual content, consider using the ALT attribute to include a few words of descriptive text.
- Make sure that your <title> elements and ALT attributes are descriptive and accurate.
- Check for broken links and correct HTML.
- If you decide to use dynamic pages (i.e., the URL contains a "?" character), be aware that not every search engine spider crawls dynamic pages as well as static pages. It helps to keep the parameters short and the number of them few.
- Review our recommended best practices for images, video and rich snippets.

## Technical guidelines

- To help Google fully understand your site's contents, allow all of your site's assets, such as CSS and JavaScript files, to be crawled. The Google indexing system renders webpages using the HTML of a page as well as its assets such as images, CSS, and Javascript files. To see the page assets that Googlebot cannot crawl and to debug directives in your robots.txt file, use the Fetch as Google and the robots.txt Tester tools in Webmaster Tools
- Allow search bots to crawl your sites without session IDs or arguments that track their path through the site. These techniques are useful for tracking individual user behavior, but the access pattern of bots is entirely different. Using these techniques may result in incomplete indexing of your site, as bots may not be able to eliminate URLs that look different but actually point to the same page.
- Make sure your web server supports the If-Modified-Since HTTP header. This feature allows your web server to tell Google whether your content has changed since we last crawled your site. Supporting this feature saves you bandwidth and overhead.
- Make use of the robots.txt file on your web server. This file tells crawlers which directories can or cannot be crawled. Make sure it's current for your site so that you don't accidentally block the Googlebot crawler. Visit http://code.google.com/web/controlcrawlindex/docs/faq.html to learn how to instruct robots when they visit your site.

Falls Decl. Ex. A

2

You can test your robots.txt file to make sure you're using it correctly with the robots.txt analysis tool available in Google Webmaster Tools.

- Make reasonable efforts to ensure that advertisements do not affect search engine rankings. For example, Google's AdSense ads and DoubleClick links are blocked from being crawled by a robots.txt file.
- If your company buys a content management system, make sure that the system creates pages and links that search engines can crawl.
- Use robots.txt to prevent crawling of search results pages or other auto-generated pages that don't add much value for users coming from search engines.
- Test your site to make sure that it appears correctly in different browsers.
- Monitor your site's performance and optimize load times. Google's goal is to provide users with the most relevant results and a great user experience. Fast sites increase user satisfaction and improve the overall quality of the web (especially for those users with slow Internet connections), and we hope that as webmasters improve their sites, the overall speed of the web will improve.
- Google strongly recommends that all webmasters regularly monitor site performance using Page Speed, YSlow, WebPagetest, or other tools. For more information, tools, and resources, see Let's Make The Web Faster.

## Quality guidelines

These quality guidelines cover the most common forms of deceptive or manipulative behavior, but Google may respond negatively to other misleading practices not listed here. It's not safe to assume that just because a specific deceptive technique isn't included on this page, Google approves of it. Webmasters who spend their energies upholding the spirit of the basic principles will provide a much better user experience and subsequently enjoy better ranking than those who spend their time looking for loopholes they can exploit.

If you believe that another site is abusing Google's quality guidelines, please let us know by filing a spam report. Google prefers developing scalable and automated solutions to problems, so we attempt to minimize hand-to-hand spam fighting. While we may not take manual action in response to every report, spam reports are prioritized based on user impact, and in some cases may lead to complete removal of a spammy site from Google's search results. Not all manual actions result in removal, however. Even in cases where we take action on a reported site, the effects of these actions may not be obvious.

### Quality guidelines - basic principles

- Make pages primarily for users, not for search engines.
- Don't deceive your users.
- Avoid tricks intended to improve search engine rankings. A good rule of thumb is whether you'd feel comfortable explaining what you've done to a website that competes with you, or to a Google employee. Another useful test is to

Falls Decl. Ex. A

3

ask, "Does this help my users? Would I do this if search engines didn't exist?"

- Think about what makes your website unique, valuable, or engaging. Make your website stand out from others in your field.

**Quality guidelines - specific guidelines**

Avoid the following techniques:

- Automatically generated content
- Participating in link schemes
- Creating pages with little or no original content
- Cloaking
- Sneaky redirects
- Hidden text or links
- Doorway pages
- Scraped content
- Participating in affiliate programs without adding sufficient value
- Loading pages with irrelevant keywords
- Creating pages with malicious behavior, such as phishing or installing viruses, trojans, or other badware
- Abusing rich snippets markup
- Sending automated queries to Google

Engage in good practices like the following:

- Monitoring your site for hacking and removing hacked content as soon as it appears
- Preventing and removing user-generated spam on your site

If your site violates one or more of these guidelines, then Google may take manual action against it. Once you have remedied the problem, you can submit your site for reconsideration.

Falls Decl. Ex. A

8+1  935

4

**How helpful is this article:**

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |

Tools | Help | Follow our guidelines

# Quality guidelines

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

8+1 | 1

©2014 Google - Privacy Policy - Terms of Service

English

Falls Decl. Ex. A

5

Tools    Help    Follow our guidelines    Quality guidelines

# Link schemes

Any links intended to manipulate PageRank or a site's ranking in Google search results may be considered part of a link scheme and a violation of Google's Webmaster Guidelines. This includes any behavior that manipulates links to your site or outgoing links from your site.

The following are examples of link schemes which can negatively impact a site's ranking in search results:

- Buying or selling links that pass PageRank. This includes exchanging money for links, or posts that contain links; exchanging goods or services for links; or sending someone a "free" product in exchange for them writing about it and including a link
- Excessive link exchanges ("Link to me and I'll link to you") or partner pages exclusively for the sake of cross-linking
- Large-scale article marketing or guest posting campaigns with keyword-rich anchor text links
- Using automated programs or services to create links to your site

Additionally, creating links that weren't editorially placed or vouched for by the site's owner on a page, otherwise known as unnatural links, can be considered a violation of our guidelines. Here are a few common examples of unnatural links that may violate our guidelines:

- Text advertisements that pass PageRank

- Advertorials or native advertising where payment is received for articles that include links that pass PageRank

- Links with optimized anchor text in articles or press releases distributed on other sites. For example:
  *There are many wedding rings on the market. If you want to have a wedding, you will have to pick the best ring. You will also need to buy flowers and a wedding dress.*

- Low-quality directory or bookmark site links

- Keyword-rich, hidden or low-quality links embedded in widgets that are distributed across various sites, for example:
  ***Visitors to this page: 1,472***
  *car insurance*

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

Falls Decl. Ex. A

https://support.google.com/webmasters/...

car insurance

- Widely distributed links in the footers or templates of various sites

- Forum comments with optimized links in the post or signature, for example:

  *Thanks, that's great info!*

  *- Paul*

  *paul's pizza san diego pizza best pizza san diego*

Note that PPC (pay-per-click) advertising links that don't pass PageRank to the buyer of the ad do not violate our guidelines. You can prevent PageRank from passing in several ways, such as:

- Adding a rel="nofollow" attribute to the <a> tag
- Redirecting the links to an intermediate page that is blocked from search engines with a robots.txt file

The best way to get other sites to create high-quality, relevant links to yours is to create unique, relevant content that can naturally gain popularity in the Internet community. Creating good content pays off: Links are usually editorial votes given by choice, and the more useful content you have, the greater the chances someone else will find that content valuable to their readers and link to it.

If you see a site that is participating in link schemes intended to manipulate PageRank, let us know. We'll use your information to improve our algorithmic detection of such links.

**How helpful is this article:**

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |
|---|---|---|---|---|

©2014 Google - Privacy Policy - Terms of Service

Falls Decl. Ex. A

Tools   Help   Follow our guidelines   **Quality guidelines**

# Scraped content

Some webmasters use content taken ("scraped") from other, more reputable sites on the assumption that increasing the volume of pages on their site is a good long-term strategy regardless of the relevance or uniqueness of that content. Purely scraped content, even from high-quality sources, may not provide any added value to your users without additional useful services or content provided by your site; it may also constitute copyright infringement in some cases. It's worthwhile to take the time to create original content that sets your site apart. This will keep your visitors coming back and will provide more useful results for users searching on Google.

Some examples of scraping include:

- Sites that copy and republish content from other sites without adding any original content or value
- Sites that copy content from other sites, modify it slightly (for example, by substituting synonyms or using automated techniques), and republish it
- Sites that reproduce content feeds from other sites without providing some type of unique organization or benefit to the user
- Sites dedicated to embedding content such as video, images, or other media from other sites without substantial added value to the user

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

Falls Decl. Ex. A

8+1  44

**How helpful is this article:**

Not at all     Not very     Somewhat     Very     Extremely

Tools   Help   Follow our guidelines   Quality guidelines

# Doorway pages

Doorway pages are typically large sets of poor-quality pages where each page is optimized for a specific keyword or phrase. In many cases, doorway pages are written to rank for a particular phrase and then funnel users to a single destination. Whether deployed across many domains or established within one domain, doorway pages tend to frustrate users.

Therefore, Google frowns on practices that are designed to manipulate search engines and deceive users by directing them to sites other than the one they selected, and that provide content solely for the benefit of search engines. Google may take action on doorway sites and other sites making use of these deceptive practices, including removing these sites from Google's index.

Some examples of doorways include:

- Having multiple domain names targeted at specific regions or cities that funnel users to one page
- Templated pages made solely for affiliate linking
- Multiple pages on your site with similar content designed to rank for specific queries like city or state names

**Quality guidelines**

Automatically generated content

Sneaky redirects

Link schemes

Cloaking

Hidden text and links

Doorway pages

Scraped content

Affiliate programs

Irrelevant keywords

Creating pages with malicious behavior

User-generated spam

Comment spam

Report spam, paid links, malware, and other problems

Falls Decl. Ex. A

g+1   41

9

**How helpful is this article:**

Not at all helpful   Not very helpful   Somewhat helpful   Very helpful   Extremely helpful

Tools | Help | Search Traffic | Manual Actions

# Manual Actions



**Manual Actions**

Manual Actions

Spam

Hacked site

Hidden text and/or keyword stuffing

Thin content with little or no added value

Image Mismatch

Unnatural links

Matt Cutts talks about manual action on webspam

While Google relies on algorithms to evaluate and constantly improve search quality, we're also willing to take manual action on sites that use spammy techniques, such as demoting them or even removing them from our search results altogether. The Manual Actions page lists these actions (and potentially others) and links to steps you can take to address the problem. (If your site's ranking is impacted by a manual spam action, we'll also notify you in the Message Center in Webmaster Tools.)

If your site isn't appearing in search results, or isn't performing as well as it once did, we recommend checking the Manual Action page and taking steps to address the problem. Once you're satisfied that your site follows the Webmaster Guidelines, you can request a review of your site directly from the Manual Actions page. The web is an ever-changing ecosystem, and your site's performance in search almost certainly fluctuates over time. As a result, even if your reconsideration request is successful, your site may rank lower (or higher) than it used to be.

✔ **View the Manual Action page:**

1. On the Webmaster Tools Dashboard, click **Search Traffic.**
2. Click **Manual Actions.**

Falls Decl. Ex. A

10

3. Review any manual actions that are listed. Once you've addressed these problems, and are sure that your site follows the Webmaster Guidelines, click **Request a review** to ask Google to reconsider your site.

Two types of actions are displayed on the Manual Actions page.

- The **Site-wide matches** section lists actions that impact an entire site.
- The **Partial matches** section lists actions that impact individual URLs or sections of a site. It's not uncommon for pages on a popular site to have manual actions, particularly if that site serves as a platform for other users or businesses to create and share content. If the issues appear to be isolated, only individual pages, sections, or incoming links will be impacted, not the entire site.

Each section includes the following information:

- **Reason**: The reasons for each action Google has applied.
- **Affects**: The parts of the site affected by each manual action. If a manual action affects more than 1,000 URLs or sections, only the first 1,000 matches will be displayed.

Manual actions that may be listed include:

| | | |
|---|---|---|
| Unnatural links to your site—impacts links | Unnatural links to your site | Unnatural links from your site |
| Hacked site | Thin content with little or no added value | Pure spam |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for

Falls Decl. Ex. A

11

| | | |
|---|---|---|
| | value | |
| User-generated spam | Cloaking and/or sneaky redirects | Hidden text and/or keyword stuffing |
| Spammy freehosts | Spammy structured markup | |

## About Google and spam

Google is constantly working to improve search. We take a data-driven approach and employ analysts, researchers and statisticians to evaluate search quality on a full-time basis. Changes to our algorithms undergo extensive quality evaluation before being released. More information about our algorithm.

Ever since there have been search engines, there have been people dedicated to tricking their way to the top of the results page. This is bad for searchers because it means more relevant websites get buried under irrelevant results, and it's bad for legitimate website owners because their sites become harder to find. For these reasons, we've been working since the earliest days of Google to fight spammers, helping people find the answers they're looking for, and helping legitimate websites get traffic from search.

Our algorithms are extremely good at detecting spam, and in most cases we automatically discover it and remove it from our search results. However, to protect the quality of our index, we're also willing to take manual action to remove spam from our search results.

**How helpful is this article:**

| Not at all helpful | Not very helpful | Somewhat helpful | Very helpful | Extremely helpful |
|---|---|---|---|---|

8+1  762

©2014 Google - Privacy Policy - Terms of Service

English   Falls Decl. Ex. A

12

https 🔒 support.google.com/webmaster

Type a word or phrase to
webpage address, title, or

Search Webmaster Tools Help

🔍

Tools > Help > Search Traffic > **Manual Actions**

# Spam

Spammy Structured Markup

Pure spam

Spammy freehosts

User-generated spam

Cloaking and/or sneaky redirects

g+1  0

English ▲▼

©2014 Google - Privacy Policy - Terms of Service

Falls Decl. Ex. A

13

Tools › Help › Search Traffic › Manual Actions › Spam

# Pure spam



Spam

Spammy Structured Markup

Pure spam

Spammy freehosts

User-generated spam

Cloaking and/or sneaky redirects

If you see this message on the Manual Actions page, it means that Google has detected that some of your pages may be using techniques that are outside our Webmaster Guidelines. The site appears to use aggressive spam techniques such as automatically generated gibberish, cloaking, scraping content from other websites, and/or other repeated or egregious violations of Google's quality guidelines.

As a result, Google has applied a manual spam action to the affected portions of your site. Actions that affect your whole site are listed under **Site-wide matches**. Actions that affect only part of your site and/or some incoming links to your site are listed under **Partial matches**.

 **Recommended action**

- Update your site so that it meets Google's Webmaster Guidelines.
- Once you've made these changes, submit a reconsideration request.

If we determine your site is no longer in violation of our guidelines, we'll revoke the manual action.

Falls Decl. Ex. A

14

Case 2:14-cv-00646-JES-CM  Document 146-22   Filed 12/15/16   Page 29 of 59   PageID 1961
Case 2:14-cv-00646-JES-CM   Document 31-3   Filed 11/26/14   Page 1 of 2 PageID 199
Page 1 of 2

Skip to forum content

805bbr.com

boogieboarding & bullshit

- 805bbr.com
- Index
- User list
- Search
- Register
- Login
- FAQs/Rules
- **A-FRAME**
- **ROOKIES**
- **TOOBS**
- **SCIENCE**

You are not logged in. Please login or register.

Active topics  Unanswered topics

shit looks different. i had to update the forum software. i'll update the colors pretty soon. email me if you are having problems: alexstatom (at) gmail.com

# joanna69mariz's profile

805bbr.com → joanna69mariz's profile

## Welcome to joanna69mariz's profile

- **joanna69mariz**
- Member

- Real name: **Joanna Cabrera**
- Registered: **07.13.11**
- Last post: **Never**
- Posts: **0**

### Contact information

- Website: http://www.seoconsultants.com

### Posts and topics

- View all joanna69mariz's posts

Falls Decl. Ex. B

11/21/2014

- View all joanna69mariz's topics

## Current signature

SEO Agency and Email Marketing Service and Sell Website and Call Tracking and web design

805bbr.com → joanna69mariz's profile

Powered by PunBB 1.4.2, supported by Informer Technologies, Inc.

Falls Decl. Ex. B

http://805bbr.com/forum/profile.php?id=12799

11/21/2014

# BeerXML Community

simplemachines forum

Welcome, **Guest**. Please login or register.
Did you miss your activation email?

[          ] [          ] Forever [v] Login
Login with username, password and session length

Search [          ] Search

**News:**
Sep 2011 - Upgraded forum software to cut down on spammers!

**Home**   Help   Search   Calendar   Login   Register

BeerXML Community » Profile of joanna69mariz » Summary

**Profile Info**

## Summary

**joanna69mar**
Newbie

| | | |
|---|---|---|
| **Posts:** | 0 (0 per day) |
| **Gender:** | Male |
| **Age:** | N/A |

| | |
|---|---|
| **Date Registered:** | July 14, 2011, 01:19:57 AM |
| **Local Time:** | November 21, 2014, 10:34:30 PM |
| **Last Active:** | July 15, 2011, 11:13:07 AM |

Offline
Show Posts
Show Stats

**Signature:**

topseos and topseos and topseos and topseos

SMF 2.0.6 | SMF © 2013, Simple Machines
XHTML   RSS   WAP2

**Falls Decl. Ex. C**

http://beerxml.com/forum/index.php?action=profile;u=101354          11/21/2014

Page 1 of 35
Case 2:14-cv-00646-PAM-CM Document 146-22 Filed 12/15/16 Page 32 of 59 PageID 1964
Case 2:14-cv-00646-JES-CM Document 31-5 Filed 11/26/14 Page 1 of 10 PageID 202

# 10 M – Yfoundation – Goals of any business
*Set your goals after you consider some common goals that every business should have*

**HOME**

## Looking out for an Effective Reputation Management Services
Posted by admin on May 6th, 2014 — Posted in Uncategorized

The concept about the reputation management is all about how an individual or business becomesan influence and concerns on the increase of the reputation where a management or a web developer may behind it. It is also coined as a public relation but more focused on social media and other internet advancements. It also aims to intentionally broaden its public relations and make it as a primary issue on search engine results, where ethical areas like customer complaints concerns, online feedback and other product influence that can generate ranking or increase in reputation to one's site. After you will get to dig out what reputation management services offer, you need to figure out after which one could be best and suited for your comfortabilty and resources.



SOCIAL WEB - REPUTATION MANAGEMENT CYCLES

Because it is unavoidable that your business site or column will always get to have many different feedbacks(positive or negative),your chosen service should help you understand the basics and teach you how to improve and provide a framework or visual plan that will help increase your reputation. Social media is a known greatest tool in a company's profile, through it many social networks, profiles and other services that could help your service boost up, recognize and stronghold more positive online presence.

The said management service can be quoted as one of the best if it will be able to:
* Ensure you an excellent search engine optimization increase
* Improve your site through write ups that are original with high quality content in certain articles and other press release and blogging.
* Offers best customer services and available resources that could guide you and

### Search
Search www.10m-yfoundation.org

[                    ] [Search]

### Recent Posts
Looking out for an Effective Reputation Management Services
Characteristic of a Good Web Developer
Travelling by Private Jet Airliners can save you Time
The Use of Bulk Email Marketing
Payroll Services for Small and Big Business

### Archives
May 2014
April 2014
March 2014

**Falls Decl. Ex. D**

carry out all concerns that may up rise.
* May also be able to help you establish a strong and maintaining reputation
throughout its course.

Comments Off

## Characteristic of a Good Web Developer

Posted by admin on May 6th, 2014 — Posted in Uncategorized

Unlike the previous years where word of mouth and TV and radio advertisements are
used in order to get more customers and to increase a business' sales, web site has
become a tool to increase ones popularity, boost ones brand, and accumulate
customer fast. The good thing about a personal web site is that it combines brochure,
advertisement, and information releases that are very important to the clients. Web
sites today are treated as a plant that constantly needs nurturing in order to grow
something that is of great value.



The best web design agency would offer the most updated development solution to
variety of businesses using their regularly trained people with skills and experience in
web development. They focus on providing the customer with web solutions which
conforms to the latest web standards and technologies. The plan of this company is
to provide several solutions for probable problems that a web site might encounter in
the course of operation. A company with a good web developer would also provide
quality work at the least time possible not compromising the details you laid out that
corresponds to the aim perfect web site of the customer. To add, developers of web
sites are very helpful especially when they generate a great deal of traffic through
search engine optimization. There are a lot of other characteristic that would define a
good web developer. The above aforementioned are just the basics there's more to it
and with time and experience you would know everything about it.

Comments Off

## Travelling by Private Jet Airliners can save you Time

Posted by admin on May 6th, 2014 — Posted in Uncategorized

Travelling to places you love can be exciting. You will learn a lot about other
country's culture as well as get to know their people and interests. Aside from that,
you can also go to best tourist spots where you could enjoy your day off or family
vacation. Most travels require airline reservations in advance to accommodate
itineraries and other advance requirements before travelling. Not all airline offer fast
flights and shorter duration of travel waiting time. The best way to get an instant

**Falls Decl. Ex. D**

travel is to hire the best private jet rentals available online. The convenience it brings to travelling is helpful enough to let you enjoy your travel and vacation on another places.



Private jet travels are some of the best methods of travel. You can get to enjoy your private while travelling without worrying about tight seating on most economy flights. You can also enjoy your time with your loved ones without having to get seated apart from them just to get a reservation on the plane. On top of that, private jet travelling is best when you have limited of time and that you would want to go to places you wanted without even needing to wait for the next flight. Early flight reservation usually means that you have to wait for months before your next travel. This is not ideal if you are on the go and you need to be on time on most of your appointments which is why private jets can be more comfortable and a more convenient choice.

Comments Off

## The Use of Bulk Email Marketing

Posted by admin on May 6th, 2014 — Posted in Uncategorized

Smart businessmen should not fail to explore their business. This is also the same when it comes to the exposure it needs. Should this be hard? Both yes and no. Yes because there is so many competition out there and no, because owners are given the chance to work their way on the top. The smartest mean of promotion is to be employed. There are various selections for this like email marketing. The best email marketing services are out there. Choosing among these is hard for those who do not know what to look for in a service provider. If they do, then this should not take long anymore.



**Falls Decl. Ex. D**

10 M - Y foundation - Goals of any business                                           Page 4 of 35

Business owners need to make it a point that they employ both online and offline strategies in campaigning. This is for the promotion of products and even services on the global scene. Running a business effectively is always important. Developing useful strategies and methods should be the work of both the company to be hired and the owners. The internet would play a vital role for this. There are different business firms out there that offer bulk email marketing. This one would always be an option to consider. This puts a business on a safe platform which is useful. Before, people are not yet familiar with this bulk e-mail marketing. However, this has given a negative impact because customers look at it as spamming. For those who are to make use of this method, they need to make sure that they break this misconception.

Comments Off

## Payroll Services for Small and Big Business

Posted by admin on May 6th, 2014 — Posted in Uncategorized

Large and small businesses are most likely to manage their payrolls. This is the case most especially if there are many employees being handled. In order for this to be harmonious, owners need to consider getting a company that would help in overseeing the payrolls. For those who do not have any idea yet, it would be a great idea to read different payroll services reviews. Outsourcing the payroll would always be crucial. This is vital when the business owners do not have any idea about the whole nature of this. This is a complicated task for the many HRs out there. If this is trusted on someone else, and then there is a lessen burden to the HR.



Companies in-charged in outsourcing are the partner of small businesses out there. They are experts when it comes to managing finances. They can do this in a very cost-efficient manner. The truth is that every business comes with unique needs. They need to be taken care of. Experts would be the one to spend time for this if they are employed. Keeping in touch with their customers is one of their functions. This is a requirement in order to be in the long and short term relationship with the whole company. Aside from the payroll solutions, there would be other services offered like selection, recruitment, administration of benefits, HR administration, administration of compensation, risk management and as well as legal compliance. As these all suggest, availing the cheapest service out there should not mean compromising the quality.

Comments Off

## Have a Great Publicity of Your Business Website Online

**Falls Decl. Ex. D**

Case 2:14-cv-00646-PAM-CM Document 146-22 Filed 12/15/16 Page 36 of 59 PageID 1968
Case 2:14-cv-00646-JES-CM Document 31-5 Filed 11/26/14 Page 5 of 10 PageID 206
Page 5 of 25

Posted by admin on May 6th, 2014 — Posted in Uncategorized

As soon as you have launched your business on the internet, the next step that you are going to do is to establish your very own goals and objectives as well as guidelines or specifications of your operation. Your goals and objectives will not be fulfilled immediately even though you have the absolute best sales staff or perhaps even though you may provide the very best services and products to offer for the general public. The most important thing is for you to definitely employ the support and services of an SEO company to make sure you will have significant publicity of your respective internet site. Through the help of SEO companies and services, you are able to attain your marketing and advertising goals. Your business will have a great visibility over the internet and thus, this will lead to a lot more sales and profits for you.



However, before having the best SEO outfit and putting into action all of the different works, it is necessary to establish goals and objectives of the business for certain time periods. With no established goals and objectives, you are going to be lost through the sea of marketing and advertising efforts and you also would certainly be wasting time, cash, and effort. Also, you need to conduct some research, take some time and also be very careful on your deals and transactions before you decide to sign the contract with the SEO agency. But, don't be quite afraid because the best SEO firm is just around and available to you.

Comments Off

## Pay per Click Companies for an Effective Marketing

Posted by admin on May 5th, 2014 — Posted in Uncategorized

It can be hard to make a scene in the online world where there are a lot of other businesses which emerge every day. In order for a business web site to succeed on getting the attention of customers, effective strategies should be utilized. One of the most in demand and popular web marketing techniques is PPC. It is a method of advertising on different web sites where the targeted customers usually visit. The web site used for advertising will only be paid whenever a random internet user clicks the advertisement. It may sound simple but it can give out a significant, positivechange on the business web site.

**Falls Decl. Ex. D**

Case 2:14-cv-00646-PAM-CM   Document 146-22   Filed 12/15/16   Page 37 of 59 PageID 1969
Case 2:14-cv-00646-JES-CM   Document 31-5   Filed 11/26/14   Page 6 of 10 PageID 207

Page 6 of 35



Not all business are knowledgeable on how web marketing works so hiring a pay per click marketing company is recommended. Hiring the right agency will surely help the business to quickly generate web traffic and visibility. When hiring a company, it should be able to provide its clients high quality of services. How can a business know about it? It simple, all they have to do is check out other clients served by the company. This way, one will be able to know the feedback of the former client when it comes to the service provided by the company. One can also utilize the internet. Checking different community web sites and online forums can help one on choosing the right company. There are a lot of members who can help one on finding the right company for web marketing solutions and such.

Comments Off

## Choosing the Best Public Relations Company

Posted by admin on May 3rd, 2014 — Posted in Uncategorized

Selecting the best public relations agency is actually a decision that you ought not to take without due consideration. There are certainly a multitude of options, and a lot of them are making big claims. You need to select a professional company that is going to place your brand name or business properly to suit your desired audience online. Choosing a public relations agency is actually a procedure which when carried out very well, could reward your business in lots of ways, but it also needs comprehensive planning from your side. By simply spending some time to your search, it is possible to save yourself from lots of headaches and problems later when things do not go very well.

When searching for public relations, it is important that both you and your board comprehend this and talk this to prospective companies. The typical method initiated is using a short talk in which you are able to outline the things you anticipate to attain from the partnership with the effective PR agency. Be very clear with the PR Company on the way their work matches along with your other marketing and advertising activities and also the problems and difficulties that you have experienced in past times. This helps outline the goals and objectives from any kind of campaign right at the beginning.Also, the PR Company need to comprehend your business history and background. When successful, they are going to be representing you to the media which means you must ensure that you have selected a partner who knows the dynamics of your respective business and also the possible politics associated.

Comments Off

Falls Decl. Ex. D

## Let a Website be seen in the Internet

Posted by admin on May 3rd, 2014 — Posted in Uncategorized

A internet marketing India has been growing in its popularity. Many web marketing companies are already found in India. In the internet, a marketing ad will not only be seen by one country. It can be seen by the whole world. With this, many businesses go into the internet for more exposure. When a business is seen by a lot of people, there will be a tendency that the number of customers will also increase. However, even though the internet can be a promising place, one must also bear in mind that there are a lot of competitors out there. Many businesses are making their own websites. Because of this, it is important that one's website will not be lost in the crowd. One must, at all cost, always appear in search engines so that there will be constant traffic to one's website. If this traffic is maintained, profits will definitely pour in.

There are a lot of ways in order to be seen in the internet. One of these is through SEO or search engine optimization. In this method, a web marketing expert or company will make sure that the website will be in the front page in search engines like Google. This is done by the use of keyword research and filling the websites with keywords which relates to the business. Also, these keywords are the ones that are commonly searched by many people. Another method is through PPC or pay per click sites. This will give immediate results. However, compared to SEO, SEO has a more long term benefit.

Comments Off

## Credit Card Processing Software Cuts Unproductive Expenditure

Posted by admin on April 30th, 2014 — Posted in Uncategorized

The credit card processing companies serve merchant by first offering a cost comparison. A cost comparison is important because it determines the statement of the merchant that is no longer productive. The data gathered will be used to review and propose methods that will cut the merchants unproductive expenditure. This is known as the comparative analysis. Competitive analysis includes reviews and comments as well as proposals on credit card improvement. It detects expenditure items where the merchant is overspending without gaining any benefit. From this detection, he finds ways on how to solve this issue. One service provider that can be trusted is Merchant Credit Card Service Provider. It offers an in-depth credit card analysis while offering a practical rate.



**Falls Decl. Ex. D**

11/19/2014

Case 2:14-cv-00646-PAM-CM   Document 146-22   Filed 12/15/16   Page 39 of 59 PageID 1971
Case 2:14-cv-00646-JES-CM   Document 31-5   Filed 11/26/14   Page 8 of 10 PageID 209

Page 8 of 35



Credit card analysis is dealt as an important concern for establishments because credit cards have been a prevalent mode of transaction in today's highly globalized society. It is a convenient way to transact payments especially in the online world. With the advent of credit card usage, software that is used to analyse credit card has also been popular. MacAuthorize, PCAuthorize, ICVerify are the most widely used and updated software. These are user-friendly software and can be updated easily. It is important to note that software that will be used must include processes of major credit cards, otherwise the software will be less of use. When looking for software, it is important to cross check compatibility issues. A software is considered to be a good quality if it is compatible with the leading operating systems.

Comments Off

## The Benefits and Features of Rank Checking Tools

Posted by admin on April 30th, 2014 — Posted in Uncategorized

Managing and developing your website is a must thing to do to make it successful and progressive. Your aim as a website owner is to advertise your services and products in Internet online to the fullest. With this you will gain possible customers. This is good for your business as you will have an increase in sales thus making your website profitable. Online advertising is a method that would increase the traffic of your website. By applying promotional tools you can attract visitors to your website. Once you used promotional tools at your website you need to know its outcome too. You will know this by monitoring your website through the use of the best rank checking tools.



This checking tool has many uses and lots to offer. First and foremost it checks the ranking of your website in search engines. This tool also uses Google to analyse your ranking. With this you can visualize the position of your website easily. You will know then if your website is doing well or not. Another good thing about it is that you can also send ranking reports to your customers or clients. It also presents detailed reports of your ranking history. This includes your website, search engines you want to consider and your keywords. You can also get information about your keywords. The tool also submits summary about your ranking every day, in a week or month. And these are all important to the development and progression of your website and business.

**Falls Decl. Ex. D**

Case 2:14-cv-00646-PAM-CM Document 146-22 Filed 12/15/16 Page 40 of 59 PageID 1972
Page 9 of 25
Case 2:14-cv-00646-JES-CM Document 31-5 Filed 11/26/14 Page 9 of 10 PageID 210

Comments Off

## What Does It Take to Become a Personal Injury Lawyer?

Posted by admin on April 30th, 2014 — Posted in Uncategorized

Obviously, there are plenty of courses that we can choose from that will serve as our stepping stone in landing a job in the future. However, not all of them can give us the kind of life that we are dreaming of. In this world you have two fates to expect and that is to succeed or fail. So if you don't want to suffer from failure, it is your responsibility to find the right profession that you have to pursue. One thing that you might want to consider is to become a personal injury lawyer. We all know that getting injured is already a part of man's life. It only means that the needs for legal assistance will be continuous. You can expect a profitable income to have a brighter future ahead.



If you want to be the best Personal Injury lawyer in town, you need to finish a four-year degree course to gain proper knowledge about legal matters. You need to take things seriously while you are studying in order for you to extract the main point of every lesson being taught. After that, you have to move on a higher stage which is the graduate school for a wider scope. You also have to undergo trainings to enhance your skills before you can finally say that you are ready to stand for a case during court hearings. You can ask useful tactics from professional lawyers that you can apply while defending your clients. It is also necessary for you to know medical terms or procedures relevant when practicing your profession.

Comments Off

## Knowing the Appropriate SEO Services

Posted by admin on April 30th, 2014 — Posted in Uncategorized

To make the right decision, there are several things that must be considered before selecting the services of seo companies. It is significant to bear in mind that a good SEO for your business means more profit for you. In short, it will guide your site to more visibility, meaning more prospects, more traffic, more conversions and bigger income. It is the support for the enduring business success. So, as you select the company to help you with your SEO tasks, be wise to prevent risking your online business. To begin with, you must consider if SEO is suitable for your venture. If you want more traffic and lots of prospect buyers, then definitely your answer is "yes". If you are accurate at applying SEO alone, in that way you can create an instant decision on where to begin your work for greater visibility on search engines.

Falls Decl. Ex. D

Case 2:14-cv-00646-PAM-CM   Document 146-22   Filed 12/15/16   Page 41 of 59   PageID 1973
Case 2:14-cv-00646-JES-CM   Document 31-5   Filed 11/26/14   Page 10 of 10 PageID 211

Page 10 of 35



Or, begin the procedure of classifying the most proficient SEO organization to assist you out. A professional SEO organization knows that your blog needs small changes to totally change and be very noticeable and aggressive. So, they insist on checking your blog to classify what needs to be altered or being comprised for greater visibility prior to even discuss about prices. Avoid companies that will guarantee and pledge you to achiever first ranking instantly. Most likely, these types of organizations will utilize black hat and excluded schemes to rank your blog. The effect is short-term good rankings that vanish as easy as that. Lastly, the service's cost must be reasonably priced but good enough to ensure quality service.

Comments Off

## Increase the Rank of Your Website through Link Building

Posted by admin on April 29th, 2014 — Posted in Uncategorized

Probably, the most significant factor that is going to get your internet site to rank very well on the search engines involves link building. The search engines are going to think of your internet site as being a trustworthy, reliable and well-respected source according to the number of links that lead away from your internet site. This is the reason why internet marketing requires choosing the right link building techniques that are going to boost the link popularity of a task. This is exactly what makes effective and great link building promotion very important in making certain that your internet site continues to be on the top in search engine results.



This is the reason why the best link building firm and market industry is developing in a fast rate. Many companies and businesses are offering link building services and guarantee consistent good results. There are many techniques which company owners make use of with regards to their link building techniques and strategies. These include purchasing links, reciprocal link exchange, articles or blog posts entry, press-release submission and various other techniques that are made to greatly improve the popularity of the website on the internet.Each of these techniques is different and special when it comes to its efficiency and effectiveness; the amount of time it will require to put into action as well as its price can be involved. However, the building backlinks technique you select also needs to be ideal for the project that it must be utilized for.

**Falls Decl. Ex. D**

ClickZ.com (http://www.clickz.com/)   ClickZ Intel (http://www.clickzinter.com)   ClickZ Training (http://www.clickztraining.com)   ClickZ Live (http://www.clickzlive.com)

# Search
# Engine Watch
(http://searchenginewatch.com/)

Home (http://searchenginewatch.com/) > SEO (/seo) > Google

## 6 Tips to Protect a Large and Complex Website From Google Panda [Case Study]

(http://searchenginewatch.com/author/2623/glenn-gabe)
*Glenn Gabe (http://searchenginewatch.com/author/2623/glenn-gabe), April 16, 2014* 16 Comments (#disqus_thread)

- SEO Evolution: Sell, Discover, Deliver & Report on Highly Converting Keywords by Krista LaRiviere, gShift (http://www.gshiftlabs.com/seo-evolution-sell-discover-deliver-report-highly-converting-keywords/)



Since February 2011, I've had the opportunity to help a number of companies deal with Panda hits. As part of that work, I've assisted several large-scale websites (sites with more than 1 million pages).

Many of those companies got blindsided by Panda, as they mistakenly saw the misleading surge in traffic (http://searchenginewatch.com/article/2243421/The-Misleading-Sinister-Surge-in-Traffic-Before-Google-Panda-Penguin-Struck) as a positive signal SEO-wise. Unfortunately, that sinister surge led to Google seeing a boatload of poor user engagement due to thin content, duplicate content, tech problems causing content issues, etc.

Poor user engagement is Panda's best friend. Low dwell time in particular can be a killer for sites in the gray area of Panda. That gray can turn black in a hurry.

## The Panda Trouble with Large-Scale Websites

As I conduct comprehensive audits through the lens of Panda, companies that have been impacted gain solid look at the various problems they need to fix. Addressing those problems can be completed in the short-term, and that can help those companies recover.

But this post is about the long-term danger that large-scale websites face from a Panda standpoint. Sure, the technical and content teams I'm helping are often very smart and can usually implement changes at a fairly rapid pace. But the long-term problem is upstream from the grunt work. You see, the problem is the site itself.

Large-scale websites with more than 1 million pages often have complex site structures, many sections, multiple subdomains, etc. All of this leads to a tough situation when you're trying to break out of the Panda filter.

For example, problems can easily roll out that impact parts of a site you aren't necessarily focused on. And if you're focusing on problems A, B, and C, but new problems like X, Y, and Z arise, then you might miss dangerous Panda-inducing issues.

**Falls Decl. Ex. E**

It isn't fun when this happens, especially when a company thinks it has specifically rectified the situation, only to get hammered after a Panda update rolls out.

## Surprise! Your Order for Panda Food Just Arrived



If that happens, the site could easily stay in the gray area of Panda, never recovering from the downturn in traffic (if it's been hit already). Or, it might only recover to a fraction of where it should recover.

All of this can lead to serious webmaster frustration. Or worse, a site that's battling Panda might actually see a downturn after previously seeing a recovery or partial recovery. It can easily take the wind out of a marketing team's sails.

This post will cover an actual example of new and hidden problems causing a second Panda hit. Then I'll provide some recommendations for making sure this situation doesn't happen to you.

The problem I'll cover caused serious problems from a content-quality standpoint and lured Panda back from the Google bamboo forests. It's a great example that demonstrates the unique challenges of Panda-proofing large-scale websites.

## A Quick Snapshot of the Panda Victim

The website in question has battled Panda for about one year. It's a complex website with several core sections, multiple subdomains, and various teams working on content. It has a long history, which also brings a level of complexity to the situation.

For example, my client barely remembered certain dangerous pieces of the site that were uncovered during audits I conducted. Yes, large-scale websites can contain skeletons content-wise.

The site was chugging along nicely when it first got hammered by Panda. That's when the company hired me to help rectify the situation.

After several audits were conducted (both comprehensive and laser-focused), a number of changes were recommended. My client was ready to rock and roll and they implemented many changes at a rapid pace.

The site ended up recovering a few months later and actually surged past where they were previously from a Google Organic perspective. That's not often the case, so it was awesome to see.



**The Gray Area of Panda**

**Falls Decl. Ex. E**

# ↑OPSEOs
Independent Authority on Search Vendors

HOME    VENDOR DIRECTORY    RESEARCH    EVALUATION CRITERIA    APPLY    VIEW RANKINGS

Home / Search Engine Marketing Research / Search Engine Marketing Case Studies / 6 Tips to Protect a Large and Complex Website From Google Panda [Case Study]

## Case Studies

### 6 Tips to Protect a Large and Complex Website From Google Panda [Case Study]

Glenn Gabe - Apr 20, 2014

**Actions:**
@ Print This Page         Share This Page         ✎ Leave Feedback

---

**Case Study Summary**
The Panda Trouble with Large-Scale Websites

Since February 2011, I've had the opportunity to help a number of companies deal with Panda hits. As part of that work, I've assisted several large-scale websites (sites with more than 1 million pages).

Many of those companies got blindsided by Panda, as they mistakenly saw the misleading surge in traffic as a positive signal SEO-wise. Unfortunately, that sinister surge led to Google seeing a boatload of poor user engagement due to thin content, duplicate content, tech problems causing content issues, etc.

Poor user engagement is Panda's best friend. Low dwell time in particular can be a killer for sites in the gray area of Panda. That gray can turn black in a hurry.

**The Panda Trouble with Large-Scale Websites**

As I conduct comprehensive audits through the lens of Panda, companies that have been impacted gain solid look at the various problems they need to fix. Addressing those problems can be completed in the short-term, and that can help those companies recover.

But this post is about the long-term danger that large-scale websites face from a Panda standpoint. Sure, the technical and content teams I'm helping are often very smart and can usually implement changes at a fairly rapid pace. But the long-term problem is upstream from the grunt work. You see, the problem is the site itself.

Large-scale websites with more than 1 million pages often have complex site structures, many sections, multiple subdomains, etc. All of this leads to a tough situation when you're trying to break out of the Panda filter.

For example, problems can easily roll out that impact parts of a site you aren't necessarily focused on. And if you're focusing on problems A, B, and C, but new problems like X, Y, and Z arise, then you might miss dangerous Panda-inducing issues.

It isn't fun when you have serious content problems pop up across a site. That's especially the case when you find out about those problems *after a Panda update rolls out.*

**Surprise! Your Order for Panda Food Just Arrived**



## Rankings

Recommended vendors for:

Select Category ▾

### Search Case Studies

by keyword

[ Search ]

### Email Alert

You may automatically receive latest notifications by e-mail. Please enter your e-mail address below and click Submit.

Your Email Address :

Security Code :

y8nmdh

[ Submit ]

## CASE STUDY
## LATEST ADDITIONS

Netflights Case study: SEM Campaign
Ambergreen, 09.04, 2014

Turquoise Holidays Case Study: Organic Search Optimisation
Ambergreen, 09.04, 2014

Guild Wars 2 Case study: European Paid Search Campaign 2013
Ambergreen, 09.04, 2014

Hotel Chocolat Case study: Christmas 2013 Search Campaign
Ambergreen, 09.04, 2014

Titan Travel Case Study: Integrated Marketing
Ambergreen, 09.04, 2014

SEO case study for "gifts" niche: ROI 1236%
Netpeak, 07.30, 2014

Kirk Boosts Global Research Companies Traffic 4700 %
Kirk Communications, 07.11, 2014

Falls Decl. Ex. F



Google    http://www.topseos.com    Advanced Search

2014-10-29    🔒 ALTERED

Request:    http://www.topseos.com/ 🔽

We received a reply on Friday, October 24, 2014 from the Google Webspam Team with three different comments in regards to things which we can address. Outlined below are the actions we have taken to address these comments:

1. We used Copyscape on each page of our website to ensure no content on the website exists which does not belong to us. We have also used Siteliner to solve the issue of duplicate content being found on our website. The Webspam team identified a case study on our website which was originally from another source. The following resources on our website were identified by Copyscape as those that had issues since they had been sourced from a third party/external RSS feed; they have now been deleted and set as a 404 status:

18,000+ Articles
1,047 Case Studies
46,000+ Press Releases
890 Research Materials
577 Books
28,126 Job Listings
1,711 Videos
7,813 Blog Listings

In addition, we have removed the overview text from over 10000+ company and software profile pages, to the potential detriment of our visitors, but again being oversensitive to any duplicate content issues Google may perceive. The same has been done for overview texts on our conference overview areas.

Finally, we have also rewritten content on the following 17 pages:

http://www.topseos.com/
http://www.topseos.com/rankings/search-engine-marketing-agencies/application-process
http://www.topseos.com/apply-for-rankings-research
http://www.topseos.com/rankings/search-engine-marketing-agencies/improve-your-ranking
http://www.topseos.com/about-us/services/directory-inclusion
http://www.topseos.com/about-us/services/evaluation-and-rankings
http://www.topseos.com/about-us/services/path-finder-service
http://www.topseos.com/about-us/services/ethics-violations
http://www.topseos.com/about-us/services/conflict-resolution
http://www.topseos.com/about-us/services/advertising
http://www.topseos.com/about-us/partners
http://www.topseos.com/frequently-asked-questions
http://www.topseos.com/downloads
http://www.topseos.com/website-sitemap
http://www.topseos.com/submit-success-story
http://www.topseos.com/make-a-suggestion
http://www.topseos.com/registration

If you browse the page where the Webspam team identified the duplicate content, you will notice the issue no longer exists. We have also set a number of pages containing legal terms to not be indexed including the following pages:

http://www.topseos.com/terms-of-use
http://www.topseos.com/privacy-policy
http://www.topseos.com/disclosure

2. We have used software solutions for identifying incoming backlinks to the topseos.com domain including Ahrefs, Majestic SEO, Moz, and SEM Rush. In addition, we have used the Webmaster Tools feature for identifying websites linking to us. We would like to note that the three links which the Webspam team identified as being bad links were NOT located in the Webmaster Tools interface as a link pointing to the domain.

On January 14, 2014 we had submitted a disavow file containing 13632 domains which we had attempted to contact, but were unable to have links removed within a timely fashion. At this time, we have added 10,366 domains to our disavow file and have uploaded a new disavow file which includes the three links previously identified. This creates a total of 23,998 domains in our disavow file.

Help docs    [Open Selected] [+10] [Clear All]

Modified: 2014-11-05 9:12
Notified: 2014-11-05 9:12 —
Assignee: bfails
Status: ALTERED
Comments:

Custom Webmaster Message:

We've altered your penalty to a link spam one. We think more effort can be made removing, nofollowing, or disavowing backlinks such as:

(Email Marketing Service) http://konoco.ru/forum/index.php?action=profile;u=12037
(web design company) http://opensourcenovel.net/2012/05/14/how-to-employ-a-web-design-company/
(Call Tracking) http://805bbr.com/forum/profile.php?id=12799

- The Google Webspam Team

Falls Decl. Ex. G1

Falls Decl. Ex. G2

Google | http://www.topseos.com | [■■] Advanced Search

We would also like to note that a number of links we have identified in this disavow file were links we had never initiated. As a result, we believe and know that many agencies during our 12 years of existence have performed negative SEO campaigns against the topseos.com domain name.

3) We have consolidated 60 domains into the single topseos.com domain. Provided below is a listing of all of the domains which we have consolidated:

topseosnews.com
topseoscanadarankings.com
topseoscanadafirms.com
topseosguide.co.uk
uk-topseos.com
topseos-australia.com
topseosindia.in
topseosreviews.com
topseosagencies.com
topseosservices.com
topseosresearch.com
topseosguide.in
topseos-us.com
topseosrankings.in
topseosrankings.co.uk
topseosrankings.com
topseos-ratings.com
topseosrankingsind.com
topseosrankings-uk.com
topseosrankingsindia.com
topseosrankingsaustralia.com
topseosrankingscanada.com
topseosprofiles.com
topseosglobal.com
topseosresearch.in
topseosratings.com
topseosfirms.com
topseosfirms.in
topseosratings.in
topseos-reviews.com
topseos-global.com
topseosintl.com
topseosreports.com
topseosguide.com
topseosrankings.com
topseos.ae
topseos.cn
topseos.co.il
topseos.co.nz
topseos.co.nl
topseos.co.za
topseos.com.ar
topseos.com.es
topseos.com.my
topseos.hk
topseos.jp
topseos.mx
topseos.ph
topseos.ru
topseos.se
topseos.sg
topseosrankings.sg
topseosapplication.com
topseosblacklist.com
topseoscompanies.com
topseosconflictresolution.com
topseosevaluationcriteria.com
topseosfaqs.com
topseospartnershipapplication.com
topseospromotions.com

Please note: This was done prior to our previous request and is still not reflected in the Google index, so the request to consolidate the domains was done prior to your email to us.

Again being oversensitive to any issues, we have also consolidated sub-domains.  We now ensure all content displays on www.topseos.com for desktop users and m.topseos.com for mobile users and no other subdomains are being used to display content.

Having addressed the three issues you brought to our attention we took further and additional steps again to address the website.  We have changed the structure of our website, taken the step to integrate Copyscape into features of our website to ensure all future content posted by users on our website is unique to ensure all content on our website remains unique.

We have also run tools like Xenu to address any issues of broken links and to decrease the overall number of URLs on our website.  We have combined any similar/duplicate content on our website into singular canonical URLs; this has decreased the number of URLs from 730,000 URLs to 106,000 URLs.

Our robots.txt has been updated to disallow crawling to certain areas of our website that are provided for legal reasons as well as for purposes not relevant to our core audience.

Please revoke the manual penalty placed on our website immediately as it is causing us significant damages on a daily basis.

+DEBUG

Falls Decl. Ex. G3

**List of 366 eVentures domains removed from Google's index on 09-18-2014**

azentec.com/
best3dwebdesignservices.com/
bestachprocessingcompanies.com/
bestachprocessors.com/
bestadvertisingnetworks.com/
bestaffiliatemarketingcompanies.com/
bestandroiddevelopmentcompanies.com/
bestaspnetdevelopmentservices.com/
bestattorneysonline.com/
bestbankruptcylawfirms.com/
bestblackberrydevelopmentservices.com/
bestbrandingservices.com/
bestcakephpdevelopmentservices.com/
bestcalltrackingservices.com/
bestcashadvancecompanies.com/
bestcheckprocessingservices.com/
bestcivilrightslawyers.com/
bestcoldfusiondevelopmentcompanies.com/
bestconciergeservices.com/
bestconstructionattorneys.com/
bestcontextualadvertisingcompanies.com/
bestconversionrateoptimizationfirms.com/
bestcreditcardprocessingservices.co.uk/
bestcreditcardprocessors.co.uk/
bestcriminaldefenselawfirms.com/
bestdigitalmarketingagencies.com/
bestdivorcelawfirms.com/
bestdjangodevelopmentservices.com/
bestdrupaldevelopmentservices.com/
bestecommerceseoservices.com/
bestemailmarketingagencies.com/
bestemailmarketingfirms.com/
bestemploymentlawfirms.com/
bestemvcomplianceservices.com/
bestentertainmentlawyers.com/
bestenvironmentalattorneys.com/
bestequipmentleasingcompanies.com/
bestestatelawfirms.com/
bestexplainervideoservices.com/
bestfacebookdevelopmentservices.com/
bestflashdevelopmentservices.com/
bestfrauddetectionservices.com/
bestgamedevelopmentagencies.com/
bestgamedevelopmentservices.com/
bestgiftcardservices.com/
besthighriskprocessingcompanies.com/
besthighriskprocessors.com/
besthosts.in/
bestimmigrationlegalservices.com/
bestinfographicdesignservices.com/

Falls Decl. Ex. H

bestinsurancecompaniesonline.com/
bestinternationalpaymentprocessingcompanies.com/
bestinternationalseoservices.com/
bestinternetlawfirms.com/
bestipaddevelopmentcompanies.com/
bestiphonedevelopers-australia.com/
bestiphonedevelopers.co.uk/
bestiphonedevelopers.com/
bestiphonedevelopers.in/
bestiphonedevelopmentcompanies.com/
bestiplawfirms.com/
bestjoomladevelopmentservices.com/
bestlandingpageoptimizationservices.com/
bestleadcapturesoftware.com/
bestlinkbuildingcompanies.co.uk/
bestlinkbuildingcompanies.in/
bestlinkbuildingcompaniesaustralia.com/
bestlinkbuildingcompaniescanada.com/
bestlinkbuildingcompaniesindia.in/
bestlinkbuildingfirms.com/
bestlocalseoagencies.com/
bestlocalseoagenciescanada.com/
bestlocalseocompanies.co.uk/
bestlocalseocompanies.in/
bestlocalseocompaniesaustralia.com/
bestlocalseocompaniescanada.com/
bestlocalseofirms.com/
bestmagentodevelopmentservices.com/
bestmarketingautomationsoftware.com/
bestmarketingfirms.com/
bestmedicalmalpracticelawfirms.com/
bestmerchantcashadvanceservices.com/
bestmerchantservicereviews.com/
bestmerchantservicescanada.com/
bestmerchantservicesguide.com/
bestmicropaymentsolutions.com/
bestmilitaryattorneys.com/
bestmobilecreditcardprocessingcompanies.com/
bestmobilemarketingcompanies.com/
bestmobileprocessors.com/
bestmobilewebdevelopmentcompanies.com/
bestofluxury.com/
bestofluxuryrankings.com/
bestonlinebankdepositservices.com/
bestonlinecreditcardprocessingservices.com/
bestonlinecreditcardprocessors.com/
bestoscommercedevelopmentservices.com/
bestpayforperformanceseoservices.com/
bestpaymentgatewayservices.com/
bestpaymentplatforms.com/
bestpayrollcompanies.com/
bestpayrollservices.com/
bestpcicompliancecompanies.com/

-2-

Falls Decl. Ex. H

bestpcicomplianceservices.com/
bestphpdevelopmentservices.com/
bestposcompanies.com/
bestpossystemcompanies.com/
bestppcagencies.co.uk/
bestppcagenciesaustralia.com/
bestppcagenciescanada.com/
bestppcbidmanagementsoftware.com/
bestppcbidmanagementtools.com/
bestppccompanies.co.uk/
bestppccompanies.in/
bestppccompaniesaustralia.com/
bestppccompaniescanada.com/
bestppccompaniesindia.in/
bestppcmanagementcompanies.com/
bestppcmanagementfirms.com/
bestppcs.com/
bestprcompanies.com/
bestprivatejetservices.com/
bestpsdtohtmlservices.com/
bestrankcheckingsoftware.com/
bestrealestatelawfirms.com/
bestreputationamangementservices.com/
bestreputationmanagementagencies.co.uk/
bestreputationmanagementagencies.com/
bestreputationmanagementagenciescanada.com/
bestreputationmanagementcompanies.co.uk/
bestreputationmanagementcompanies.in/
bestreputationmanagementcompaniesaustralia.com/
bestreputationmanagementcompaniescanada.com/
bestreputationmanagementservices.com/
bestreputationmanagmentagencies.com/
bestresponsivewebdesignfirms.com/
bestresponsivewebdesignservices.com/
bestretailcreditcardprocessingcompanies.com/
bestretailprocessors.com/
bestretirementdestinations.com/
bestretirementrankings.com/
bestrubyonrailsdevelopmentservices.com/
bestsecuritieslawfirms.com/
bestseoagencies.co.uk/
bestseoagenciesaustralia.com/
bestseoagenciesindia.in/
bestseocompanies.in/
bestseocompaniesaustralia.com/
bestseocompaniescanada.com/
bestseocompaniesguide.com/
bestseocompaniesindia.in/
bestseocompaniesrankings.com/
bestseocompaniesreviews.com/
bestseoconsultants.com/
bestseoconsulting.com/
bestseocopywritingservices.com/

-3-

Falls Decl. Ex. H

bestseofirms.co.uk/
bestseofirmscanada.com/
bestseoresellers.com/
bestseos-australia.com/
bestseos-canada.com/
bestseos-india.com/
bestseos-uk.com/
bestseos.co.in/
bestseos.com/
bestseos.in/
bestseoscanada.com/
bestseosguide-australia.com/
bestseosguide-canada.com/
bestseosguide.com/
bestseosguide.in/
bestseosoftwarecomparison.com/
bestseosoftwarevendors.com/
bestsharepointdevelopmentservices.com/
bestsmallbusinessloanproviders.com/
bestsocialmediamanagementsoftware.com/
bestsocialmediamarketingagencies.com/
bestsocialmediamarketingcompanies.co.uk/
bestsocialmediamarketingcompanies.com/
bestsocialmediamarketingcompanies.in/
bestsocialmediamarketingcompaniesaustralia.com/
bestsocialmediamarketingcompaniescanada.com/
bestsymfonydevelopmentservices.com/
besttaxlegalservices.com/
bestuserinterfacedesigncompanies.com/
bestvideoproductionservices.com/
bestvideoseoservices.com/
bestwebanalyticssoftware.com/
bestwebdesignagencies.com/
bestwebdesignagencies.in/
bestwebdesignagenciesguide.com/
bestwebdesigncompanies.in/
bestwebdesigncompaniesaustralia.com/
bestwebdesigncompaniescanada.com/
bestwebdesigncompanyreviews.com/
bestwebdesignfirms.co.uk/
bestwebdesignfirms.com/
bestwebdevelopmentagencies.com/
bestwebdevelopmentcompanies.co.uk/
bestwebdevelopmentcompanies.in/
bestwebdevelopmentcompaniesaustralia.com/
bestwebdevelopmentcompaniescanada.com/
bestwebdevelopmentfirms.com/
bestwebdevelopmentservices.com/
bestwebhostingfirms.com/
bestwebsitedesignagencies.com/
bestwebsitedesignfirms.com/
bestwebstrategyservices.com/
bestwindowsphonedevelopmentcompanies.com/

-4-

Falls Decl. Ex. H

bestwordpressdevelopmentservices.com/
bwda-australia.com/
bwda-canada.com/
bwdafirms.com/
bwdaguide.com/
bwdanews.com/
bwdarankings.com/
bwdaratings.co.uk/
bwdaratings.com/
bwdaratings.in/
bwdareports.com/
collegecompare.com/
comparesem.com/
creditcardprocessingratings.com/
creditcardprocessingservices.co.uk/
creditcardprocessorreviews.com/
creditcardprocessorsguide.com/
digitaladsmart.co/
digitaladsmart.info/
digitaladsmart.net/
digitaladsmart.org/
digitaladsmarts.co/
digitaladsmarts.com/
digitaladsmarts.mobi/
digitaladsmarts.net/
digitaladsmarts.org/
employerpicks.com/
eventuresworldwide.com/
evenww.com/
franchisereviewer.com/
germanytopseos.com/
leadcapturesoftwarereviews.com/
merchantcashadvancefirms.com/
merchantservicesspecialists.com/
news-prs.com/
onlinemarketingforsmbs.com/
onlinemarketingforsmbs.net/
onlinemarketingprinciples.com/
onlinemarketingstandard.com/
onlinemarketingstandard.net/
onlinemarketingstandard.org/
onlinemarketingstandard.us/
payperclickdeals.com/
payperclickforums.com/
payperclickuniverse.com/
ppcuniverse.com/
predictgooglerank.com/
predictgoogleranking.com/
purchasesite.com/
reviewauthority.com/
searchmarketingmag.com/
searchmarketingmagazine.com/
searchmarketingstandard.com/

Falls Decl. Ex. H

semcompare.com/
seoconsultants.com/
seoportal.biz/
seoportal.info/
seoportal.org/
seoportal.us/
tccp-reports.com/
tccpfirms.com/
tccpguide.com/
tccpnews.com/
tccprankings.co.uk/
tccprankings.com/
tccpratings.com/
tccpreports.com/
tccpservices.com/
top10personalinjuryattorneys.com/
topaccountingfirms.com/
topbrandingservices.com/
topbusinesslawfirms.com/
topcallcenters.com/
topcalltrackingsoftware.com/
topcreditcardprocessingservices.com/
topcreditcardprocessors-us.com/
topcreditcardprocessors.com/
topcreditcardprocessorscanada.com/
topcreditcardprocessorsguide.com/
topemailmarketingagencies.com/
topemailmarketingfirms.com/
tophighriskprocessors.co.uk/
tophighriskprocessors.com/
toplinkremovalservices.com/
toplocalseoagencies.com/
toplocalseoservices.com/
topmarketingagencies.com/
topmarketingautomationsoftware.com/
topmerchantcashadvancecompanies.com/
topmobilecreditcardprocessingcompanies.com/
toppayrollservices.com/
topposcompanies.com/
topppcbidmanagementtools.com/
topppcs.com/
topppcsservices.com/
toppragencies.com/
toppragenciesrankings.com/
topprcompanies.com/
toprankcheckingsoftware.com/
topreputationmanagementagencies.com/
topretailprocessors.com/
topseos-australia.com/
topseos-canada.com/
topseos-us.com/
topseos.ae/
topseos.cn/

-6-

Falls Decl. Ex. H

topseos.co.il/
topseos.co.in/
topseos.co.nl/
topseos.co.nz/
topseos.co.uk/
topseos.co.za/
topseos.co/
topseos.com.ar/
topseos.com.au/
topseos.com.es/
topseos.com.my/
topseos.com/
topseos.hk/
topseos.in/
topseos.jp/
topseos.mx/
topseos.ph/
topseos.ru/
topseos.se/
topseos.sg/
topseosagencies.com/
topseosapplication.com/
topseosblacklist.com/
topseoscanadafirms.com/
topseoscanadarankings.com/
topseoscompanies.com/
topseosconflictresolution.com/
topseosevaluationcriteria.com/
topseosfaqs.com/
topseosfirms.co.uk/
topseosfirms.com/
topseosfirms.in/
topseosguide.co.uk/
topseosguide.com/
topseosguide.in/
topseosindia.in/
topseosnews.com/
topseospartnershipapplication.com/
topseosrankings.com/
topseosrankings.in/
topseosrankings.sg/
topseosratings.co.uk/
topseosratings.in/
topseosreports.com/
topseosresearch.com/
topseosreviews.com/
topseosservices.com/
topsocialmediamarketingcompanies.com/
topwebdevelopmentcompanies.com/
uk-topseos.com/
visibilitymagazine.com/

Falls Decl. Ex. H

 

http://www.topseos.com/   [ Advanced Search ]

2014-10-18        🔒 ✉ REJECTED

Help docs

[ Open Selected ]  [ +10 ]  [ Clear All ]

Request:     http://www.topseos.com/ ▾

We were advised by our attorney that we should engage this matter through Google Webmaster Tools again and file a new reconsideration request. She is also trying to connect with your legal team in the meanwhile to try to determine the exact issues to resolve this amicably.

We would also like to note that we have extensively reviewed the webmaster guidelines presented publicly and have proactively made changes as outlined below:

- To avoid any confusion in misinterpreting the intent of our websites and being interpreted as "pure spam websites", we have proactively cleared those websites from the Google index by requesting the websites be not indexed or followed in the robots.txt files, fetched them, unverified them on Webmaster tools and then DELETED 200+ websites.

- Consolidating topseos.com to one domain, essentially removed all country websites, or any permutations of the topseos domains that were online to avoid any linking penalties.  Additionally, we have set all external links site-wide to be nofollow.

- Deleted all articles, press releases, and jobs from topseos.com (even though that was very valuable information and resource to our visitors) in the event these areas were being identified as "scraping content" even though we were using RSS feeds for these areas from very credible sources such as prweb.com.

- We are not involved in any automatically generated gibberish, cloaking, or scraping content.

We are submitting this request in the hopes to receive some additional information about the manual penalty applied to this domain. We would like to receive specific examples of behaviors on www.topseos.com which warranted the label of "pure spam".

We would certainly be willing to make any changes needed to bring our website in alignment with the expectations of Google, but request a two way communication so that we can alleviate these issues as soon as possible.

Falls Decl. Ex. I1



Modified: 2014-10-24 8:28

Notified: 2014-10-24 8:28 ·

Assignee: btalls

Status: REJECTED

Comments:

Custom Webmaster Message:

We've taken action on topseos.com for multiple violations of Google's Webmaster Guidelines, including:

1) Scraping of content

http://www.topseos.com/casestudies/glenn-gabe/6-tips-to-protect-a-large-and-complex-website-from-google-panda-case-study/30911/

scrapes from

http://searchenginewatch.com/article/2340097/6-Tips-to-Protect-a-Large-and-Complex-Website-From-Google-Panda-Case-Study

among other examples under your "Research" section.

2) Link spam

Example backlinks:

{seo service}{buy website}{topseos}{Marketing Automation} http://www.mazda3forums.com/member.php?u=178373

{topseos}{email marketing}{credit card processing} http://www.master-edge.com/why-you-should-not-be-doing-seo/

{web design company}{enterprise seo} http://webdesignbasicsblog.com/good-web-design/deciding-web-design-company-ensures-simple-effective-web-design/

Spam links such as the ones above should ideally be removed from the sites they appear on and if that's not possible, then Google Webmaster Tools' disavow feature can be used.

3) Doorway domains

Dozens of domains with similar names and duplicate/similar content.

These violations have continued for years despite many previous penalties and warnings from the Webspam Team. In order to protect our search users, we'd like to see these violations fully rectified before your sites are reconsidered.

- The Google Webspam Team

Falls Decl. Ex. I2



**Google**   http://www.collegecompare.com/    Case 2:14-cv-00646-JES-CM   Document 31-11   Filed 11/26/14   Page 1 of 1 PageID 227    Advanced Search

| Gaia | Submitted | Status | Cached | Comments |
|------|-----------|--------|--------|----------|
|  | 2014-11-12 | 🔒 ✉ REINCLUDED |  |  |

Request:    http://www.collegecompare.com/ ▾

Per your request, we have removed the descriptions on 2198 colleges on our website and on all rankings pages to avoid any content duplication issues. Furthermore, we have now used Copyscape and Siteline on each page of our website to ensure no content on the website exists which does not belong to us.

Please revoke the manual penalty placed on our website immediately as it is causing us significant damages on a daily basis.

Modified: 2014-11-14 7:19
Notified: 2014-11-14 7:19 -
Assignee: bfalls
Status: REINCLUDED
Comments:

Falls Decl. Ex. J





Falls Decl. Ex. L