# RAFFERTY EXHIBIT 22

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**E-VENTURES WORLDWIDE, LLC,**

     **Plaintiff,**

**v.**                                **Case No. 2:14-cv-646-FtM-29CM**

**GOOGLE INC.,**                  **Some Responses HIGHLY**
                                          **CONFIDENTIAL – ATTORNEYS'**
     **Defendant.**                     **EYES ONLY**

_____/

## GOOGLE INC.'S RESPONSES AND
## OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant Google Inc. ("Google"), by the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 36, hereby serves these responses and objections to Plaintiff e-ventures Worldwide, LLC's First Set of Requests for Admission propounded October 14, 2016.

## GENERAL OBJECTION

Google asserts the following General Objection to Plaintiff's First Set of Requests for Admission (the "Requests"), which is incorporated by reference into the response to each individual request below.

Google objects on the basis that the Requests were served one month before the close of discovery, and over a year after discovery opened. Given the number of requests and volume of material requested, nearly all of which could have been the subject of prior discovery requests, the timing of these requests is improper and imposes a severe burden on Google.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.      Google objects to the "Definitions and Instructions" to the extent that they purport to impose obligations that differ from or exceed the obligations imposed by the Federal Rules of Civil Procedure.

2.      Google objects to the definitions of "You," "Your," and "Google" as overbroad and unduly burdensome. Google further objects to these definitions on the basis that by including "attorneys" they seek information protected by the attorney-client and work product privileges.

3.      Google does not represent that its understanding or use of terms contained in the Requests accords with the meaning intended by Plaintiff.

**SPECIFIC OBJECTIONS AND RESPONSES**

**Request for Admission No. 1**. Google does not generate revenue from clicks to organic results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "clicks" and "organic results."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that the mere fact of a click on an organic search result does not produce revenue for Google.

**Request for Admission No. 2**. Google generates less revenue from organic traffic than Google's AdWords Program.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "organic traffic." Google further objects that, pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case.

Subject to and without waiver of the foregoing objections, Google admits the request.

**Request for Admission No. 3**. Google's AdWords Program is a pay per click advertising platform.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "pay per click advertising platform." Google further objects that, pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google denies that "pay per click" is the sole basis under which parties may participate in the AdWords Program.

**Request for Admission No. 4**. In 2015, Google received compensation from e-ventures under the Google AdWords Program.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "received compensation." Google further objects that, pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case. Google further objects that e-ventures has provided neither the AdWords account numbers for any accounts it possessed as of 2015 nor the URLs associated with any such AdWords accounts.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that, following the September 19, 2014 removal of e-ventures' websites, on September 20, 2014 Google blocked ads associated with topseos.com.au from appearing in Google's AdWords program. Google further admits that on September 30, 2014, Google blocked ads associated with topseos.com from appearing in Google's AdWords program. Google further admits that on October 23, 2014, Google blocked ads associated with bestwebdesignagencies.com from appearing in Google's AdWords program. Google further admits that, as e-ventures' websites were relisted in Google's natural search results, these blocks were removed.  Google further admits that on November 13, 2014, it lifted the AdWords block on topseos.com.au. Google further admits that on November 6, 2014, it lifted the AdWords block on topseos.com. Google further admits that on November 10, 2016, it lifted the AdWords block on bestwebdesignagencies.com. Google otherwise lacks sufficient information to admit or deny the request.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 4 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 5**. After removing the Removed Websites, Google received compensation from eventures under the Google AdWords Program.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "received compensation." Google further objects that, pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case. Google further objects to this request to the extent it implies a connection between the removal of the Removed Websites and any activity by e-ventures under Google's AdWords Program. Google further objects that e-ventures has provided neither the AdWords account numbers for any accounts it may have possessed following the Removal action nor the URLs associated with such AdWords accounts.

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 4 above.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 5 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 6**. In the period between Google's removing topseos.com from Google's search results and Google's reinstating topseos.com into Google's search results,

Google received compensation from e-ventures due to topseos.com's participation in the AdWords Program.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "received compensation." Google further objects that, pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case. Google further objects to this request to the extent it implies a connection between the removal of topseos.com and any activity by e-ventures under Google's AdWords Program. Google further objects that e-ventures has not provided the AdWords account numbers for any AdWords accounts associated with topseos.com.

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 4 above.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 6 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 7**. Google received compensation from e-ventures after Google removed the Removed Websites from Google's organic search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "received compensation" and "organic search results." Google further objects to this request to the extent it seeks an admission regarding Google's AdWords program. Pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case. Google further objects to this request to the extent it implies a connection between the removal of the Removed Websites and any compensation given to Google by e-ventures. Google further objects that e-ventures has provided neither the AdWords account numbers for any accounts it may have possessed following the Removal action nor the URLs associated with such AdWords accounts. Google further objects because it lacks sufficient information to either admit or deny this request to the extent it seeks information regarding other "compensation" because the request does not identify what "compensation" means.

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 4 above.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 7 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 8**. Google received compensation from the network of sites associated with eventures after Google removed the Removed Websites from Google's organic search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "received compensation," "network of sites associated with eventures" and "organic search results." Google further objects to this request to the extent it seeks an admission regarding Google's AdWords program. Pursuant to statements by e-ventures and the Court's Order of October 19, 2015, Google's AdWords Program is not part of this case. Google further objects to this request to the extent it implies a connection between the removal of the Removed Websites and any compensation given to Google by e-ventures. Google further objects that e-ventures has provided neither the AdWords account numbers for any accounts it may have possessed following the Removal action nor the URLs associated with such AdWords accounts. Google further objects because it lacks sufficient information to either admit or deny this request because the request does not identify what "compensation" means. Google further lacks sufficient information to either admit or deny this request because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, and Google therefore lacks sufficient information to determine the meaning of "network of sites associated with eventures."

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 4 above.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 8 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 9**. Google has treated websites owned by entities in which Google has a beneficial interest differently from websites not owned by entities in which Google has a beneficial interest with respect to removing manual penalties.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "entities," "beneficial interest" and "with respect to removing manual penalties."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 10**. Google has treated websites owned by entities in which Google has a beneficial interest differently from websites not owned by entities in which Google has a beneficial interest with respect to organic results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "entities," "beneficial interest" and "with respect to removing manual penalties." Google further objects to this request on the basis that this request is neither relevant to any party's claims or defense nor proportional to the needs of the case. In particular, Google objects that its ranking decisions are not the subject of e-ventures' Complaint. Google further objects that Google's actions regarding third party websites are not relevant to the case. Google further objects that, pursuant to Court's May 12, 2016 order on the Motion to Dismiss, its ranking decisions are opinions protected by the First Amendment.

Subject to and without waiver of the foregoing objections, Google admits that Google has at times taken stricter action against itself than it would have against a third-party website.

**Request for Admission No. 11**. Google's public Webmaster Guidelines are not identical to Google's internal Webmaster Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "internal Webmaster Guidelines."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that its internal guidelines for SQE analysts contain additional training material and details, including examples and anecdotes, that are not presented in its public facing Webmaster Guidelines. Google admits that its internal guidelines for SQE analysts contain training examples, internal tool usage instructions, and sensitive details about signals, that if publicly revealed and known by spammers, would make abuse fighting much harder. Google otherwise denies the request.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 11 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 12**. Google's Quality Guidelines are not identical to Google's internal Quality Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "internal Quality Guidelines."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that its internal guidelines for SQE analysts contain additional training material and details, including examples and anecdotes, that are not presented in its public facing Quality Guidelines. Google admits that its internal guidelines for SQE analysts contain training examples, internal tool usage instructions, and sensitive details about signals, that if publicly revealed and known by spammers, would make abuse fighting much harder. Google otherwise denies the request.

**Pursuant to the Protective Order entered in this case, Google designates its response to Request for Admission No. 12 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.**

**Request for Admission No. 13**. Google has changed the Google Webmaster Tool Guidelines more than 100 times since 2004.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "Google Webmaster Tool Guidelines," and "changed." In particular, Google objects that the request does not indicate whether individual edits to the

Guildelines should be counted as individual changes, or whether the request considers changes made as part of the same update as one change.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that since 2004 it has updated its Webmaster Guidelines to add more clarification on certain points; to provide guidance on new technological developments, like mobile websites; and to fix formatting, spelling, and grammatical errors. Google admits that when it has made substantive changes to its Webmaster Guidelines, it has identified the changes to the public. Google admits that since 2004 these individual changes, including fixes to spelling and punctuation, total more than 100 changes. Google denies the request to the extent it implies that the policies e-ventures violated were not present in the Webmaster Guidelines consistently from 2014 to the present.

**Request for Admission No. 14**. Google's public Webmaster Guidelines fail to identify each and every principle, practice, technique or guideline by which Google may remove, whether by algorithmic or manual action, a website from the Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "principle, practice, technique or guideline" and "algorithmic." Google further objects to this request on the basis that this request is neither relevant to any party's claims or defense nor proportional to the needs of the case.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it informs the public that while it lists and describes numerous, specific practices that violate its guidelines, it cautions that this list is not comprehensive, and that Google informs the public that it reserves the right to exercise its judgment in taking action to preserve the quality of its search results and protect its users. Google admits that spammers and others seeking to manipulate Google's search results are constantly trying new techniques, and that Google is forced to take action in response to evolving and changing schemes. Google further admits that it may remove content from its search results for reasons not listed in its Webmaster Guidelines but listed in other public policies, such as in response to court order or other legal process or to address security concerns. Google otherwise denies the request.

**Request for Admission No. 15**. Google's public Webmaster Guidelines are not exhaustive.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "exhaustive."

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 14 above.

**Request for Admission No. 16**. Google's public Webmaster Guidelines are open-ended.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "open-ended."

Subject to and without waiver of the foregoing objections, Google responds as follows:

See response to Request No. 14 above.

**Request for Admission No. 17**. After this lawsuit was commenced, Google provided e-ventures with information not previously provided to e-ventures and not specifically included in Google's public Webmaster Guidelines during the parties reconsideration request communications.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague and ambiguous. Google further objects to this request to the extent that it suggests a connection between the filing of this lawsuit and Google's communications with e-ventures during the reconsideration process.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that the policies at issue in the removal of e-ventures' websites, such as policies against link schemes, scraped content, and doorway domains, are clearly stated in its Webmaster and Quality Guidelines. Google further admits that when it notified e-ventures of the removal of its websites, Google identified the basis for the removal. Google further admits that as part of e-ventures' requests for reconsideration Google provided specific details to e-ventures identifying problems on particular e-ventures websites, and that Google's public Webmaster Guidelines do not describe e-ventures' websites. Google admits that some of its communications with e-ventures during the reconsideration process occurred after the filing of this lawsuit. Google otherwise denies the request.

**Request for Admission No. 18**. Google received a complaint from Vizion Interactive on an e-ventures web spam issue in or around August 2014.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "e-ventures web spam issue."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 19**. Google received a complaint from Vizion Interactive on an e-ventures web spam issue in or around September 2014.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "e-ventures web spam issue."

Subject to and without waiver of the foregoing objections, Google admits the request.

**Request for Admission No. 20**. Google has never violated its Webmaster Guidelines or Quality Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "violated." Google further objects that the request is limited in temporal scope. Google further objects to this request on the basis that this request is neither relevant to any party's claims or defense nor proportional to the needs of the case.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 21**. Google has never penalized websites owned by entities in which Google has a beneficial interest for violations of Google's Webmaster or Quality Guidelines on websites owned by Google.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "entities," "beneficial interest," and "violations." Google further objects that the request is vague and ambiguous in its entirety. Google further objects that the request is not limited in temporal scope. Google further objects to this request on the basis that this request is neither relevant to any party's claims or defense nor proportional to the needs of the case.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 22**. Google removed from Google's search results all domains owned by e-ventures in the Google Webmaster Tools account owned by analytics@topseos.com.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "owned."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it took the removal actions described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction. Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to admit or deny the request.

**Request for Admission No. 23**. Google removed from Google's search results all domains associated with Jeev Trika in the Google Webmaster Tools account owned by analytics@topseos.com.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "associated with" and "owned."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it took the removal actions described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for

Preliminary Injunction Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to admit or deny the request.

**Request for Admission No. 24**. Google applied a manual pure spam penalty on all domains under the Google Webmaster Tools account owned by analytics@topseos.com

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "owned." Google further objects to the request to the extent it suggests Google could determine every domain owned by the analytics@topseos.com Webmaster Tools account. Google further objects to the request to the extent it suggests Google's actions were motivated by the ownership of the websites.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it took the removal actions described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction. Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to admit or deny the request.

**Request for Admission No. 25**. Google applied manual penalties on all domains under the Google Webmaster Tools account associated with analytics@topseos.com for efficiency reasons.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "efficiency reasons" and "associated with."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it took the removal actions described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction. Google denies the request to the extent it suggests that Google did not review the removed websites or failed to determine that each of the removed websites actually violated Google's guidelines. Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to admit or deny the request.

**Request for Admission No. 26**. Google did not review content on each and every domain in the Google Webmaster Tools account associated with analytics@topseos.com prior to removing the domain from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "associated with."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 27**. Google penalized all domains under the Google Webmaster Tools account associated with analytics@topseos.com without first checking if those domains were owned by e-ventures.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "associated with" and "owned." Google further objects to the request to the extent it suggests Google could determine whether a particular domain is owned by e-ventures. Google further objects to the request to the extent it suggests Google's actions were motivated by the ownership of the websites.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that, as part of its investigation of the Removed Websites, in confirmed that all of Removed Websites had evidence of being part of a network of websites. Google otherwise denies the request.

**Request for Admission No. 28**. Google has manually penalized websites that have not violated Google Webmaster or Quality Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "penalized" and "violated." Google further objects that Google's actions regarding third party websites are not relevant to the case. Google further objects to the request to the extent that it includes ranking decisions in the definition of "penalized." In particular, Google objects that, pursuant to Court's May 12, 2016 order on the Motion to Dismiss, its ranking decisions are opinions protected by the First Amendment.

Subject to and without waiver of the foregoing objections, Google denies the request. To the extent Google manually penalizes a website, it is because its investigation has revealed violations of Google's Webmaster and Quality Guidelines.

**Request for Admission No. 29**. Google does not follow-up on all "anonymous tips" alleging violations of Google Webmaster or Quality Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "anonymous tips" "follow-up," "violations." Google further objects that Google's actions regarding third party websites are not relevant to the case.

**Request for Admission No. 30**. A Google Webmaster Tools account requires the account's owner to adjust the account's notification setting in order to receive notifications of violations of Google Webmaster or Quality Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "notification setting," "receive notifications," and "violations." Google further objects that Google's actions regarding third party websites are not relevant to the case.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google denies that Webmaster Tools account owners need to change their settings to receive notifications in their Webmaster Tools account of penalties imposed on their websites. Because of the vagueness of the term "receive notifications," Google lacks information to otherwise admit or deny the request.

**Request for Admission No. 31**. If an owner of a Webmaster Tools account does not adjust notification settings to receive notification of violations of Google Webmaster or Quality Guidelines, Google will not otherwise notify that owner of a domain's removal from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "notification settings," "receive notification," "notify," and "violations." Google further objects that Google's actions regarding third party websites are not relevant to the case.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google denies that Webmaster Tools account owners need to change their settings to receive notifications in their Webmaster Tools account of penalties imposed on their websites. Google admits that, outside of the Webmaster Tools account and any contact information provided in that account, it lacks other contact information for account owners. Because of the vagueness of the term "receive notifications" Google lacks information to otherwise admit or deny the request.

**Request for Admission No. 32**. e-ventures made multiple attempts to contact Google after Google removed the Removed Websites from Google's search results.

Subject to and without waiver of the foregoing general objections, Google admits the request.

**Request for Admission No. 33**. Google did not respond to every e-venture request for reconsideration.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague and ambiguous as to "respond."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it responded to e-ventures' reconsideration requests as described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction. Because the request is vague and ambiguous as to "respond," Google otherwise lacks information sufficient to admit or deny this request.

**Request for Admission No. 34**. Google received multiple requests for reconsideration from e-ventures before Google suggested specific changes to e-ventures.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague and ambiguous. Google further objects to this request to the extent it implies significant time passed between individual reconsideration requests e-ventures submitted.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it responded to e-ventures' reconsideration requests as described in Google Inc.'s Amended Responses and Objections to Plaintiff's First Set of Interrogatories and the Declaration of Brandon Falls in Support of Defendant Google Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunctions. Google further admits that because e-ventures submitted multiple reconsideration requests at once, Google received multiple reconsideration requests before it responded to those requests.

**Request for Admission No. 35**. e-ventures made Google's requested changes to the Removed Websites within 24 hours on every occasion.

Subject to and without waiver of the foregoing general objections, Google denies the request.

**Request for Admission No. 36**. The domains associated with the Google Webmaster Tools account analytics@topseos.com did not recover the same amount of traffic from Google.com after making the specific recommendations suggested by Google.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "recover" and "specific recommendations." Google further objects to this request to the extent it implies e-ventures made all changes requested or suggested by Google. Google further objects to this request to the extent it suggests e-ventures did not affirmatively abandon attempts to fix violations on some its websites. Google further objects to this request to the extent it suggests no other factors besides Google's actions have an effect on the traffic received by e-ventures' websites. Google further objects that that this request is vague as to time.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google does not know the details of the traffic on e-ventures' websites. To the extent e-ventures has traffic data through a Google Analytics account, that data is in the possession, custody, and control of e-ventures, not Google. Accordingly, Google lacks sufficient information to admit or deny the request.

**Request for Admission No. 37**. Web properties, such as Google.com, generate revenue from traffic.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "generate revenue from traffic." Google further objects to this request on the grounds that it asks about all web properties generally, including web properties Google has no control over or knowledge about. Google further objects to the request on the

grounds that it seeks a general admission about web properties on a subject where the answer may vary per individual web property.

**Request for Admission No. 38**. Google provides online publishing and advertising services.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "online publishing and advertising services."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it offers Internet-related services and products that include online advertising technologies, search, cloud computing, software, and hardware.

**Request for Admission No. 39**. e-ventures provides online publishing and advertising services.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "online publishing and advertising services."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that e-ventures alleges in its complaint that it is an "online publishing and research firm" that "reviews products and services in specific industries." Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to otherwise admit or deny the request.

**Request for Admission No. 40**. e-ventures is an online publishing and research firm that reviews products and services in specific industries.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "online publishing and research." Google further objects to this request to the extent it conflicts with the statement in Request for Admission 39.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that e-ventures alleges in its complaint that it is an "online publishing and research firm" that "reviews products and services in specific industries." Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to otherwise admit or deny the request.

**Request for Admission No. 41**. More than half of Google's revenues are derived from Google's online advertising services.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "derived" and "online advertising services." Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case.

Subject to and without waiver of the foregoing objections, Google admits the request.

**Request for Admission No. 42**. Over 90% of Google's revenues are derived from Google's online advertising services.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "derived" and "online advertising services." Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 43**. E-ventures specializes in publications concerning the "search engine optimization" industry.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "concerning" and "'search engine optimization' industry."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that e-ventures alleges in its complaint that it is an "online publishing and research firm" that "reviews products and services in specific industries," and it "specializes in publications concerning the 'search engine optimization' or 'SEO' industry." Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to otherwise admit or deny the request.

**Request for Admission No. 44**. Search engine optimization services advertised on e-ventures' websites reduce Google's revenues.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "search engine optimization services" and "reduce."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 45**. e-ventures publishes information online designed to assist third parties in achieving increased website visibility on Google.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague and ambiguous as to "increased website visibility" and "on Google."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that e-ventures alleges in its complaint that it is an "online publishing and research firm" that "reviews products and services in specific industries," and it "specializes in publications concerning the 'search engine optimization' or 'SEO' industry." Because e-ventures has not yet produced all discovery in its possession that is responsive to the requests Google has propounded, Google otherwise lacks information to otherwise admit or deny the request.

**Request for Admission No. 46**. Google publishes information online designed to assist third parties in achieving increased website visibility on Google.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague and ambiguous as to "increased website visibility" and "on Google."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it provides information online about how its search results work, about how third parties can design high-quality websites, and about how third parties can comply with Google's policies.

**Request for Admission No. 47**. Google charges an advertiser under Google's AdWords Program and collects a profit each and every time a consumer clicks on a link to the advertiser's website.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "charges an advertiser" and "collects."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 48**. Google and e-ventures are competitors in the website advertising industry.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "website advertising industry."

Subject to and without waiver of the foregoing objections, and based on Google's understanding of e-ventures' business from e-ventures' limited discovery responses to date, Google denies the request.

**Request for Admission No. 49**. As a result of Google's decision to remove the Removed Websites from Google's search results, none of the Removed Websites would be included in any search result on Google.com.

Subject to and without waiver of the foregoing objections, Google admits that after it manually removed the Removed Websites, but before any such Removed Websites were relisted during the reconsideration process, those websites would not appear in Google's natural search results.

**Request for Admission No. 50**. Google possessed a document entitled "Customer List 8-5-14(1).xlsx" prior to removing the Removed Websites from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "possessed." Google further objects to this request to the extent it implies a causal connection between the Customer List 8-5-14(1).xlsx document and the removal of the Removed Websites.

Subject to and without waiver of the foregoing objections, Google admits that the Customer List 8-5-14(1).xlsx document was attached to an email sent to Google on September 15, 2014 by Mark Jackson. Google otherwise denies the request. In particular, Google denies that Brandon Falls, Brian White, or Cody Kwok took the document in question into consideration in connection with the Removal Action.

**Request for Admission No. 51**. Google believes that a website has more visibility on Google's search results than not on Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "visibility" and "on Google's search results." Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case.

**Request for Admission No. 52**. Google did not penalize every domain that violated Google Webmaster Guidelines in September 2014.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "penalize" and "violated." Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case. In particular, Google's actions towards third party websites are not relevant to this case. Google further objects to the request to the extent it seeks an admission regarding Google's ranking decisions. Pursuant to Court's May 12, 2016 order on the Motion to Dismiss, Google's ranking decisions are opinions protected by the First Amendment.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that in September 2014 it took appropriate action with respect to all domains that Google was aware were violating Google's Webmaster Guidelines. Google admits that it did not take action with respect to websites in September 2014 where Google was not aware of any violation of Google's Webmaster Guidelines. Google denies the request to the extent it assumes Google is aware of all websites on the Internet that are in violation of Google's Webmaster Guidelines, or that it has some obligation to have such awareness.

**Request for Admission No. 53**. Google did not penalize every domain that violated Google Webmaster Guidelines in October 2014.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "penalize" and "violated." Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case. In particular, Google's actions towards third party websites are not relevant to this case. Google further objects to the request to the extent it seeks an admission regarding Google's ranking decisions. Pursuant to Court's May 12, 2016 order on the Motion to Dismiss, Google's ranking decisions are opinions protected by the First Amendment.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that in October 2014 it took appropriate action with respect to all domains that Google was aware were violating Google's Webmaster Guidelines. Google admits that it did not take action with respect to websites in October 2014 where Google was not aware of any violation of Google's Webmaster Guidelines. Google denies the request to the extent it assumes Google is aware of all websites on the Internet that are in violation of Google's Webmaster Guidelines, or that it has some obligation to have such awareness.

**Request for Admission No. 54**. Google has websites on Google.com that still remain in its index today that have violated Google Webmaster Guidelines.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "Google has websites," "remain in its index," and "violated." In particular, Google objects that it cannot determine whether this request seeks an admission regarding Google owned websites or websites in Google's search index generally. Google further objects that this request seeks information that is neither relevant to any party's claims or defense nor proportional to the needs of the case. Google further objects to the request that it has no temporal limitations on "violated Google Webmaster Guidelines."

**Request for Admission No. 55**. Third-parties influenced Google's decision to remove the Removed Websites.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "influenced" and "Third-parties."

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google admits that it received information from a third party regarding the Removed Websites prior to their removal. Google denies that it began investigating the Removed Websites as a result of the received information. Google admits that the received information corroborated the results of Google's investigation into the Removed Websites. Google otherwise denies the request.

**Request for Admission No. 56**. Google never communicated an accusation of e-ventures' engaging in "spam."

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "communicated" and "engaging in 'spam.'" Google further objects that this request has no temporal limitations.

Subject to and without waiver of the foregoing objections, Google responds as follows:

Google denies that it never told e-ventures privately that e-ventures' websites were engaging in pure spam. Google admits that it never made a public statement regarding the removal of the Removed Websites.

**Request for Admission No. 57**. Google did not provide e-ventures with a basis for the removal of each of the Removed Websites.

Subject to and without waiver of the foregoing general objections, Google denies the request.

**Request for Admission No. 58**. Google applied algorithmic penalties to domains under the Google Webmaster Tools account associated with the account analytics@topseos.com.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "algorithmic penalties" and is vague as to temporal scope. Google further objects to the request to the extent it seeks an admission regarding Google's ranking decisions. Pursuant to Court's May 12, 2016 order on the Motion to Dismiss, Google's ranking decisions are opinions protected by the First Amendment.

**Request for Admission No. 59**. There were no written communications by, between or among Google employees identifying a basis for removal for each of the Removed Websites prior to Google's removing them from search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "basis for removal" and "for each of the Removed Websites."

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 60**. There were no verbal communications between Google employees about the Removed Websites prior to Google's removing them from search results.

Subject to and without waiver of the foregoing general objections, Google denies the request.

**Request for Admission No. 61**. Google did not review content on azentec.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 62**. Google did not review content on best3dwebdesignservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 63**. Google did not review content on bestachprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 64**. Google did not review content on bestachprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 65**. Google did not review content on bestadvertisingnetworks.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 66**. Google did not review content on bestaffiliatemarketingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 67**. Google did not review content on bestandroiddevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 68**. Google did not review content on bestaspnetdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 69**. Google did not review content on bestattorneysonline.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 70**. Google did not review content on bestbankruptcylawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 71**. Google did not review content on bestblackberrydevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 72**. Google did not review content on bestbrandingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 73**. Google did not review content on bestcakephpdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 74**. Google did not review content on bestcalltrackingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 75**. Google did not review content on bestcashadvancecompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 76**. Google did not review content on bestcheckprocessingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 77**. Google did not review content on bestcivilrightslawyers.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 78**. Google did not review content on bestcoldfusiondevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 79**. Google did not review content on bestconciergeservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 80**. Google did not review content on bestconstructionattorneys.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 81**. Google did not review content on bestcontextualadvertisingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 82**. Google did not review content on bestconversionrateoptimizationfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 83**. Google did not review content on bestcreditcardprocessingservices.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 84**. Google did not review content on bestcreditcardprocessors.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 85**. Google did not review content on bestcriminaldefenselawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 86**. Google did not review content on bestdigitalmarketingagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 87**. Google did not review content on bestdivorcelawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 88**. Google did not review content on bestdjangodevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 89**. Google did not review content on bestdrupaldevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 90**. Google did not review content on bestecommerceseoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 91**. Google did not review content on bestemailmarketingagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 92**. Google did not review content on bestemailmarketingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 93**. Google did not review content on bestemploymentlawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 94**. Google did not review content on bestemvcomplianceservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 95**. Google did not review content on bestentertainmentlawyers.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 96**. Google did not review content on bestenvironmentalattorneys.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 97**. Google did not review content on bestequipmentleasingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 98**. Google did not review content on bestestatelawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 99**. Google did not review content on bestexplainervideoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 100**. Google did not review content on bestfacebookdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 101**. Google did not review content on bestflashdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 102**. Google did not review content on bestfrauddetectionservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 103**. Google did not review content on bestgamedevelopmentagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 104**. Google did not review content on bestgamedevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 105**. Google did not review content on bestgiftcardservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 106**. Google did not review content on besthighriskprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 107**. Google did not review content on besthighriskprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 108**. Google did not review content on besthosts.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 109**. Google did not review content on bestimmigrationlegalservices.com/ prior to removing it from Google's search results

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 110**. Google did not review content on bestinfographicdesignservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 111**. Google did not review content on bestinsurancecompaniesonline.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 112**. Google did not review content on bestinternationalpaymentprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 113**. Google did not review content on bestinternationalseoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 114**. Google did not review content on bestinternetlawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 115**. Google did not review content on bestipaddevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 116**. Google did not review content on bestiphonedevelopers-australia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 117**. Google did not review content on bestiphonedevelopers.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 118**. Google did not review content on bestiphonedevelopers.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 119**. Google did not review content on bestiphonedevelopers.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 120**. Google did not review content on bestiphonedevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 121**. Google did not review content on bestiplawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 122**. Google did not review content on bestjoomladevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 123**. Google did not review content on bestlandingpageoptimizationservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 124**. Google did not review content on bestleadcapturesoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 125**. Google did not review content on bestlinkbuildingcompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 126**. Google did not review content on bestlinkbuildingcompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 127**. Google did not review content on bestlinkbuildingcompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 128**. Google did not review content on bestlinkbuildingcompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 129**. Google did not review content on bestlinkbuildingcompaniesindia.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 130**. Google did not review content on bestlinkbuildingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 131**. Google did not review content on bestlocalseoagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 132**. Google did not review content on bestlocalseoagenciescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 133**. Google did not review content on bestlocalseocompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 134**. Google did not review content on bestlocalseocompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 135**. Google did not review content on bestlocalseocompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 136**. Google did not review content on bestlocalseocompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 137**. Google did not review content on bestlocalseofirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 138**. Google did not review content on bestmagentodevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 139**. Google did not review content on bestmarketingautomationsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 140**. Google did not review content on bestmarketingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 141**. Google did not review content on bestmedicalmalpracticelawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 142**. Google did not review content on bestmerchantcashadvanceservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 143**. Google did not review content on bestmerchantservicereviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 144**. Google did not review content on bestmerchantservicescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 145**. Google did not review content on bestmerchantservicesguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 146**. Google did not review content on bestmicropaymentsolutions.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 147**. Google did not review content on bestmilitaryattorneys.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 148**. Google did not review content on bestmobilecreditcardprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 149**. Google did not review content on bestmobilemarketingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 150**. Google did not review content on bestmobileprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 151**. Google did not review content on bestmobilewebdevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 152**. Google did not review content on bestofluxury.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 153**. Google did not review content on bestofluxuryrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 154**. Google did not review content on bestonlinebankdepositservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 155**. Google did not review content on bestonlinecreditcardprocessingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 156**. Google did not review content on bestonlinecreditcardprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 157**. Google did not review content on bestoscommercedevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 158**. Google did not review content on bestpayforperformanceseoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 159**. Google did not review content on bestpaymentgatewayservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 160**. Google did not review content on bestpaymentplatforms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 161**. Google did not review content on bestpayrollcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 162**. Google did not review content on bestpayrollservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 163**. Google did not review content on bestpcicompliancecompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 164**. Google did not review content on bestpcicomplianceservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 165**. Google did not review content on bestphpdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 166**. Google did not review content on bestposcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 167**. Google did not review content on bestpossystemcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 168**. Google did not review content on bestppcagencies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 169**. Google did not review content on bestppcagenciesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 170**. Google did not review content on bestppcagenciescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 171**. Google did not review content on bestppcbidmanagementsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 172**. Google did not review content on bestppcbidmanagementtools.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 173**. Google did not review content on bestppccompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 174**. Google did not review content on bestppccompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 175**. Google did not review content on bestppccompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 176**. Google did not review content on bestppccompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 177**. Google did not review content on bestppccompaniesindia.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 178**. Google did not review content on bestppcmanagementcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 179**. Google did not review content on bestppcmanagementfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 180**. Google did not review content on bestppcs.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 181**. Google did not review content on bestprcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 182**. Google did not review content on bestprivatejetservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 183**. Google did not review content on bestpsdtohtmlservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 184**. Google did not review content on bestrankcheckingsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 185**. Google did not review content on bestrealestatelawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 186**. Google did not review content on bestreputationamangementservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 187**. Google did not review content on bestreputationmanagementagencies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 188**. Google did not review content on bestreputationmanagementagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 189**. Google did not review content on bestreputationmanagementagenciescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 190**. Google did not review content on bestreputationmanagementcompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 191**. Google did not review content on bestreputationmanagementcompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 192**. Google did not review content on bestreputationmanagementcompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 193**. Google did not review content on bestreputationmanagementcompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 194**. Google did not review content on bestreputationmanagementservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 195**. Google did not review content on bestreputationmanagmentagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 196**. Google did not review content on bestresponsivewebdesignfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 197**. Google did not review content on bestresponsivewebdesignservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 198**. Google did not review content on bestretailcreditcardprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 199**. Google did not review content on bestretailprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 200**. Google did not review content on bestretirementdestinations.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 201**. Google did not review content on bestretirementrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 202**. Google did not review content on bestrubyonrailsdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 203**. Google did not review content on bestsecuritieslawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 204**. Google did not review content on bestseoagencies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 205**. Google did not review content on bestseoagenciesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 206**. Google did not review content on bestseoagenciesindia.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 207**. Google did not review content on bestseocompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 208**. Google did not review content on bestseocompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 209**. Google did not review content on bestseocompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 210**. Google did not review content on bestseocompaniesguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 211**. Google did not review content on bestseocompaniesindia.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 212**. Google did not review content on bestseocompaniesrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 213**. Google did not review content on bestseocompaniesreviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 214**. Google did not review content on bestseoconsultants.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 215**. Google did not review content on bestseoconsulting.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 216**. Google did not review content on bestseocopywritingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 217**. Google did not review content on bestseofirms.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 218**. Google did not review content on bestseofirmscanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 219**. Google did not review content on bestseoresellers.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 220**. Google did not review content on bestseos-australia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 221**. Google did not review content on bestseos-canada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 222**. Google did not review content on bestseos-india.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 223**. Google did not review content on bestseos-uk.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 224**. Google did not review content on bestseos.co.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 225**. Google did not review content on bestseos.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 226**. Google did not review content on bestseos.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 227**. Google did not review content on bestseoscanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 228**. Google did not review content on bestseosguide-australia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 229**. Google did not review content on bestseosguide-canada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 230**. Google did not review content on bestseosguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 231**. Google did not review content on bestseosguide.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 232**. Google did not review content on bestseosoftwarecomparison.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 233**. Google did not review content on bestseosoftwarevendors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 234**. Google did not review content on bestsharepointdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 235**. Google did not review content on bestsmallbusinessloanproviders.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 236**. Google did not review content on bestsocialmediamanagementsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 237**. Google did not review content on bestsocialmediamarketingagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 238**. Google did not review content on bestsocialmediamarketingcompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 239**. Google did not review content on bestsocialmediamarketingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 240**. Google did not review content on bestsocialmediamarketingcompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 241**. Google did not review content on bestsocialmediamarketingcompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 242**. Google did not review content on bestsocialmediamarketingcompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 243**. Google did not review content on bestsymfonydevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 244**. Google did not review content on besttaxlegalservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 245**. Google did not review content on bestuserinterfacedesigncompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 246**. Google did not review content on bestvideoproductionservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 247**. Google did not review content on bestvideoseoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 248**. Google did not review content on bestwebanalyticssoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 249**. Google did not review content on bestwebdesignagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 250**. Google did not review content on bestwebdesignagencies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 251**. Google did not review content on bestwebdesignagenciesguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 252**. Google did not review content on bestwebdesigncompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 253**. Google did not review content on bestwebdesigncompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 254**. Google did not review content on bestwebdesigncompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 255**. Google did not review content on bestwebdesigncompanyreviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 256**. Google did not review content on bestwebdesignfirms.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 257**. Google did not review content on bestwebdesignfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 258**. Google did not review content on bestwebdevelopmentagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 259**. Google did not review content on bestwebdevelopmentcompanies.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 260**. Google did not review content on bestwebdevelopmentcompanies.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 261**. Google did not review content on bestwebdevelopmentcompaniesaustralia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 262**. Google did not review content on bestwebdevelopmentcompaniescanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 263**. Google did not review content on bestwebdevelopmentfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 264**. Google did not review content on bestwebdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 265**. Google did not review content on bestwebhostingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 266**. Google did not review content on bestwebsitedesignagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 267**. Google did not review content on bestwebsitedesignfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 268**. Google did not review content on bestwebstrategyservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 269**. Google did not review content on bestwindowsphonedevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 270**. Google did not review content on bestwordpressdevelopmentservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 271**. Google did not review content on bwda-australia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 272**. Google did not review content on bwda-canada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 273**. Google did not review content on bwdafirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 274**. Google did not review content on bwdaguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 275**. Google did not review content on bwdanews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 276**. Google did not review content on bwdarankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 277**. Google did not review content on bwdaratings.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 278**. Google did not review content on bwdaratings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 279**. Google did not review content on bwdaratings.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 280**. Google did not review content on bwdareports.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 281**. Google did not review content on collegecompare.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 282**. Google did not review content on comparesem.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 283**. Google did not review content on creditcardprocessingratings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 284**. Google did not review content on creditcardprocessingservices.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 285**. Google did not review content on creditcardprocessorreviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 286**. Google did not review content on creditcardprocessorsguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 287**. Google did not review content on digitaladsmart.co/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 288**. Google did not review content on digitaladsmart.info/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 289**. Google did not review content on digitaladsmart.net/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 290**. Google did not review content on digitaladsmart.org/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 291**. Google did not review content on digitaladsmarts.co/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 292**. Google did not review content on digitaladsmarts.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 293**. Google did not review content on digitaladsmarts.mobi/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 294**. Google did not review content on digitaladsmarts.net/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 295**. Google did not review content on digitaladsmarts.org/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 296**. Google did not review content on employerpicks.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 297**. Google did not review content on eventuresworldwide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 298**. Google did not review content on evenww.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 299**. Google did not review content on franchisereviewer.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 300**. Google did not review content on germanytopseos.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 301**. Google did not review content on leadcapturesoftwarereviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 302**. Google did not review content on merchantcashadvancefirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 303**. Google did not review content on merchantservicesspecialists.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 304**. Google did not review content on news-prs.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 305**. Google did not review content on onlinemarketingforsmbs.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 306**. Google did not review content on onlinemarketingforsmbs.net/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 307**. Google did not review content on onlinemarketingprinciples.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 308**. Google did not review content on onlinemarketingstandard.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 309**. Google did not review content on onlinemarketingstandard.net/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 310**. Google did not review content on onlinemarketingstandard.org/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 311**. Google did not review content on onlinemarketingstandard.us/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 312**. Google did not review content on payperclickdeals.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 313**. Google did not review content on payperclickforums.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 314**. Google did not review content on payperclickuniverse.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 315**. Google did not review content on ppcuniverse.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 316**. Google did not review content on predictgooglerank.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 317**. Google did not review content on predictgoogleranking.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 318**. Google did not review content on purchasesite.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 319**. Google did not review content on reviewauthority.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 320**. Google did not review content on searchmarketingmag.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 321**. Google did not review content on searchmarketingmagazine.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 322**. Google did not review content on searchmarketingstandard.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 323**. Google did not review content on semcompare.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 324**. Google did not review content on seoconsultants.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 325**. Google did not review content on seoportal.biz/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 326**. Google did not review content on seoportal.info/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 327**. Google did not review content on seoportal.org/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 328**. Google did not review content on seoportal.us/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 329**. Google did not review content on tccp-reports.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 330**. Google did not review content on tccpfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 331**. Google did not review content on tccpguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 332**. Google did not review content on tccpnews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 333**. Google did not review content on tccprankings.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 334**. Google did not review content on tccprankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 335**. Google did not review content on tccpratings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 336**. Google did not review content on tccpreports.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 337**. Google did not review content on tccpservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 338**. Google did not review content on top10personalinjuryattorneys.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 339**. Google did not review content on topaccountingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 340**. Google did not review content on topbrandingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 341**. Google did not review content on topbusinesslawfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 342**. Google did not review content on topcallcenters.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 343**. Google did not review content on topcalltrackingsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 344**. Google did not review content on topcreditcardprocessingservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 345**. Google did not review content on topcreditcardprocessors-us.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 346**. Google did not review content on topcreditcardprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 347**. Google did not review content on topcreditcardprocessorscanada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 348**. Google did not review content on topcreditcardprocessorsguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 349**. Google did not review content on topemailmarketingagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 350**. Google did not review content on topemailmarketingfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 351**. Google did not review content on tophighriskprocessors.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 352**. Google did not review content on tophighriskprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 353**. Google did not review content on toplinkremovalservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 354**. Google did not review content on toplocalseoagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 355**. Google did not review content on toplocalseoservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 356**. Google did not review content on topmarketingagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 357**. Google did not review content on topmarketingautomationsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 358**. Google did not review content on topmerchantcashadvancecompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 359**. Google did not review content on topmobilecreditcardprocessingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 360**. Google did not review content on toppayrollservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 361**. Google did not review content on topposcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 362**. Google did not review content on topppcbidmanagementtools.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 363**. Google did not review content on topppcs.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 364**. Google did not review content on topppcsservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 365**. Google did not review content on toppragencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 366**. Google did not review content on toppragenciesrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 367**. Google did not review content on topprcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 368**. Google did not review content on toprankcheckingsoftware.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 369**. Google did not review content on topreputationmanagementagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 370**. Google did not review content on topretailprocessors.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 371**. Google did not review content on topseos-australia.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 372**. Google did not review content on topseos-canada.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 373**. Google did not review content on topseos-us.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 374**. Google did not review content on topseos.ae/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 375**. Google did not review content on topseos.cn/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 376**. Google did not review content on topseos.co.il/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 377**. Google did not review content on topseos.co.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 378**. Google did not review content on topseos.co.nl/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 379**. Google did not review content on topseos.co.nz/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 380**. Google did not review content on topseos.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 381**. Google did not review content on topseos.co.za/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 382**. Google did not review content on topseos.co/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 383**. Google did not review content on topseos.com.ar/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 384**. Google did not review content on topseos.com.au/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 385**. Google did not review content on topseos.com.es/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 386**. Google did not review content on topseos.com.my/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 387**. Google did not review content on topseos.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 388**. Google did not review content on topseos.hk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 389**. Google did not review content on topseos.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 390**. Google did not review content on topseos.jp/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 391**. Google did not review content on topseos.mx/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 392**. Google did not review content on topseos.ph/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 393**. Google did not review content on topseos.ru/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 394**. Google did not review content on topseos.se/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 395**. Google did not review content on topseos.sg/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 396**. Google did not review content on topseosagencies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 397**. Google did not review content on topseosapplication.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 398**. Google did not review content on topseosblacklist.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 399**. Google did not review content on topseoscanadafirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 400**. Google did not review content on topseoscanadarankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 401**. Google did not review content on topseoscompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 402**. Google did not review content on topseosconflictresolution.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 403**. Google did not review content on topseosevaluationcriteria.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 404**. Google did not review content on topseosfaqs.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 405**. Google did not review content on topseosfirms.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 406**. Google did not review content on topseosfirms.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 407**. Google did not review content on topseosfirms.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 408**. Google did not review content on topseosguide.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 409**. Google did not review content on topseosguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 410**. Google did not review content on topseosguide.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 411**. Google did not review content on topseosindia.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 412**. Google did not review content on topseosnews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 413**. Google did not review content on topseospartnershipapplication.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 414**. Google did not review content on topseosrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 415**. Google did not review content on topseosrankings.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 416**. Google did not review content on topseosrankings.sg/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 417**. Google did not review content on topseosratings.co.uk/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 418**. Google did not review content on topseosratings.in/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 419**. Google did not review content on topseosreports.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 420**. Google did not review content on topseosresearch.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 421**. Google did not review content on topseosreviews.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 422**. Google did not review content on topseosservices.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 423**. Google did not review content on topsocialmediamarketingcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 424**. Google did not review content on topwebdevelopmentcompanies.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 425**. Google did not review content on uk-topseos.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 426**. Google did not review content on visibilitymagazine.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 427**. Google did not review content on bestattorneyrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 428**. Google did not review content on bestofluxuryresearch.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 429**. Google did not review content on bestretirementdestinationsresearch.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 430**. Google did not review content on bestwebdesignagenciesglobal.com/prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 431**. Google did not review content on bestwebdesignagenciesintl.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 432**. Google did not review content on bestwebdesignagenciesresearch.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 433**. Google did not review content on reviewauthorityrankings.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 434**. Google did not review content on topppcsguide.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 435**. Google did not review content on topseosglobal.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 436**. Google did not review content on topseosprofiles.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 437**. Google did not review content on topseosrankingsintl.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

**Request for Admission No. 438**. Google did not review content on topseos-global.com/ prior to removing it from Google's search results.

In addition to the general objections set forth above, Google objects to this request on the grounds that it is vague as to "review content" and as to temporal scope.

Subject to and without waiver of the foregoing objections, Google denies the request.

Dated: November 14, 2016                    Respectfully submitted,

                                            *Brian M. Willen*
Brian M. Willen (admitted *pro hac vice*)    Nathan Berman, Fla. Bar No. 0329230
Wilson Sonsini Goodrich & Rosati             Zuckerman Spaeder LLP
1301 Avenue of the Americas, 40th Floor      101 East Kennedy Blvd., Suite 1200
New York, NY 10019                           Tampa, FL 33602
(212) 497-7700                               (813) 221-1010

*Counsel for Google Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2016, the foregoing was served via e-mail

to the following:

David Solomon Schnitzer
Zung Clough, PLLC
dschnitzer@zungclough.com

Matthew Wagoner
The Wagoner Firm, PLLC
matt@thewagonerfirm.com

Richard S. Gora
Gora LLC
rich@goralaw.com

Sinead Rafferty
Gora LLC
sinead@goralaw.com

David P. Fraser
David P. Fraser, Esq.
dfraser@poziosfraser.com

Ian Thomas Holmes
Holmes Kurnik, PA
iholmes@holmeskurnik.com


*Counsel for Plaintiff e-ventures Worldwide, LLC*


By:   */s Deborah Grubbs*
Deborah Grubbs