UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.                                                          Case No.: 2:14-cv-646-FtM-29CM

GOOGLE INC.

    Defendant.

_____/

# GOOGLE INC.'S
# UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Google Inc., by and through the undersigned counsel and pursuant to Local Rule 3.01, respectfully moves the Court for leave to file a reply to Plaintiff e-Ventures' Opposition to Defendant Google's Bill of Costs (Dkt. 161). Google's proposed reply will not exceed 5 pages and would be filed within 7 days of the resolution of this motion. This request is made in good faith and not for purposes of delay. Plaintiff does not oppose this motion. In support of this unopposed motion, Google states:

## MEMORANDUM OF LAW

Google requests leave to reply to address arguments and legal theories raised by e-ventures in its opposition to Google's Bill of Costs. For example, Plaintiff's opposition objects to costs associated with video depositions, ignoring case law in this district establishing that such costs are taxable if the opposing party did not object to the videotaping at the time the deposition was noticed. Likewise, Plaintiff's opposition misleadingly argues that Google must justify how the depositions it took supported Google's First Amendment defense, but that is not the relevant standard in this district. Plaintiff's opposition relies heavily on non-controlling, out-of-district cases that misstate the standard applicable in the Middle District of Florida. Allowing Google to reply will provide the Court with a full analysis of these issues. Accordingly, Google requests

leave to file a reply in support of its Bill of Costs of five pages or fewer within 7 days of the resolution of this motion.

### RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion. On behalf of Plaintiff, David Fraser of David P. Fraser, Esq., consented to the relief requested in the motion.

|  |  |
|---|---|
| Dated: March 28, 2017 | Respectfully submitted, |
|  | s/ *Nathan M. Berman*<br>NATHAN M. BERMAN<br>Fla. Bar No. 0329230<br>Zuckerman Spaeder LLP<br>101 East Kennedy Blvd.<br>Suite 1200<br>Tampa, FL 33602<br>Tel: (813) 221-1010<br>Fax: (813) 223-7961<br>nberman@zuckerman.com |
|  | BRIAN M. WILLEN (ADMITTED *PRO HAC VICE*)<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 AVENUE OF THE AMERICAS, 40TH FLOOR<br>NEW YORK, NY 10019<br>BWILLEN@WSGR.COM |
|  | *COUNSEL FOR GOOGLE INC.* |

5965227.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

/s/ Nathan M. Berman
Nathan M. Berman

5965227.1