**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

|  |  |
|---|---|
| E-VENTURES WORLDWIDE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:14-cv-00646-PAM-CM |
| v. ) | |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO RENEW SEAL

Pursuant to Rule 1.09(b) and (c) of the Local Rules of the United States District Court for the Middle District of Florida, Defendant Google LLC ("Google") and Plaintiff e-Ventures Worldwide, LLC ("e-ventures") (collectively, the "Parties"), hereby move to maintain under seal documents filed on December 5, 2016 (Dkt. No. S-140) and December 27, 2016 (Dkt. Nos. S-148 and S-149).

Local Rule 1.09(c) provides that "no order sealing any item pursuant to this section shall extend beyond one year, although a seal is renewable by a motion that complies with (b) of this rule, identifies the expiration of the seal, and is filed before the expiration of the seal." The seals on the documents submitted by the Parties expire on December 5, 2017 and December 27, 2017, respectively.

The Parties submitted the following materials under seal:

*e-ventures Confidential Materials (S-140)*

1

- The transcripts of deposition of Mr. Jeev Trika, the managing member of e-ventures, and of e-ventures' corporate designee under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Those transcripts contain sworn testimony relating to e-ventures' trade secrets, internal business practices, proprietary business information, financial information, and product pricing information.

- An email containing private negotiations between eventures and a consultant with whom e-ventures sought to facilitate the process to re-list the websites Google unlawfully removed from its search engines in September and October 2014. This email identifies specific trade secret information about the structure of, and keywords for, e-ventures' websites.

- Sections of the brief of in support of Google's Motion for Summary Judgment discussing the above materials.

*Google Confidential Materials (S-148)*

- The October 27, 2016 Rule 30(b)(6) deposition of Google, where Google's corporate representative discussed the internal procedures, tool names, penalty names used by Google's Search Quality Team.

- The October 28, 2016 deposition of Brandon Falls, where Mr. Falls further discussed the internal procedures, tool names, penalty names used by Google's Search Quality Team.

- The November 2, 2016 deposition of Brian White, where Mr. White further discussed the internal procedures, tool names, penalty names used by Google's Search Quality Team.

- The incident report Brandon Falls compiled during his investigation of e-ventures' websites. In this report, Mr. Falls listed the internal names of the tools used by the Search Quality team, the names of manual actions that Google uses to fight webspam, and the names of flags that Google uses to identify particular types of webspam. This document is stamped with the Bates numbers GOOG_EVTS_00001997.R-2052.R

- Internal training and reference documents written by the Search Quality team. These guidelines are consistent with Google's public Webmaster Guidelines except that they contain additional details and step-by-step directions for internal use by the Search Quality team. These details and directions refer to internal tool and manual action names and also describe how Google identifies webspam and implements manual actions, including prioritizing different forms of webspam in different contexts. These documents are stamped with the Bates numbers GOOG_EVTS_00000840.R-1087.R.

- Internal email communications describing the incident report discussed above, the internal tool names used in preparing the report, and details about Google's internal policies for fighting webspam. These communications include emails between Mr. Falls, Mr. White, and his manager Cody Kwok, discussing the incident report. These emails reference the internal tool names used to investigate and take action against e-ventures' websites. These emails also include internal names and descriptions of the protocols used

by our team to assign and execute various steps in our spam fighting process. These documents are stamped with the Bates numbers GOOG_EVTS_00000757-761, GOOG_EVTS_00000762.R-768.R, GOOG_EVTS_00000771.R-775.R and GOOG_EVTS_00000776-809.

- Sections of the brief of e-ventures in Opposition to Google's Motion for Summary Judgment discussing the above materials and those filed in Dkt. No. S-140.

*e-ventures Confidential Materials (S-148)*

- The transcripts of deposition of Mr. Jeev Trika, the managing member of e-ventures, and of e-ventures' corporate designee under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Those transcripts contain sworn testimony relating to e-ventures' trade secrets, internal business practices, proprietary business information, financial information, and product pricing information.

- The transcript of the deposition of e-venture's expert, Jeremy Paton, who testified as to specific trade secret information of the structure of e-ventures' websites.

- The report of e-ventures' expert, Jeremy Paton, who detailed specific trade secret information of the structure of e-ventures' websites.

- A spreadsheet generated by e-ventures' detailing its client contracts, internal business practices, proprietary business information, financial information, and product pricing information.

- A series of emails containing private communications and negotiations between e-ventures and its clients about contracts.

- Sections of the brief of e-ventures in Opposition to Google's Motion for Summary Judgment discussing the above materials and those in Dkt. Nos. S-140.

*Google and e-ventures Confidential Materials (S-149)*

- Sections of the brief of Google in Reply to e-ventures' Opposition discussing the materials in Dkt. Nos. S-140 and S-148.

As explained in Google and e-ventures' respective motions to seal (Dkt. Nos. 141, 142, 144), these documents contain the Parties' confidential business and trade secret information. This Court recognized that these materials were properly maintained under seal, granting the Parties' respective motions to seal. Dkt. Nos. 143, 145. Because the documents continue to contain the Parties' confidential business and trade secret information, and because disclosure of

this information would still harm the Parties' legitimate privacy interests in protecting their confidential business information, pursuant to Local Rule 1.09(b) and the Court's Orders of December 13, 2016 (Dkt. No. 143) and December 14, 2016 (Dkt. No. 145), the Parties request that the Court maintain these documents under seal for an additional year, running from the date the seals would otherwise expire. The Parties certify that the identified items are within the Court's Orders of December 13, 2016 (Dkt. No. 143) and December 14, 2016 (Dkt. No. 145).

Date: December 5, 2017

s/ *Alexis Arena (*admitted *pro hac vice)*

ALEXIS ARENA
FLASTER/GREENBERG P.C.
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103
215-279-9908
alexis.arena@flastergreenberg.com

John Christian Clough, Esq.
Florida Bar No. 0184391
Zung Clough, PLLC
8985 Fontana del Sol Way
Naples, FL 34109
239-449-5561
jclough@zungclough.com

*Counsel for Plaintiff e-ventures Worldwide, LLC*

Respectfully submitted,

s/ *Nathan M. Berman*

NATHAN M. BERMAN
Fla. Bar No. 0329230
Zuckerman Spaeder LLP
101 East Kennedy Blvd.
Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
Fax: (813) 223-7961
nberman@zuckerman.com

BRIAN M. WILLEN (admitted *pro hac vice*)
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
bwillen@wsgr.com

*Counsel for Google LLC*