UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.                                          Case No: 2:14-cv-646-FtM-29CM

GOOGLE LLC,

    Defendant.
_____/

### **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

    Plaintiff e-ventures Worldwide, LLC and Defendant Google LLC, have reached a settlement.  Pursuant to that settlement agreement, the parties hereby stipulate and agree that this action is hereby DISMISSED WITH PREJUDICE with each side to bear its own costs and fees.

    Respectfully submitted,

| By: | By: |
|---|---|
| /s/David Fraser, Esq. | /s/Brian Willen |
| Holmes Fraser, P.A. | Brian Willen |
| 711 5th Avenue South, Suite 200 | Wilson Sonsini Goodrich & Rosati |
| Naples, Florida 34102 | 1301 Ave. of the Americas |
| Telephone No.: (239) 228-7280 | 40th Floor |
| Facsimile No.: (239) 790-5766 | New York, NY 10019 |
| dfraser@holmesfraser.com | *Attorney for Defendant Google LLC* |
| Attorney for Plaintiff | |